UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

IN RE: *
*
APPALACHIAN OIL COMPANY, INC. * CASE NO. 2:09-bk-50259
* Chapter 11
Debtor *

# LIST OF CREDITORS HOLDING
# 20 LARGEST UNSECURED CLAIMS

Following is the list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include: (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| CREDITOR | NATURE OF CLAIM | IS CLAIM CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | AMOUNT OF CLAIM |
|---|---|---|---|
| 1. Amoco/BP<br>P.O. Box 460849<br>Houston, Texas 77056 | Fuel | | $2,412,161.66 |
| 2. Crescent Oil Company, Inc.<br>P.O. Box 6667<br>116 W. Myrtle<br>Independence, KS 67301 | Fuel | | $1,648,286.07 |
| 3. Citgo Petroleum Corp.<br>P.O. Box 3758<br>Tulsa, OK 74136 | Fuel | | $1,349,439.99 |
| 4. Marathon Ashland Petroleum, LLC<br>539 S. Main St.<br>Findlay, Ohio | Fuel | | $1,207,344.97 |
| 5. LP Shanks<br>P.O. Box 1068<br>Crossville, TN 38557 | Grocery/<br>Tobacco Supplier | | $1,427,450.94 |
| 6. Valero Marketing & Supply Co.<br>P.O. Box 500<br>San Antonio, Texas 78292-0500 | Fuel | | $967,272.25 |
| 7. Conoco-Phillips<br>Box 75201<br>Charlotte, NC 28275 | Fuel | | $620,132.99 |

| CREDITOR | NATURE OF CLAIM | IS CLAIM CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | AMOUNT OF CLAIM |
|---|---|---|---|
| 8. Y A Landholdings, LLC<br>101 Hudson Street, Suite 3700<br>Jersey City, NJ 07302 | Rent | | $412,500.00 |
| 9. American Management Corp.<br>P.O. Box 2020<br>Conway, AZ 72033 | Insurance | | $288,988.59 |
| 10. Regal Petroleum Terminal<br>P.O. Box 52975<br>Knoxville, Tennessee 37950 | Fuel | | $203,665.10 |
| 11. Western Union<br>125 Liverpool Drive<br>Madison, AL 35758 | Money Orders | | $169,143.07 |
| 12. Management Properties<br>P.O. Box 1500<br>Blountville, Tennessee 37617 | Rent | | $150,545.00 |
| 13. Brown Food Service, Inc.<br>P.O. Box 690<br>500 East Clayton Lane<br>Louisa, KY 41230 | Grocery Supplier | | $150,079.99 |
| 14. Pepsi-Cola Company<br>P.O. Box 75948<br>Chicago, IL 60675-5693 | Grocery Supplier | | $136,317.50 |
| 15. Ryder Transportation Services<br>P.O. Box 96723<br>Chicago, IL 60693 | Transportation Services | | $110,692.96 |
| 16. Pet Dairy<br>Box 60498<br>Charlotte, NC 28260-0498 | Grocery Supplier | | $96,407.23 |
| 17. Coca-Cola Bottling Co.<br>P.O. Box 751356<br>Charlotte, NC 28275-1356 | Grocery Supplier | | $77,300.99 |
| 18. Frito-Lay #2<br>P.O. Box 643103<br>Pittsburg, PA 15264-3103 | Grocery Supplier | | $74,384.09 |
| 19. Royal Cup Coffee, Inc.<br>P.O. Box 170971<br>Birmingham, AL 35217 | Grocery Supplier | | $70,077.12 |
| 20. B & B Distributors<br>P.O. Box 276<br>Staffordsville, KY 41256 | Grocery Supplier | | $57,078.24 |

**Date:** February 9, 2009.

                            **HUNTER, SMITH & DAVIS, LLP**

                         By:    */s/Mark S. Dessauer*
                                Mark S. Dessauer, Esq.
                                TN BPR NO. 010421
                                Attorney for Debtor
                                Post Office Box 3740
                                Kingsport, Tennessee 37664
                                (423) 378-8840; Fax: (423) 378-8801

DESSAUER: M-N
MARTIN, GLENN
MARTG.84857