UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

IN RE:                                    *
                                          *
APPALACHIAN OIL COMPANY, INC.             *    CASE NO. 2:09-bk-50259
                                          *    Chapter 11
    Debtor                                *

## VERIFICATION OF CREDITOR MATRIX

Appalachian Oil Company, Inc. hereby verifies under penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of its knowledge, information and belief.

DATED: February 12, 2009.

APPALACHIAN OIL COMPANY, INC.

By: *Mark S. Dessauer, Agent*

HUNTER, SMITH & DAVIS, LLP

By:   */s/Mark S. Dessauer*
      Mark S. Dessauer, Esq.
      TN BPR NO. 010421
      Attorney for Debtor
      Post Office Box 3740
      Kingsport, Tennessee 37664
      (423) 378-8840; Fax: (423) 378-8801

DESSAUER: A-B
APPALACHIAN OIL
APPCO.85049