Re: APPALACHIAN OIL COMPANY, INC., Case No.: 2:09-bk-50259

## CREDITOR MATRIX

Appalachian Oil Company, Inc.
P.O. Box 1500
Blountville, TN 37617-1500

Amoco/BP
P.O. Box 460849
Houston, TX 77056

Crescent Oil Company, Inc.
P.O. Box 6667
Independence, KS 67301

Citgo Petroleum Corp.
P.O. Box 3758
Tulsa, OK 74136

Marathon Ashland Petroleum, LLC
539 S. Main St.
Findlay, Ohio 45840

LP Shanks
P.O. Box 1068
Crossville, TN 38557

Valero Marketing & Supply Co.
P.O. Box 500
San Antonio, TX 78292-0500

Conoco-Phillips
Box 75201
Charlotte, NC 28275

Y A Landholdings, LLC
101 Hudson Street, Suite 3700
Jersey City, NJ 07302

American Management Corp.
P.O. Box 2020
Conway, AZ 72033

Regal Petroleum Terminal
P.O. Box 52975
Knoxville, TN 37950

Western Union
125 Liverpool Drive
Madison, AL 35758

Management Properties
P.O. Box 1500
Blountville, TN 37617

Brown Food Service, Inc.
P.O. Box 690
500 East Clayton Lane
Louisa, KY 41230

Pepsi-Cola Company
P.O. Box 75948
Chicago, IL 60675-5693

Ryder Transportation Services
P.O. Box 96723
Chicago, IL 60693

Pet Dairy
Box 60498
Charlotte, NC 28260-0498

Coca-Cola Bottling Co.
P.O. Box 751356
Charlotte, NC 28275-1356

Frito-Lay #2
P.O. Box 643103
Pittsburg, PA 15264-3103

Royal Cup Coffee, Inc.
P.O. Box 170971
Birmingham, AL 35217

B & B Distributors
P.O. Box 276
Staffordsville, KY 41256

Greystone Credit II, LLC
c/o Glenn B. Rose, Esq.
Harwell Howard Hyne Gabbert & Manner, P.C.
315 Deaderick St., Suite 1800
Nashville, TN 37238

Greystone Credit II, LLC
Craig V. Gabbert, Jr., Esq.
Harwell Howard Hyne Gabbert & Manner, P.C.
315 Deaderick St., Suite 1800
Nashville, TN 37238

BP Products North America, Inc.
c/o James S. Carr, Esq. and Jason R. Adams, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178