UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | * |
| | * |
| APPALACHIAN OIL COMPANY, INC. | *  CASE NO. 2:09-bk-50259 |
| | *  Chapter 11 |
| Debtor | * |

# MOTION FOR ADDITIONAL TIME
# TO FILE SCHEDULES OF ASSETS AND LIABILITIES
# AND STATEMENT OF FINANCIAL AFFAIRS

The Debtor, Appalachian Oil Company, Inc., pursuant to Bankruptcy Rule 1007(c), requests additional time, through March 5, 2009, in which to file the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs in this case.

**IN SUPPORT OF THIS MOTION**, the Debtor states as follows:

1. The Debtor filed a voluntary Chapter 11 bankruptcy petition on February 9, 2009, and is currently in possession of its assets as a debtor-in-possession.

2. Under Bankruptcy Rule 1007(a), the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs are due on February 24, 2009. The meeting of creditors has been scheduled for March 9, 2009.

3. The Debtor's representatives are working diligently to complete such Schedules and Statement of Financial Affairs, but request additional time until March 5, 2009 in which to complete and file the foregoing.

**WHEREFORE,** the Debtor requests additional time, through March 5, 2009, in which to file its Schedules of Assets and Liabilities and Statement of Financial Affairs.

**Respectfully submitted,**

**HUNTER, SMITH & DAVIS, LLP**

By: _/s/Mark S. Dessauer_
Mark S. Dessauer, Esq.
TN BPR NO. 010421
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee 37664
(423) 378-8840; Fax: (423) 378-8801

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 16, 2009 the **(1) Motion For Additional Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs; (2) Notice of Hearing; and (3) Proposed Order** were filed electronically. All parties on the attached Service List will receive copies of this document. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties, if any, have been served by hand delivery, overnight delivery, facsimile transmission, or by mailing a copy of same by United States Mail, postage prepaid.

**HUNTER, SMITH & DAVIS, LLP**

_/s/ Mark S. Dessauer_
Mark S. Dessauer

DESSAUER: A-B
APPALACHIAN OIL
APPCO.85049

Re:   APPALACHIAN OIL COMPANY, INC., Case No.: 2:09-bk-50259

## CREDITOR MATRIX

Appalachian Oil Company, Inc.
P.O. Box 1500
Blountville, TN 37617-1500

Patricia Foster, Esq.
Attorney for the U. S. Trustee
800 Market Street
Suite 114, Howard Baker U. S. Courthouse
Knoxville, Tennessee 37902

Amoco/BP
P.O. Box 460849
Houston, TX 77056

Crescent Oil Company, Inc.
P.O. Box 6667
Independence, KS 67301

Citgo Petroleum Corp.
P.O. Box 3758
Tulsa, OK 74136

Marathon Ashland Petroleum, LLC
539 S. Main St.
Findlay, Ohio 45840

Coca-Cola Bottling Co.
P.O. Box 751356
Charlotte, NC 28275-1356

B & B Distributors
P.O. Box 276
Staffordsville, KY 41256

BP Products North America, Inc.
c/o James S. Carr, Esq. and Jason R. Adams, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

LP Shanks
P.O. Box 1068
Crossville, TN 38557

Valero Marketing & Supply Co.
P.O. Box 500
San Antonio, TX 78292-0500

Conoco-Phillips
Box 75201
Charlotte, NC 28275

Y A Landholdings, LLC
101 Hudson Street, Suite 3700
Jersey City, NJ 07302

American Management Corp.
P.O. Box 2020
Conway, AZ 72033

Regal Petroleum Terminal
P.O. Box 52975
Knoxville, TN 37950

Frito-Lay #2
P.O. Box 643103
Pittsburg, PA 15264-3103

Greystone Credit II, LLC
c/o Glenn B. Rose, Esq.
Harwell Howard Hyne Gabbert & Manner, P.C.
315 Deaderick St., Suite 1800
Nashville, TN 37238

Western Union
125 Liverpool Drive
Madison, AL 35758

Management Properties
P.O. Box 1500
Blountville, TN 37617

Brown Food Service, Inc.
P.O. Box 690
500 East Clayton Lane
Louisa, KY 41230

Pepsi-Cola Company
P.O. Box 75948
Chicago, IL 60675-5693

Ryder Transportation Services
P.O. Box 96723
Chicago, IL 60693

Pet Dairy
Box 60498
Charlotte, NC 28260-0498

Royal Cup Coffee, Inc.
P.O. Box 170971
Birmingham, AL 35217

Greystone Credit II, LLC
Craig V. Gabbert, Jr., Esq.
Harwell Howard Hyne Gabbert & Manner, P.C.
315 Deaderick St., Suite 1800
Nashville, TN 37238