UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **Appalachian Oil Company, Inc.** ) | Case No.: 09-50259 |
| ) | |
| Debtor-in-Possession ) | Chapter 11 |

## NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

    Comes now the U. S. Trustee, by and through counsel, and gives notice of appointment of following named creditors as members of the Committee of Unsecured Creditors in this case:

Robert Ross, Credit Manager
BP Products North America Inc.
Central Park Lisle
3333 Warrenville Road, Ste 8079
Lisle, IL 60532
Email at rossrl@bp.com

Jeff Bednar
1293 Eldridge Parkway
Room 4035 North
Houston, TX 77077
(832) 486-5551
jbednar@citgo.com

John Locker, Wholesale Credit Manager
3475 Corporate Way, Suite B
Duluth, GA 30096
Email at jelocker@marathonoil.com

Scot Shanks, CEO
L.P. Shanks Company
P.O. Box 1068
Crossville, TN 38557
Email at sshanks@LPShanks.com

William Kaye, Sr. Bankruptcy Advisor
Coca-Cola Enterprises, Inc.
521 Lake Kathy Dr.
Brandon, FL 33510
Email at billkaye@jllconsultants.com

At the first meeting of Unsecured Creditors Committee held on February 23, 2009, William Kaye was elected Chairman of the Committee.

    Respectfully submitted,

    Richard Clippard, Esq.
    United States Trustee, Region 8

    /s/ Patricia Foster
    Patricia C. Foster  BPR # 012970
    800 Market Street, Suite 114
    Knoxville, TN 37901
    (865) 545-4324

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Notice of Appointment of Committee of Unsecured Creditors was sent by either Notice of Electronic Filing or first class, postage paid U. S. Mail to the members of the Committee and the following:

**Mark S. Dessauer**
Hunter, Smith & Davis
1212 North Eastman Road
P. O. Box 3740
Kingsport, TN 37664

**James S. Carr**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**Kiran A. Phansalkar**
1700 One Leadership Square
211 N. Robinson Ave
Oklahoma City, OK 73102-71

**Glenn B. Rose**
Harwell, Howard, Hyne, Gabbert
315 Deaderick St., Suite 1800
Nashville, TN 37238

**Gregory C. Logue**
Woolf,McClane,Bright,Allen & Carpenter
900 Riverview Tower
900 S. Gay Street
P. O. Box 900
Knoxville, TN 37901-0900

**Edward T Brading**
Herndon, Coleman, Brading & McKee
P.O. Box 1160
Johnson City, TN 37605-1160

Done this 24th day of February, 2009.

/s/ Patricia Foster
Patricia Foster BPR # 012970