# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### (NORTHEASTERN DIVISION)

|  |  |  |
|---|---|---|
| **In re:** | * | |
| **Appalachian Oil Company, Inc.,** | * | **Case No. 09-50259** |
|  | * | **(Chapter 11)** |
| **Debtor.** | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

Please take notice that the undersigned counsel hereby appears in this matter on behalf of Official Committee of Unsecured Creditors appointed in this bankruptcy case, pursuant to Fed. R. Bankr. P. 9010, and requests, in accord with the notice requirements of 11 U.S.C. §§102(1) and 342, and Fed. R. Bankr. P. 2002, 3017, 3020, 4001 and 9007, that the undersigned be placed on the mailing matrix filed by the debtor, and any mailing matrix or service list that may be used for any purpose in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the following:

| | |
|---|---|
| Brent C. Strickland | Stephen B. Gerald |
| Whiteford, Taylor & Preston L.L.P. | Whiteford, Taylor & Preston L.L.P. |
| Seven Saint Paul Street | Seven Saint Paul Street |
| Baltimore, Maryland  21202-1636 | Baltimore, Maryland  21202-1636 |
| T: 410-347-9402 | T: 410-347-8758 |
| F: 410-223-4302 | F: 410-223-4178 |
| Email bstrickland@wtplaw.com | Email sgerald@wtplaw.com |

John F. Teitenberg
Frost Brown Todd, LLC
424 Church Street, Suite 1600
Nashville, Tennessee 37219-2308
T: 615-251-5550
F: 615-251-5551
Email: jteitenberg@fbtlaw.com

Douglas L. Lutz
Frost Brown Todd, LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
T: 513-651-6800
F: 513-651-6981
Email: dlutz@fbtlaw.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, e-mail, facsimile or otherwise which affect or seek to affect in any way any rights or interests of creditors and parties in interest.

Please take further notice that the submission and filing of this pleading is intended to constitute a special appearance to the extent that a general appearance would constitute a waiver of any right, and is not intended to be, nor shall it be deemed, a consent to or a waiver of the right to challenge the jurisdiction of the United States Bankruptcy Court including, without limitation, the jurisdiction of the Court to adjudicate non-core matters, which right is hereby expressly reserved without prejudice. In addition, it is not a waiver of any right to a jury trial, should such right be relevant in the course of these proceedings, which right is hereby expressly reserved.

Dated: February 27, 2009

Respectfully submitted,

**FROST BROWN TODD, LLC**


/s/  John F. Teitenberg
John F. Teitenberg (TN#21940)
424 Church Street, Suite 1600
Nashville, Tennessee 37219-2308
Telephone: (615) 251-5550
Facsimile (615) 251-5551
Email: jteitenberg@fbtlaw.com

Douglas L. Lutz (OH#0064761)
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6800
Facsimile: (513) 651-6981
Email: dlutz@fbtlaw.com

-and-

WHITEFORD, TAYLOR & PRESTON L.L.P.

Brent C. Strickland (MD#22704)
Stephen B. Gerald (MD#26590)
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700

Proposed Attorneys for the Official Committee of
Unsecured Creditors

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 27th day of February 2009, copies of the foregoing Notice of Appearance and Request for Notices and Service of Papers were sent by first-class mail, postage prepaid, to the following parties:

Mark S. Dessauer, Esquire  
Hunter, Smith & Davis  
1212 North Eastman Road  
P. O. Box 3740  
Kingsport, TN 37664

United States Trustee  
800 Market Street, Suite 114  
Howard H. Baker Jr. U.S. Courthouse  
Knoxville, TN 37902

_/s/ Douglas L. Lutz_____  
Douglas L. Lutz

*1842084*

NSHLibrary TMP.TMP 81046v1