**SO ORDERED.**

**SIGNED this 27 day of February, 2009.**
THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Marcia Phillips Parsons
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

| IN RE: | * | |
|---|---|---|
| | * | |
| APPALACHIAN OIL COMPANY, INC. | * | CASE NO. 2:09-bk-50259 |
| | * | Chapter 11 |
| Debtor | * | |

# ORDER

Upon motion to reduce time and motion to limit parties receiving notice, **IT IS HEREBY ORDERED** that the time for notice of Debtor's Motion to Assume and Assign Executory Contract and for Authority to Pay Commission be reduced from the time of filing of the Motion as reflected in the Court's electronic filing system to the February 23, 2009, 4:00 p.m. hearing on the Motion, and that the parties required to receive notice (and the form of notice) of the Motion is limited as follows:

Tate and Lyle Ingredients America, Inc.
(Via facsimile and e-mail)

U. S. Trustee
(Via operation of the Court's electronic filing system)

Patricia Foster, Attorney for U. S. Trustee
(Via e-mail and via operation of the Court's electronic filing system)

Greystone Credit II, LLC
(Via e-mail and via operation of the Court's electronic filing system)

List of 20 Largest Unsecured Creditors for which the Debtor has fax numbers or e-mail addresses)

Parties requesting notice
(Via Court's electronic filing system)

**###**

**APPROVED FOR ENTRY:**

*s/Mark S. Dessauer*
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee 37664
(423) 378-8840; Fax: (423) 378-8801

**DESSAUER: A-B**
**APPALACHIAN OIL**
**APPCO.85049**