B 6G (Official Form 6G) (12/07)

In re  Appalachian Oil Company, Inc  ,    Case No.  2:09-bk-50259
          **Debtor**                                           (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See attached | |
| | |
| | |
| | |
| | |
| | |

| Rent | STREET ADDRESS | ADDRESS | STATE | ZIP | Property |
|---|---|---|---|---|---|
| Agnes Davis | 2484 East Lee Highway | | Wytheville, Va. | 24382 | Convenience Store |
| Appalachian Barnette | P.O. Box 1500 | | Blountville, Tn | 37617 | Convenience Store |
| Bowie Investment | Holston Plaza Building | 516 Holston Avenue, Suite 100 | Bristol, Tn | 37620 | Convenience Store |
| Wilburn & Shirley Jackson | 1028 Wandering Drive | | Kingsport, Tn. | 37660 | Convenience Store |
| Carolyn Chnace (Living Trust) | Route 1, Box 76 | | Jonesville, Va | 24263 | Convenience Store |
| Cecil Clair | P.O. Box 724 | | Jackson, Ky. | 41339 | Convenience Store |
| Cummins Trust | P.O. Box 1500 | c/o Jeff Benedict | Blountville, Tn | 37617 | Convenience Store |
| D & W Enterprises | c/o Charles S. Wright | 11135 Crown Point Drive | Knoxville, Tn. | 37922 | Convenience Store |
| Edna Michael | 263 Oak Street | | Mountain City, Tn | 37683 | Convenience Store |
| Frank Haws | 421 McClung Ave | | Huntsville, Al | 35801 | Convenience Store |
| Freeman Taylor | 254 Sunrise Drive | | Elizabethton, Tn | 37643 | Convenience Store |
| GC Brown | 14378 Afton Lane | | Meadowview, Va | 24361 | Convenience Store |
| GEC, LLC | 276 N. University Drive | | Davie, Fl | 33024 | Convenience Store |
| George Stamper | Creechco, Inc. | P.O. Box 947 | Winchester, Ky | 40392 | Convenience Store |
| John Fraley | P. O. Box 130 | | Morehead, Ky | 40351 | Convenience Store |
| Kenneth Shaw | 6135 Jonesbridge Road | | Greeneville, Tn. | 37643 | Convenience Store |
| LB Franklin | P. O. Box 5862 | | Kingsport, Tn. | 37663 | Convenience Store |
| Maclean Inc | P.O. Box 1500 | c/o Jeff Benedict | Blountville, Tn | 37617 | Convenience Store |
| Management Properties | P.O. Box 1500 | c/o Jeff Benedict | Blountville, Tn | 37617 | Convenience Store |
| McDonalds | P.O. Box 93056 | | Chicago, IL | 60673 | Convenience Store |
| Myra Sartaine | 334 Bethel Ridge | | Olive Hill, Ky | 41164 | Convenience Store |
| Penny Kumutsos | P. O. Box 250 | | Burtonsville, Md. | 20866 | Convenience Store |
| Maxine Taylor | 416 9th Street | | Newport, Tn. | | Convenience Store |
| Cleatus Murray | 3660 W. Market St. | | Johnson City, Tn. | 37604 | Convenience Store |
| Ryder Transportation Services | P.O. Box 96723 | | Chicago, IL | 60693 | Transport Trucks |
| Key Equipment | P.O. Box 74713 | | Cleveland, OH | 44194 | Transport computers |
| GE Capital | P.O. Box 740428 | | Atlanta, GA | 30374 | Phone System |
| Wells Fargo | P.O.Box 6434 | | Carol Stream, IL | 60197 | Copy Machines |
| Pitney Bowes | P.O. Box 856390 | | Louisville, KY | 40285 | Postage Machine |
| Access System Inc | 6636-K Central Ave Pike | | Knoxville, TN | 37912 | Software Support |
| WR Hess | 3030 NW Expressway | Suite 1500 | Oklahoma City, OK | 73112 | Software Support |
| Teledata, Inc | 900 E. Ocean Blvd | Building F, Suite 250 | Stuart, FL | 34994 | Software Support |
| Chrysler Financial | P.O. Box 9001921 | | Louisville, KY | 40290 | Car Lease |