**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Appalachian Oil Company, Inc. | ) | Case No. 09-50259 |
| | ) | Chapter 7 |
| Debtor. | ) | |

**WITHDRAWAL OF FINAL ACCOUNT CERTIFICATION**

COMES NOW the United States Trustee, Richard P. Clippard, by counsel, and hereby withdraws the Trustee's Final Account Certification (docket number 73) filed erroneously.

WHEREFORE, the United States Trustee requests this Court to deem and treat the above described documents as withdrawn.

**Respectfully Submitted,**

**Richard P. Clippard**
**United States Trustee, Region 8**

**/s/ Patricia C. Foster**
**PATRICIA C. FOSTER**     Bar #012970
**Attorney for the U.S. Trustee**
**Howard H. Baker, Jr. U.S. Courthouse**
**800 Market Street, Suite 114**
**Knoxville, TN 37902**
**(865) 545-4324**