

**SO ORDERED.**

**SIGNED this 25 day of March, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | | |
| APPALACHIAN OIL COMPANY, INC. | ) | No. | 2:09-bk-50259 |
| | ) | | |
| Debtor. | ) | | |

### ORDER TO SHORTEN TIME TO HEAR MOTION FOR RELIEF FROM AUTOMATIC STAY

This cause comes before the Court upon an Ex Parte Motion filed by Management Properties, Inc., MacLean, Inc., Sara G. MacLean, The Linda R. MacLean Irrevocable Trust, Michael Cummins, Kevin Cummins, Anthony Cummins, and John Cummins, (hereinafter collectively referred to as "Movants") seeking the reduction of time for the hearing of four specific Motions for Relief from the Automatic Stay, pursuant to Local Rule 9013-1(g)(2)(ii), and the Court being in agreement to specially set said Motions for Relief from Automatic Stay and the Court agreeing that it is appropriate to shorten the time for hearing said motions allowing the hearings to occur on April 8, 2009 at 9:00 a.m., it is therefore,

ORDERED as follows:

1. The time for hearing the Motion for Relief from Automatic Stay filed by Management Properties, Inc. is hereby reduced so that the hearing shall occur on April 8, 2009 at 9:00 a.m.

625478.1

2. The time for hearing the Motion for Relief from Automatic Stay filed by MacLean, Inc. is hereby reduced so that the hearing shall occur on April 8, 2009 at 9:00 a.m.

3. The time for hearing the Motion for Relief from Automatic Stay filed by Sara G. MacLean and The Linda R. MacLean Irrevocable Trust is hereby reduced so that the hearing shall occur on April 8, 2009 at 9:00 a.m.

4. The time for hearing the Motion for Relief from Automatic Stay filed by Michael Cummins, Kevin Cummins, Anthony Cummins, John Cummins, Sara G. MacLean, and The Linda R. MacLean Irrevocable Trust is hereby reduced so that the hearing shall occur on April 8, 2009 at 9:00 a.m.

###

APPROVED FOR ENTRY:

/s/ Gregory C. Logue
Gregory C. Logue, #012157
J. Calvin Ward, #024778

WOOLF, MCCLANE, BRIGHT,
  ALLEN & CARPENTER, PLLC
900 Riverview Tower
900 S. Gay Street
Knoxville, Tennessee 37902
865-215-1000
865-215-1001 (fax)
logueg@wmbac.com
wardc@wmbac.com

/s/ Thomas H. Shields, III
Thomas H. Shields, III, #024184
BEARFIELD & SHIELDS
P.O. Box 4210
Johnson City, Tennessee 37602
(423)282-1006
(423)282-3081 (fax)

Attorneys for Movants

2

625478.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2009, a copy of the foregoing Order to Shorten Time was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

See attached mailing matrix

/s/ Gregory C. Logue, Esq.
Gregory C. Logue, Esq., BPR 012157

WOOLF, McCLANE, BRIGHT,
 ALLEN & CARPENTER, PLLC
Post Office Box 900
Knoxville, Tennessee 37901-0900
(865) 215-1000