**SO ORDERED.**

**SIGNED this 31 day of March, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| APPALACHIAN OIL COMPANY, INC. | * | CASE NO. 2:09-bk-50259 |
| | * | Chapter 11 |
| Debtor | * | |

# ORDER

Upon Motion of the Debtor to Abandon Property of the Estate in the Form of Rights as Secured Party or Beneficiary in Certain Assets Pledged by Former Dealers (the "Motion") and there being no objections by any creditors or other party in interest, **IT IS HEREBY ORDERED:**

1. That the Motion is **granted;** and

2. That the Debtor is authorized to abandon its rights as a secured party and/or beneficiary under the assets or letter of credit of former dealers of the Debtor as described in

the Motion and such rights of the Debtor are hereby deemed abandoned as of inconsequential value and benefits to the bankruptcy estate.

**###**

**APPROVED FOR ENTRY:**

***s/Mark S. Dessauer***
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee  37664
(423)  378-8840; Fax: (423) 378-8801