UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

IN RE:                                  *
                                        *
APPALACHIAN OIL COMPANY, INC.           *   CASE NO. 2:09-bk-50259
                                        *   Chapter 11
    Debtor                              *

# RESPONSE TO SARA G. MACLEAN AND THE
# LINDA R. MACLEAN IRREVOCABLE TRUST'S
# MOTION FOR RELIEF FROM THE AUTOMATIC STAY
# OR, IN THE ALTERNATIVE,
# FOR ADEQUATE PROTECTION

The Debtor, Appalachian Oil Company, Inc. ("APPCO"), in response to the motion of Sara G. MacLean and The Linda R. MacLean Irrevocable Trust, for relief from the automatic stay or, in the alternative, for adequate protection (the "Motion") submits that such motion should be denied as moot inasmuch as APPCO has filed herewith a motion seeking to reject the lease at issue effective March 31, 2009.

**WHEREFORE**, APPCO requests that the Motion be denied as moot.

        HUNTER, SMITH & DAVIS, LLP

By:  */s/Mark S. Dessauer*
Mark S. Dessauer, Esq.
TN BPR NO. 010421
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee 37664
(423) 378-8840; Fax: (423) 378-8801

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 31, 2009 the **Response to Sara G. MacLean and The Linda R. MacLean Irrevocable Trust's Motion for Relief From the Automatic Stay or, in the Alternative, For Adequate Protection** was filed electronically. The following parties will receive copies of this document. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties, if any, have been served by hand delivery, overnight delivery, facsimile transmission, or by mailing a copy of same by United States Mail, postage prepaid.

Sara G. MacLean and
The Linda R. MacLean Irrevocable Trust
c/o Gregory C. Logue, Esq.
Woolf, McClane, Bright Allen & Carpenter
900 Riverview Tower, 900 S. Gay Street
Knoxville, TN 37902

Patricia Foster, Esq.
Attorney for the U. S. Trustee
800 Market Street
Suite 114, Howard Baker U. S. Courthouse
Knoxville, Tennessee 37902

John F. Teitenberg, Esq.
Frost Brown Todd, LLC
424 Church Street, Suite 1600
Nashville, Tennessee 37219-2308
Counsel for Committee of Unsecured Creditors

Douglas L. Lutz, Esq.
Frost Brown Todd, LLC
2200 PNC Center, 201 East Fifth Street
Cincinnati, Ohio 45202
Counsel for Committee of Unsecured Creditors

Brent C. Strickland, Esq.
Stephen B. Gerald, Esq.
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, Maryland 21202
Counsel for Committee of Unsecured Creditors

**HUNTER, SMITH & DAVIS, LLP**

*/s/ Mark S. Dessauer*
Mark S. Dessauer