| | |
|---|---|
| To: | <darlene.banach@wallerlaw.com> |
| cc: | |
| Date: | 09:56:33 PM AST Yesterday |
| Subject: | 2:09-bk-50259 Appalachian Oil Company, Inc. Order on Motion to Use Cash Collateral Ch.11 |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

## United States Bankruptcy Court

### Eastern District of Tennessee

Notice of Electronic Filing

The following transaction was received from kde entered on 4/2/2009 at 12:17 PM EDT and filed on 4/2/2009

| | |
|---|---|
| **Case Name:** | Appalachian Oil Company, Inc. |
| **Case Number:** | [2:09-bk-50259](#) |
| **Document Number:** | [158](#) |

**Docket Text:**
Order Granting Motion To Use Cash Collateral (Related Doc # [27])    (kde)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**o:\pdf\easterly\216716-signed.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1046181277 [Date=4/2/2009] [FileNumber=7268344-0]
[6296e41cf18ba76a3864780fcead0d142f72cc3d89110260f0d4be858c63214c97c7

d44325af2a5d2ebe8313171580567314327d83010e2949df3b0cb2ec4a43]]

**Notice will be electronically mailed to:**