

**SO ORDERED.**

**SIGNED this 09 day of April, 2009.**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | | |
| **APPALACHIAN OIL COMPANY, INC.** | ) | No. | **2:09-bk-50259** |
| | ) | | |
| Debtor. | ) | | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY IN FAVOR OF SARA G. MACLEAN AND THE LINDA R. MACLEAN IRREVOCABLE TRUST

This matter comes before the Court upon Sara G. MacLean and The Linda R. MacLean Irrevocable Trust's ("Movants") Motion for Relief from the Automatic Stay, pursuant to 11 U.S.C. § 362(d)(1), Federal Rule of Bankruptcy Procedure 4001(a)(1) and E.D. LBR 4001-1, and it appearing that Movants are entitled to the relief sought in the Motion, it is therefore,

ORDERED that Movants are hereby granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) to terminate the lease described in the Lease Agreement which was attached as Exhibit A to Movants' Motion for Relief from the Automatic Stay and to take any and all necessary action to recover possession of the parcels of real estate described therein.

### ###

APPROVED FOR ENTRY:

WOOLF, MCCLANE, BRIGHT,
  ALLEN & CARPENTER, PLLC

/s/ Gregory C. Logue
Gregory C. Logue, #012157
J. Calvin Ward, #024778

900 Riverview Tower
900 S. Gay Street
Knoxville, Tennessee  37902
865-215-1000
865-215-1001 (fax)
logueg@wmbac.com
wardj@wmbac.com

Attorney for Movants

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on March 25, 2009, a copy of the foregoing Order was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

See attached mailing matrix

                           /s/  Gregory C. Logue, Esq.
                              Gregory C. Logue, Esq., BPR 012157

                           WOOLF, McCLANE, BRIGHT,
                             ALLEN & CARPENTER, PLLC
                           Post Office Box 900
                           Knoxville, Tennessee  37901-0900
                           (865) 215-1000