The April 30, 2009 dates in the body of this order are incorrect and
are hereby replaced with April 13, 2009.



## SO ORDERED.

## SIGNED this 09 day of April, 2009.

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
**Marcia Phillips Parsons
UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TENNESSEE

IN RE:                                          *
                                                *
**APPALACHIAN OIL COMPANY, INC.,**              *          **CASE NO. 2:09-bk-50259**
                                                *          **Chapter 11**
     Debtor                                     *

## ORDER

The Debtor has filed a **Motion for Additional Time to Meet Debtor's Obligations Under 11 U.S.C.**
**§ 365(d)(3)** requesting additional time, through April 30, 2009, in which to perform its post-petition rental
obligations for the months of March and April, 2009.  It appearing that all affected parties have been served with
copies of the Motion and that no objections have been filed or any objections have been overruled or withdrawn,
**IT IS ORDERED** that the Motion is **GRANTED** and the Debtor has through April 30, 2009 in which to perform its
post-petition rental obligations for the months of March and April, 2009 under the leases of non-residential real
property.

**###**

**APPROVED FOR ENTRY:**

**_s/Mark S. Dessauer_**
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee  37664
(423)  378-8840; Fax: (423) 378-8801

DESSAUER: A-B
APPALACHIAN OIL
APPCO.85049