**SO ORDERED.**

**SIGNED this 10 day of April, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### (NORTHEASTERN DIVISION)

| | | |
|---|---|---|
| **In re:** | * | |
| | * | |
| **Appalachian Oil Company, Inc.,** | | Case No. 09-50259 |
| | * | **(Chapter 11)** |
| **Debtor.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER AUTHORIZING EMPLOYMENT OF
### WHITEFORD, TAYLOR & PRESTON L.L.P. AS ATTORNEYS TO THE
### <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

Upon consideration of the Application of the Official Committee of Unsecured Creditors to Employ Whiteford, Taylor & Preston L.L.P. as Its Attorneys (the "Application"), filed by the Official Committee of Unsecured Creditors (the "Committee") appointed in the case of Appalachian Oil Company, Inc., the above captioned debtor and debtor in possession (the "Debtor"), and upon the Verified Statement of Brent C. Strickland of the firm of Whiteford, Taylor & Preston L.L.P. ("WT&P"); and it appearing that WT&P represents no interest adverse

to the Debtor, its creditors or its estate in the matters upon which the firm will be engaged, and that WT&P's employment is necessary and in the best interest of the Committee, and upon consideration of any objections to the Application, and it appearing that no further or other notice is necessary; and after due deliberation and sufficient cause appearing therefore,

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Committee's employment of WT&P on the terms and conditions outlined in the Application shall be and is hereby is **APPROVED**, effective as of February 26, 2009.

###

Order Prepared by:

Douglas L. Lutz, Esq.
Frost Brown Todd LLC
201 E. Fifth Street
Suite 2200
Cincinnati, OH 45202
Phone: 513-651-6800
Fax: 513-651-6981
E-mail dlutz@fbtlaw.com

Parties to be Served:

| | | |
|---|---|---|
| Robert Ross, Credit Manager<br>BP Products North America Inc.<br>Central Park Lisle<br>3333 Warrenville Road, Ste 8079<br>Lisle, IL 60532<br>rossrl@bp.com | John Locker, Wholesale Credit Manager<br>3475 Corporate Way, Suite B<br>Duluth, GA 30096<br>jelocker@marathonoil.com | Scot Shanks, CEO<br>L.P. Shanks Company<br>P.O. Box 1068<br>Crossville, TN 38557<br>sshanks@LPShanks.com |
| Jeff Bednar<br>1293 Eldridge Parkway<br>Room 4035 North<br>Houston, TX 77077<br>jbednar@citgo.com | William Kaye, Sr. Bankruptcy Advisor<br>Coca-Cola Enterprises, Inc.<br>521 Lake Kathy Dr.<br>Brandon, FL 33510<br>billkaye@jllconsultants.com | |