

**SO ORDERED.**

**SIGNED this 10 day of April, 2009.**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### (NORTHEASTERN DIVISION)

|  |  |
|---|---|
| In re: | * |
|  | * |
| **Appalachian Oil Company, Inc.,** | *   **Case No. 09-50259** |
|  | *   **(Chapter 11)** |
| Debtor. | * |

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

### ORDER AUTHORIZING EMPLOYMENT OF PROTIVITI, INC.
### AS FINANCIAL ADVISORS FOR THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon consideration of the Application of the Official Committee of Unsecured Creditors
to Employ Protiviti, Inc. as Its Financial Advisors (the "Application"), filed by the Official
Committee of Unsecured Creditors (the "Committee") appointed in the case of Appalachian Oil
Company, Inc., the above captioned debtor and debtor in possession (the "Debtor"), and upon the
Verified Statement of Michael L. Atkinson, a Managing Director of Protiviti, Inc. ("Protiviti"),
and it appearing that Protiviti, Inc. is duly qualified to represent the Official Committee in this
case before this Court, and the Court being satisfied that Protiviti neither holds nor represents an

interest adverse to the Debtor, its estate or its creditors in the matters upon which Protiviti will be engaged and that Protiviti is a disinterested party, and that its employment is necessary and is in the best interest of the Committee, and upon consideration of any objections to the Application, and it appearing that no further or other notice is necessary; and after due deliberation and sufficient cause appearing therefore, it is by the United States Bankruptcy Court for the Eastern District of Tennessee hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      That the Application be and the same is hereby **GRANTED**; and

2.      The Committee is authorized to employ Protiviti, Inc. as Financial Advisors, to represent the Committee on the terms set forth in the Application, with compensation and reimbursement of expenses subject to further Order of this Court.

###

Order Prepared by:
Douglas L. Lutz, Esq.
Frost Brown Todd LLC
201 E. Fifth Street, Suite 2200
Cincinnati, OH 45202
Phone: 513-651-6800
Fax:  513-651-6981
E-mail dlutz@fbtlaw.com

Parties to be Served:

Robert Ross, Credit Manager
BP Products North America Inc.
Central Park Lisle
3333 Warrenville Road, Ste 8079
Lisle, IL 60532
rossrl@bp.com

John Locker, Wholesale Credit
Manager
3475 Corporate Way, Suite B
Duluth, GA 30096
jelocker@marathonoil.com

Scot Shanks, CEO
L.P. Shanks Company
P.O. Box 1068
Crossville, TN 38557
sshanks@LPShanks.com

Jeff Bednar
1293 Eldridge Parkway
Room 4035 North
Houston, TX 77077
jbednar@citgo.com

William Kaye, Sr. Bankruptcy
Advisor
Coca-Cola Enterprises, Inc.
521 Lake Kathy Dr.
Brandon, FL 33510
billkaye@jllconsultants.com