**DENIED AS WITHDRAWN.**

**SIGNED this 14 day of April, 2009.**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**



_____
**Marcia Phillips Parsons
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | |
| **APPALACHIAN OIL COMPANY, INC.,** | * | **CASE NO. 2:09-bk-50259** |
| | * | **Chapter 11** |
| **Debtor** | * | |

**ORDER**

Upon the Debtor's Motion to Compel Compliance With Agreed Interim Order Authorizing Debtor In Possession Financing and Use of Cash Collateral [Document No. 120] (the "Order"), and for good cause shown, **IT IS HEREBY ORDERED** that Greystone Credit II, L.L.C. shall forthwith fund to the Debtor the balance of funds available under the Debtor's $500,000 DIP credit facility approved by the Court in the Order subject to the terms and conditions of the Order including that the funds be utilized for the purposes set forth in the budget attached to the Order.

**###**

**APPROVED FOR ENTRY:**
*s/Mark S. Dessauer*
_____
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee 37664
(423) 378-8840; Fax: (423) 378-8801

DESSAUER: A-B: APPALACHIAN OIL
APPCO.85049