# WIZARD INC.

Main Office : P.O. Box 134 / Jackson, KY 41339
Menifee Office: 1745 HWY 1274, Frenchburg 40322
Phone: 606-693-1478 / Fax: 606-693-1799
Menifee Phone: 606-768-3840
news@eastkymedia.com

Clerk of the Court
James H. Quillen United States Courthouse
220 West Depot St.
Greeneville, TN 37743

To Whom It May Concern: 4-7-09

My name is Ron Hamblin. I am the sole owner of Wizard Inc. We are DBA KY Mountain News, a regional newspaper that covers 22 counties. In reference to the attached case No. 2:09-bk-50259, Chapter 11 filed by Appalachian Oil Company Inc. We are notifying you in writing our stern objection to the motion filed for Interim Compensation to Hunter, Smith & Davis LLP.
If the Debtor has enough money to pay their attorney, then they can pay what little amount they owe our newspaper.
The debt they incurred with our newspaper borders on criminal. They collected money for sales of our newspaper and then never paid for our newspaper, in short, stealing our newspaper for their own personal gain.

I find it reprehensible that the debtor would have to pay attorney fees after they say they cannot pay their bills to people they owe. Again, we strongly object to this motion for Application for interim Compensation to Hunter, Smith & Davis, LLP.

Contact us today with any questions.
Ron Hamblin KY Mountain News
Phone: 606-693-1478 / Cell: 606-272-1095  Fax: 606-693-1799
Email: news@eastkymedia.com

*Sent regular mail*

*Ron Hamb- 4-7-09*

FILED 2009 APR 15 PM 12:04

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | * |
| | * |
| APPALACHIAN OIL COMPANY, INC. | *  CASE NO. 2:09-bk-50259 |
| | *  Chapter 11 |
| Debtor | * |

## APPLICATION FOR INTERIM COMPENSATION
## TO HUNTER, SMITH & DAVIS, LLP

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

*Pursuant to Local Rule 9013-1(h), the Court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in this paper, you must file with the clerk of the Court at James H. Quillen United States Courthouse, 220 West Depot Street, Greeneville, Tennessee 37743 within twenty (20) days from the date this paper was filed and serve a copy on Mark S. Dessauer, Esq., Attorney for Movant; and Patricia Foster, Attorney for United States Trustee. If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the relief requested in this paper and may grant the relief requested without further notice or hearing.*

---

This Application of Hunter, Smith & Davis, LLP ("Applicant") for compensation and reimbursement of expenses for the period February 9, 2009 through March 25, 2009, as counsel for the Debtor, Appalachian Oil Company, Inc., represents as follows:

1. Appalachian Oil Company, Inc. (the "Debtor") filed a voluntary Chapter 11 Petition in bankruptcy on February 9, 2009.

2. By Order entered March 11, 2009, the Court approved the employment of Hunter, Smith & Davis, LLP as bankruptcy counsel for the Debtor.