**SO ORDERED.**

**SIGNED this 15 day of April, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION AT GREENEVILLE

| | |
|---|---|
| In Re : | : |
| | : |
| APPALACHIAN OIL COMPANY, INC., | : CASE NO. 09-50259 |
| | : Chapter 11 |
| Debtor | : |

## STIPULATION AND ORDER

In connection with the Motions of YA Landholdings, LLC and YA Landholdings 7, LLC ("YA") for (1) relief from stay (the "Stay Relief Motion") and (2) to compel payment of administrative rent (the "Motion to Compel"); **IT IS HEREBY STIPULATED AND AGREED** between: (i) YA, (ii) Appalachian Oil Company, Inc. ("the Debtor"); and (iii) Greystone Credit II, LLC ("Greystone"); and the Court finding good cause therefore, **IT IS HEREBY FOUND AND ORDERED** as follows:

1

1.  YA shall be paid the outstanding rent under its leases (identified in the motions referred to above) for the period of Feb. 9, 2009 to Feb. 28, 2009 and for the month of April 2009 in the total amount of $242,228.55. Payment shall be made on the earlier of May 31, 2009 or the sale of the debtor's assets. Payment shall be made from the funds of the debtor or the debtor's cash collateral. Greystone absolutely and unconditionally guaranties these payments to YA.

2.  YA shall be paid the outstanding rent under its leases for the month of March 2009 by the close of business on Wednesday, April 15, 2009 in the total amount of $141,299.99. Payment shall be made from the funds of the debtor or the debtor's cash collateral. Greystone absolutely and unconditionally guaranties these payments to YA.

3.  The Debtor shall pay rent for the month on May 2009 on May 1, 2009 and shall pay rent monthly thereafter on the first of each month under the terms of the leases.

4.  The relief set out in this order shall be binding on any successors and assigns of Debtor including, without limitation, any Ch. 11 or Ch. 7 trustee and any examiner.

5.  YA's Motions having been noticed for hearing requesting essentially the same relief achieved in this order, and the Court finding cause for expediting hearing on YA's Motions to April 14, 2009 as the same day similar motions are being heard, the Court finds unnecessary any additional notice of or any setting of a further hearing on this Stipulation and Agreed Order. The automatic stay remains in effect, and YA's Stay

Relief Motion and Motion to Compel are continued to the Court's first regular hearing day in June, which is June 2, 2009, at 9:00 a.m.

6.  Following entry of this Order, the Debtor shall serve notice of this Order electronically via CM/ECF, such notice being deemed adequate and sufficient.

**###**

**STIPULATED AND AGREED:**

APPALACHIAN OIL COMPANY, INC.

By: ***/s/Mark S. Dessauer***
Mark S. Dessauer, Esq. (BPR NO. 10421)
Hunter, Smith & Davis, LLP
1212 North Eastman Road, P. O. Box 3740
Kingsport, Tennessee 37664
(423) 378-8840; Fax: (423) 378-8801
dessauer@hsdlaw.com


YA Landholdings, LLC and YA Landholdings 7, LLC

By: ***/s/Robert A. Guy, Jr.***
Robert A. Guy, Jr. (BPR NO. 16715)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
615-244-6380; Fax: 615-244-6804
Bobby.guy@wallerlaw.com


Greystone Credit II, LLC

By: ***/s/Glenn B. Rose***
Glenn B. Rose (BPR NO. 10598)
Harwell, Howard, Hyne, Gabbert
315 Deaderick St., Suite 1800
Nashville, Tennessee 37238
(615) 256-0500; Fax: (615) 251-1057
gbr@h3gm.com