Edna M. Michael
1402 Waterford Drive
Bel Air, MD 21015

April 14, 2009

United States Bankruptcy Court
220 West Depot Street
Suite 218
Greenville, TN 37743

FILED

2009 APR 20 AM 11:14

CLERK
U.S. BANKRUPTCY CT.
GREENVILLE TN

Gentlemen:

Reference: Appalachian Oil Company, Inc.
No. 2:09-bk-50259

I own the property where Appco 16 is located
in Mountain City, Tennessee. Request that you
please Change my mailing address from
Edna Michael, 363 Oak Street, Mountain City,
TN to the following for all Correspondence;
Ava Michael Shaver
Attn: Edna M. Michael
1402 Waterford Drive
Bel Air, MD 21015-6313

Thank you for your assistance.

Very Respectfully,

Edna M. Michael
Edna M. Michael