**SO ORDERED.**

**SIGNED this 27 day of April, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Marcia Phillips Parsons
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| APPALACHIAN OIL COMPANY, INC., | * | CASE NO. 2:09-bk-50259 |
| | * | Chapter 11 |
| Debtor | * | |

### ORDER

Upon motion of the Debtor to shorten time for notice of Motion to Sell Property Free and Clear of Liens and Encumbrances and to Use Cash Collateral in Accordance With Final Order (the "Motion"), and for good cause shown, **IT IS ORDERED** that the Motion is **GRANTED** and the period for giving notice of the Motion is shortened to seven (7) days such that a hearing on the Motion is scheduled for May 1, 2009 at 9:00 a.m., Bankruptcy Courtroom, James H. Quillen United States Courthouse, Depot Street, Greeneville, Tennessee.

**###**

**APPROVED FOR ENTRY:**

*s/Mark S. Dessauer*_____
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee  37664
(423)  378-8840; Fax: (423) 378-8801

DESSAUER: A-B
APPALACHIAN OIL
APPCO.85049