UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | * |
| | * |
| APPALACHIAN OIL COMPANY, INC. | *   CASE NO. 2:09-bk-50259 |
| | *   Chapter 11 |
| Debtor | * |

## AMENDMENT TO CREDITOR MATRIX

The Debtor, Appalachian Oil Company, Inc., hereby amends its previously-filed Creditor Matrix to add the following parties:

Willie C. Connell
9927 White Oak Rd.
Wise, Virginia 24293

Joseph Townsend
c/o Andy Glenn, Esq.
Starnes & Glenn
220 Broad Street
Kingsport, Tennessee 37660

Date: May 4, 2009.

HUNTER, SMITH & DAVIS, LLP

By: /s/Mark S. Dessauer
Mark S. Dessauer, Esq.
TN BPR NO. 010421
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee 37664
(423) 378-8840; Fax: (423) 378-8801

DESSAUER: A-B
APPALACHIAN OIL
APPCO.85049