**SO ORDERED.**

**SIGNED this 11 day of May, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| APPALACHIAN OIL COMPANY, INC., | ) | |
| | ) | |
| Debtor, | ) | |
| | ) | Case No. 09-50259 |
| PREMIUM FINANCING SPECIALISTS, INC. | ) | Chapter 11 |
| | ) | |
| Movant, | ) | |
| vs. | ) | |
| | ) | |
| APPALACHIAN OIL COMPANY, INC., | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER GRANTING MOTION TO REDUCE TIME FOR HEARING ON
AMENDED MOTION OF PREMIUM FINANCING
SPECIALISTS, INC. FOR RELIEF FROM AUTOMATIC STAY**

On May 5, 2009, Premium Financing Specialists, Inc. filed its Motion requesting a reduction of time for the hearing on its Amended Motion for relief from the automatic stay. For

cause recited in the Motion, the Motion is GRANTED. The time for notice of the May 19, 2009 hearing on the Amended Motion of Premium Financing Specialists, Inc. For Relief From Automatic Stay is reduced to fourteen (14) days.

# # #

APPROVED FOR ENTRY:


*/s/ Maurice K. Guinn*
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901
(865) 525-5300
Attorneys for Premium Financing Specialists, Inc.


*MKG/bd:Pleadings – 6453 Order on Motion Reduce Time 05-05-2009*