UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | * |
| | * |
| APPALACHIAN OIL COMPANY, INC. | *   CASE NO. 2:09-bk-50259 |
| | *   Chapter 11 |
| Debtor | * |

## RESPONSE TO TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The Debtor, Appalachian Oil Company, Inc. ("APPCO"), submits the following response to Travelers Casualty and Surety Company of America's ("Travelers") Motion for Relief From the Automatic Stay (the "Motion").

The Debtor does not oppose the Motion, to the extent that the funds in the Funds Account (as defined in the Motion) are used for the payment of the underlying principal amount of the taxes, and not used for the payment toward any interest or penalties that may be due on the fuel taxes owed by the Debtor. The Debtor requests that Travelers attempt to maximize the Funds Account in order to reduce the principal balance on any pending tax claim to which Travelers has an obligation to honor under the various bonds issued by it. Thus, the Debtor does not oppose the motion provided the Funds Account is not utilized to pay interest or penalties on any outstanding tax claim.

HUNTER, SMITH & DAVIS, LLP
By:  /s/Mark S. Dessauer
Mark S. Dessauer, Esq.
TN BPR NO. 010421
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee 37664
(423) 378-8840; Fax: (423) 378-8801

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 13, 2009 the **Response to Travelers Casualty and Surety Company of America's Motion for Relief From the Automatic Stay** was filed electronically. The following parties will receive copies of this document. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties, if any, have been served by hand delivery, overnight delivery, facsimile transmission, or by mailing a copy of same by United States Mail, postage prepaid.

        Rebecca B. Howald, Esq.
        Jeffrey S. Price, Esq.
        Manier & Herod
        2200 One Nashville Place
        150 Fourth Avenue, North
        Nashville, Tennessee 37219

        Patricia Foster, Esq.
        Attorney for the U. S. Trustee
        800 Market Street
        Suite 114, Howard Baker U. S. Courthouse
        Knoxville, Tennessee 37902

        John F. Teitenberg, Esq.
        Frost Brown Todd, LLC
        424 Church Street, Suite 1600
        Nashville, Tennessee 37219-2308
        Counsel for Committee of Unsecured Creditors

        Douglas L. Lutz, Esq.
        Frost Brown Todd, LLC
        2200 PNC Center, 201 East Fifth Street
        Cincinnati, Ohio 45202
        Counsel for Committee of Unsecured Creditors

        Brent C. Strickland, Esq.
        Stephen B. Gerald, Esq.
        Whiteford, Taylor & Preston, LLP
        Seven Saint Paul Street
        Baltimore, Maryland 21202
        Counsel for Committee of Unsecured Creditors

**HUNTER, SMITH & DAVIS, LLP**

*/s/ Mark S. Dessauer*
Mark S. Dessauer

DESSAUER: A-B: APPALACHIAN OIL
APPCO.85049

2