**SO ORDERED.**

**SIGNED this 18 day of May, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Marcia Phillips Parsons
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| APPALACHIAN OIL COMPANY, INC., | * | CASE NO. 2:09-bk-50259 |
| | * | Chapter 11 |
| Debtor | * | |

# ORDER

The Debtor has filed a **Motion to Reject Unexpired Lease of Non-Residential Real Property** (the "Motion") seeking to reject Lease Agreement dated July 23, 2008 between Gordon C. Brown, Judy C. Brown and Brown's Pantry, Inc. (the "Lease"). It appearing that all affected parties have been served with copies of the Motion and that no objections have been filed or any objections have been overruled or withdrawn, **IT IS ORDERED** that the Motion is **GRANTED** and the Lease is rejected effective April 30, 2009.

**###**

**APPROVED FOR ENTRY:**

**s/Mark S. Dessauer**
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee 37664
(423) 378-8840; Fax: (423) 378-8801

DESSAUER: A-B
APPALACHIAN OIL
APPCO.85049