

**SO ORDERED.**

**SIGNED this 18 day of May, 2009.**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE

In re

     APPALACHIAN OIL COMPANY, INC.,       No. 09-50259
                      Debtor.       Chapter 11

### O R D E R

     This case came before the court for a telephonic hearing on May 15, 2009, upon the debtor's motion filed on May 8, 2009, requesting that the time for the notice of hearing upon its motion for approval of compromise and settlement be shortened and that the parties required to receive notice of the hearing be limited. For the reasons stated by the court, the request to shorten time for the notice of hearing is denied and the request to limit the parties required to receive notice is granted except that the debtor shall additionally serve the motion and notice of hearing upon those persons and entities that have specifically requested notice and the twenty largest unsecured creditors.

# # #