**SO ORDERED.**

**SIGNED this 19 day of May, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

----------------------------------------------------------x
                                                          :
In re:                                                    :
                                                          :    No.    2:09-bk-50259
APPALACHIAN OIL COMPANY, INC.                             :
                                                          :
                Debtor.                                   :
                                                          :
----------------------------------------------------------x

**ORDER GRANTING MOTION FOR RELIEF FROM STAY FILED BY
TRAVELERS CASUALTY AND INSURANCE COMPANY OF AMERICA**

UPON CONSIDERATION of the Motion for Relief from Stay (the "Motion") filed by Travelers Casualty and Surety Company of America ("Travelers"), and any opposition thereto; and the Court finding that cause exists pursuant to 11 U.S.C. § 362(d)(1) to grant the Travelers relief from the automatic stay, it is

ORDERED, that the Motion should be, and the same hereby is, GRANTED; and it is further,

471777

ORDERED, that the automatic stay is hereby modified so that Travelers may exercise its rights under the Security Agreement, including but not limited to taking possession of the Funds Account, to the extent that Travelers incurs Losses, as that term is defined in the GCI.

# # #

APPROVED FOR ENTRY BY:

**MANIER & HEROD,**
**a Tennessee professional corporation**

*/s/ Rebecca B. Howald*
**REBECCA B. HOWALD**
**JEFFREY S. PRICE**
MANIER & HEROD, P.C.
150 4th Ave. North, Suite 2200
Nashville, TN 37219
Tel.:  (615) 244-0030
Fax:   (615) 242-4203
rhowald@manierherod.com

VENABLE LLP
Lisa Bittle Tancredi, Esquire
750 East Pratt Street, Suite 900
Baltimore, Maryland  21202
Telephone: (410) 244-7400

**Counsel to Travelers Casualty and**
**Surety Company of America**

- and -

*/s/ Mark S. Dessauer*
**Mark S. Dessauer**
Hunter, Smith & Davis
1212 North Eastman Road
P. O. Box 3740
Kingsport, TN 37664
(423) 378-8840
Fax : (423) 378-8801
Email: dessauer@hsdlaw.com

**Counsel for the Debtor Appalachian Oil Company**

471777