The objection filed by Wizard, Inc. is overruled for the reasons stated by the court on the record at the hearing.



**SO ORDERED.**

**SIGNED this 20 day of May, 2009.**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Marcia Phillips Parsons
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| APPALACHIAN OIL COMPANY, INC., | * | CASE NO. 2:09-bk-50259 |
| | * | Chapter 11 |
| Debtor | * | |

## ORDER

The Debtor has filed an **Application for Interim Compensation to Hunter, Smith & Davis, LLP** seeking payment of fees and expenses to Hunter, Smith & Davis, LLP, as counsel for Debtor. It appearing that all affected parties have been served with copies of the Application and that no objections have been filed or any objections have been overruled or withdrawn, **IT IS ORDERED** that the Application is **APPROVED** and the amounts of $48,556.00 for fees and $11,385.32 for expenses, for a total of **$59,941.32**, is awarded to Hunter, Smith & Davis, LLP, as counsel for the Debtor.

**###**

**APPROVED FOR ENTRY:**

**s/Mark S. Dessauer**_____
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee 37664
(423) 378-8840; Fax: (423) 378-8801

DESSAUER: A-B
APPALACHIAN OIL
APPCO.85049