**SO ORDERED.**

**SIGNED this 20 day of May, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: * | |
| * | |
| APPALACHIAN OIL COMPANY, INC. * | CASE NO. 2:09-bk-50259 |
| * | Chapter 11 |
| Debtor * | |

### O R D E R

The Debtor has filed an Motion for Approval to Implement Sale Procedures (the "Motion"). It appearing that all affected parties have been served with copies of the Motion and that no objections have been filed or any objections have been overruled or withdrawn, **IT IS ORDERED** that the Motion is Granted and the Debtor is authorized to immediately implement the Sale Procedures in substantially the form set forth in Exhibit No. 1 to the Motion. **IT IS FURTHER ORDERED** that any stay of this Order under Fed. R. Bank. P. 6004(h) is waived.

### ###

**APPROVED FOR ENTRY:**

*s/Mark S. Dessauer*_____
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee 37664
(423) 378-8840; Fax: (423) 378-8801

DESSAUER: A-B: APPALACHIAN OIL
APPCO.85049