**SO ORDERED.**

**SIGNED this 20 day of May, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| APPALACHIAN OIL COMPANY, INC. | * | CASE NO. 2:09-bk-50259 |
| | * | Chapter 11 |
| Debtor | * | |

### ORDER

The Debtor has filed an Application By Debtor for Authority to Employ Real Estate and Financial Advisor and Sales Agent (the "Application"). It appearing that all affected parties have been served with copies of the Application and that no objections have been filed or any objections have been overruled or withdrawn, **IT IS ORDERED** that the Application is approved and the Debtor is authorized to employ NRC Realty Advisors, LLC to serve as real estate and sales agent and financial advisor to Debtor for the purposes set forth in the Application.

###

APPROVED FOR ENTRY:
*s/Mark S. Dessauer*_____
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee  37664
(423)  378-8840; Fax: (423) 378-8801

DESSAUER: A-B: APPALACHIAN OIL
APPCO.85049