**SO ORDERED.**

**SIGNED this 21 day of May, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| APPALACHIAN OIL COMPANY, INC. | * | CASE NO. 2:09-bk-50259 |
| | * | Chapter 11 |
| Debtor | * | |

# O R D E R

The Debtor's motion for additional time to assume or reject leases on non-residential real property [Document No. 268] (the "Motion") and the objections thereto filed by Frank Haws [Document No. 300] and McDonald's Corporation [Document No. 329] came on for hearing before the Honorable Marcia P. Parsons, United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of Tennessee, on the 19th day of May, 2009. Upon statement of counsel and review of the record, the Court found the Motion, except as provided below, to be well taken and that the Motion should be granted.

**WHEREFORE, IT IS HEREBY ORDERED:**

1. That, except as set forth in Paragraph Nos. 2 and 3 below, the Motion is granted and the Debtor shall have an additional ninety (90) days, or until September 7, 2009, to assume or reject

the leases of non-residential real property to which the Debtor is a party which are described in Exhibit A to the Motion;

2. That the Motion and the objections thereto by Frank Haws with respect to the Debtor's lease agreement with Frank Haws is rescheduled for hearing on June 2, 2009 commencing at 9:00 a.m., Bankruptcy Courtroom, James H. Quillen United States Courthouse, Greeneville, Tennessee; and

3. That the Motion and the objection thereto by McDonald's Corporation with respect to Ground Lease and Operating Agreement dated June 17, 2006 between McDonald's Corporation and the Debtor is rescheduled for hearing on June 5, 2009 commencing at 9:00 a.m., Bankruptcy Courtroom, James H. Quillen United States Courthouse, Greeneville, Tennessee, at which time the Motion and such objection thereto will be consolidated with the final hearing on McDonald's Corporation's motion for relief from the automatic stay [Document No. 101] and the Debtor's response thereto [Document No. 161].

**###**

**APPROVED FOR ENTRY:**

*s/ Mark S. Dessauer*
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Post Office Box 3740
Kingsport, Tennessee  37664
E-mail:  dessauer@hsdlaw.com
(423)  378-8840; Fax: (423) 378-8801
Attorney for Debtor

**DESSAUER: A-B; APPALACHIAN OIL**
**APPCO.85049**