**SO ORDERED.**

**SIGNED this 01 day of June, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| APPALACHIAN OIL COMPANY, INC., | ) |
| | ) |
|       Debtor, | ) |
| | ) Case No. 09-50259 |
| PREMIUM FINANCING SPECIALISTS, INC. | ) Chapter 11 |
| | ) |
|       Movant, | ) |
| vs. | ) |
| | ) |
| APPALACHIAN OIL COMPANY, INC., | ) |
| | ) |
|       Respondent. | ) |

**AGREED ORDER GRANTING AMENDED MOTION OF PREMIUM FINANCING
SPECIALISTS, INC. FOR RELIEF FROM AUTOMATIC STAY**

On May 4, 2009, the Amended Motion of Premium Financing Specialists, Inc. For Relief From Automatic Stay Or, Alternatively, For Adequate Protection was filed. Notice of the May 19, 2009 hearing on the Amended Motion was given by the attorney for Premium Financing

Specialists, Inc. to the debtor, the debtor's attorney, the U.S. Trustee, the Committee Members, the attorney for the Committee members, and other parties in interest who had filed a notice of appearance.  For cause recited in the Motion, the Motion is GRANTED.  The automatic stay is modified to permit Premium Financing Specialists, Inc. to cancel the insurance policies described in Exhibit A to the Motion and to receive and apply the premium to obligations of the debtor.  Premium Financing Specialists, Inc. shall seek to have the policies terminated as of the bankruptcy filing date (February 9, 2009), and Debtor shall cooperate with Premium's efforts.  An Affidavit as to attorney fees and proposed Order shall be filed within ten (10) days from entry of this Order.  The debtor and any other party in interest shall have ten (10) days after filing of the Affidavit and proposed Order within which to object to the attorney fees requested to be added to the claim of Premium Financing Specialists, Inc.  Pursuant to Federal to Federal Rule of Bankruptcy Procedure 4001(a)(3), the 10-day stay period is waived.

# # #

APPROVED FOR ENTRY:

*/s/ Mark S. Dessauer*
Mark S. Dessauer
(Bar Code No. 010421)
Hunter, Smith & Davis, LLP
P.O. Box 3740
Kingsport, Tennessee 37664
(423) 378-8840
Attorneys for Appalachian Oil Company, Inc.

*/s/ Maurice K. Guinn*
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee  37901
(865) 525-5300
Attorneys for Premium Financing Specialists, Inc.
MKG/bd:Pleadings – 6453   Order – Amended Motion Stay Relief 05-26-2009