**SO ORDERED.**

**SIGNED this 02 day of June, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| APPALACHIAN OIL COMPANY, INC. | * | CASE NO. 2:09-bk-50259 |
| | * | Chapter 11 |
| Debtor | * | |

# O R D E R

The motion of Debtor, Appalachian Oil Company, Inc., for sale of property free and clear of liens and encumbrances (the "Motion") came on for hearing before the Honorable Marcia P. Parsons, United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of Tennessee, on the 2nd day of June, 2009. After review of the record and noting no objections to the Motion had been filed, the Court found the Motion to be well taken and should be granted.

**WHEREFORE, IT IS HEREBY ORDERED:**

1. That the Motion is **granted**;

2. That the Debtor is authorized to proceed to consummate the sale of the Debtor's fifty percent (50%) membership interests in Appalachian Barnette, LLC (the "Membership Interests") to Double T, LLC in consideration of the assumption of the Debtor's guaranty obligation to Powell Valley National Bank;

3. That the Debtor is authorized to enter into and deliver such bill of sale or other document of conveyance necessary to sell, convey and transfer all right, title and interest of the Debtor in and to the Membership Interests to Double T, LLC; and

4. That, in addition to authorizing the transactions contemplated by the Motion, the Court further finds that: (a) Double T, LLC is a good-faith purchaser of the Membership Interests under 11 U.S.C. § 363(m); (b) that the sale of the Membership Interests to Double T, LLC does not involve improper conduct, collusion and cannot be avoided under grounds set forth under 11 U.S.C. § 363(n); (c) that, upon consummation of the sale of the Membership Interests as contemplated in the Motion, the Membership Interests shall be deemed sold to Double T, LLC free and clear of any lien, claim or encumbrance in favor of Greystone Credit II, L.L.C., other secured creditors of the Debtor or other creditors whose claims could act as liens against the Membership Interests; and (d) that the transactions contemplated by the Motion may be consummated immediately upon the signing or filing of this Order and pursuant to Fed. R. Bankr. P. 6004(g), the sale of the Membership Interests as contemplated by the Motion shall not be stayed pending the expiration of ten (10) days from the entry of this Order;

###

**APPROVED FOR ENTRY:**
*s/ Mark S. Dessauer*_____
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Post Office Box 3740
Kingsport, Tennessee  37664
E-mail:  dessauer@hsdlaw.com
(423)  378-8840; Fax: (423) 378-8801
Attorney for Debtor

**DESSAUER: A-B: APPALACHIAN OIL**
**APPCO.85049**