# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT GREENEVILLE

___

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 2:09-bk-50259** |
| **Appalachian Oil Company, Inc.** ) | |
| ) | **Chapter 11** |
| Debtor. ) | |

___

## NOTICE OF WITHDRAWAL OF
## EMERGENCY MOTION FOR CONTINUANCE OF HEARING ON
## DEBTOR'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT
## AND OBJECTION TO COMPROMISE

Titan Global Holdings, Inc. ("Titan"), by and through counsel, hereby withdraws its Motion for Continuance and Objection to Debtor's Motion to Compromise filed on May 31, 2009 (Docket No. 402). Titan reserves all rights to file a subsequent objection pursuant to the Notice of Hearing filed by the Debtor on June 2, 2009 (Docket No. 434).

Respectfully submitted,

/s/ Gene L. Humphreys
Gene L. Humphreys
Bass, Berry & Sims, PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238
Telephone: (615) 742-6200
Facsimile: (615) 742-6293
ghumphreys@bassberry.com
*Attorneys for Titan Global Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4th, 2009 I electronically filed the foregoing Notice of Withdrawal by using the CM/ECF system, which sent notice of electronic filing to the parties consenting to electronic service.

/s/ Gene L. Humphreys
Gene L. Humphreys

7865647.1