UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | * |
| | * |
| APPALACHIAN OIL COMPANY, INC. | *   CASE NO. 2:09-bk-50259 |
| | *   Chapter 11 |
| Debtor | * |

# MOTION FOR ENTRY OF SECOND AMENDMENT TO FINAL ORDER AUTHORIZING DEBTOR IN POSSESSION FINANCING AND USE OF CASH COLLATERAL

The Debtor, Appalachian Oil Company, Inc., and Greystone Business Credit II, L.L.C. jointly move for entry and filing of Second Amendment to Final Order Authorizing Debtor In Possession Financing and Use of Cash Collateral filed herewith.

**HUNTER, SMITH & DAVIS, LLP**

By: **/s/Mark S. Dessauer**
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
Post Office Box 3740
Kingsport, Tennessee 37664
(423) 378-8840; Fax: (423) 378-8801
dessauer@hsdlaw.com
Counsel for Debtor

**HARWELL HOWARD HYNE GABBERT & MANNER, PC**

**/s/ Craig V. Gabbert, Jr.**
Craig V. Gabbert, Jr.
Glenn B. Rose (BPR NO. 010598)
315 Deaderick Street, Suite 1800
Nashville, Tennessee 37238
(615) 256-0500; Fax: (615) 251-1059
gbr@h3gm.com
Counsel for Greystone Credit II, LLC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11, 2009 the **(1) Motion For Entry of Second Amendment to Final Order Authorizing Debtor In Possession Financing and Use of Cash Collateral, and (2) Second Amendment to Final Order Authorizing Debtor In Possession Financing and Use of Cash Collateral** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties, if any, have been served by hand delivery, overnight delivery, facsimile transmission, or by mailing a copy of same by United States Mail, postage prepaid.

**HUNTER, SMITH & DAVIS, LLP**

*/s/ Mark S. Dessauer*
Mark S. Dessauer

**DESSAUER: A-B**
**APPALACHIAN OIL**
**APPCO.85049**