# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION AT KNOXVILLE

| | |
|---|---|
| In re: ) | |
| ) | |
| APPALACHIAN OIL COMPANY, INC., ) | |
| ) | |
| Debtor, ) | |
| ) | Case No. 09-50259 |
| PREMIUM FINANCING SPECIALISTS, INC. ) | Chapter 11 |
| ) | |
| Movant, ) | |
| vs. ) | |
| ) | |
| APPALACHIAN OIL COMPANY, INC., ) | |
| ) | |
| Respondent. ) | |

## AFFIDAVIT OF MAURICE K. GUINN

STATE OF TENNESSEE
COUNTY OF KNOX

Comes now Maurice K. Guinn, after being duly sworn according to law, to depose and say:

(1) I am an attorney licensed to practice in the State of Tennessee and admitted to practice in the United States District Court for the Eastern District of Tennessee. I am a member of the Gentry, Tipton & McLemore, P.C. law firm. Our offices are located at 900 S. Gay Street, Suite 2300, Knoxville, Tennessee 37902.

(2) On June 1, 2009, the Court entered the Agreed Order Granting Amended Motion of Premium Financing Specialists, Inc. For Relief From Automatic Stay (Doc. No. 405). The Order provides that an Affidavit as to the attorney fees and a proposed Order pertaining to those fees shall be filed within ten (10) days from entry of the Agreed Order.

(3) The attorney fees billed or to be billed by Gentry, Tipton & McLemore, P.C. to Premium Financing Specialists, Inc. for its services between May 1, 2009 and June 11, 2009, total $1,481.33, based on a $275.00 hourly billing rate. The out-of-pocket expenses for which Gentry, Tipton & McLemore, P.C. seeks reimbursement from Premium Financing Specialists, Inc. total $230.47.

Further affiant saith not.

_____
Maurice K. Guinn

Sworn to and subscribed before me, this 11th day of June, 2009.

_____
Notary Public

My Commission expires: 02/03/2010

*MKG/bd:Pleadings – 6453 Affidavit of MKG 06-10-2009*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11, 2009, the foregoing "**Affidavit of Maurice K. Guinn**" and proposed "**Order As To Inclusion of Attorney Fees And Expenses In Claim Of Premium Financing Specialists, Inc.**" were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the parties identified in the electronic filing receipt.

*/s/Maurice K. Guinn*
Maurice K. Guinn