**SO ORDERED.**

**SIGNED this 10 day of June, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| APPALACHIAN OIL COMPANY, INC. | * | CASE NO. 2:09-bk-50259 |
| | * | Chapter 11 |
| Debtor | * | |

## AGREED ORDER

Upon agreement of McDonald's Corporation ("McDonald's") and the Debtor, **IT IS HEREBY ORDERED:**

1. That McDonald's motion for relief from the automatic stay [Document No. 101] and the Debtor's response thereto [Document No. 161] is continued from its previously scheduled hearing date of June 5, 2009 and rescheduled for hearing on July 22, 2009 commencing at 9:00 a.m., Bankruptcy Courtroom, James H. Quillen United States Courthouse, Greeneville, Tennessee;

2. That the automatic stay of 11 U.S.C. § 362(a) with respect to the Ground Lease and Operating Agreement dated August 17, 1996 between McDonald's and the Debtor (the "Lease") shall remain in place;

3. That the Debtor's motion for additional time to assume or reject leases of non-residential property with respect to the Lease [Document No. 268] and McDonald's response thereto [Document No., 329] is continued from its previously scheduled hearing date of June 5, 2009 and rescheduled for hearing on July 22, 2009 at the above time and place; and

4. That the time for the Debtor to assume or reject the Lease is extended until July 22, 2009.

###

**APPROVED FOR ENTRY:**

*s/ Mark S. Dessauer*
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Post Office Box 3740
Kingsport, Tennessee 37664
E-mail: dessauer@hsdlaw.com
(423) 378-8840; Fax: (423) 378-8801
Attorney for Debtor

*s/ Walter N. Winchester*
Walter N. Winchester, Esq. (TN BPR NO. 01430)
WINCHESTER, SELLERS, FOSTER & STEELE, P.C.
800 South Gay Street
Knoxville, Tennessee 37929
E-mail: wwinchester@wsfs-law.com
(865) 637-1980; Fax: (865) 637-4489
Attorney for McDonald's Corporation

DESSAUER: A-B; APPALACHIAN OIL
APPCO.85049