**SO ORDERED.**

**SIGNED this 18 day of June, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Marcia Phillips Parsons
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| APPALACHIAN OIL COMPANY, INC. | * | CASE NO. 2:09-bk-50259 |
| | * | Chapter 11 |
| Debtor | * | |

# O R D E R

The Debtor has filed an Motion for Extension of Exclusivity Period to File Reorganization Plan (the "Motion"). It appearing that all affected parties have been served with copies of the Motion and that no objections have been filed or any objections have been overruled or withdrawn, **IT IS ORDERED** that the Motion is Granted and the Debtor's exclusivity period to file a plan of reorganization is extended for an additional one hundred twenty (120) days or until October 8, 2009.

###

**APPROVED FOR ENTRY:**

*s/Mark S. Dessauer*_____
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee  37664
(423)  378-8840; Fax: (423) 378-8801

**DESSAUER: A-B: APPALACHIAN OIL**
**APPCO.85049**