**SO ORDERED.**

**SIGNED this 22 day of June, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | * |
| | * |
| APPALACHIAN OIL COMPANY, INC., | * CASE NO. 2:09-bk-50259 |
| | * Chapter 11 |
| Debtor | * |

### ORDER

The Debtor has filed a **Motion to Reject Unexpired Lease of Non-Residential Real Property** (the "Motion") seeking to reject Land and Building Lease Agreement dated September 17, 2007 between YA Landholdings, LLC and APPCO for the lease of non-residential real property located in Olive Hill, Kentucky and known as APPCO Store No. 80 (the "Lease"). It appearing that all affected parties have been served with copies of the Motion and that no objections have been filed or any objections have been overruled or withdrawn, **IT IS ORDERED** that the Motion is **GRANTED** and the Lease is rejected effective May 31, 2009.

###

**APPROVED FOR ENTRY:**

**s/Mark S. Dessauer**_____
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee  37664
(423) 378-8840; Fax: (423) 378-8801

DESSAUER: A-B: APPALACHIAN OIL
APPCO.85049