**SO ORDERED.**

**SIGNED this 22 day of June, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| APPALACHIAN OIL COMPANY, INC., | ) | |
| | ) | |
| Debtor, | ) | |
| | ) | Case No. 09-50259 |
| PREMIUM FINANCING SPECIALISTS, INC. | ) | Chapter 11 |
| | ) | |
| Movant, | ) | |
| vs. | ) | |
| | ) | |
| APPALACHIAN OIL COMPANY, INC., | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER AS TO INCLUSION OF ATTORNEY FEES AND EXPENSES
IN CLAIM OF PREMIUM FINANCING SPECIALISTS, INC.**

On June 1, 2009, the Court entered the Agreed Order Granting Amended Motion of Premium Financing Specialists, Inc. For Relief From Automatic Stay (Doc. No. 405). According to the Affidavit of Maurice K. Guinn filed on June 11, 2009, Gentry, Tipton & McLemore, P.C.

has billed or will bill Premium Financing Specialists, Inc. ("PFS") $1,481.33 for attorneys fees, plus $230.47 in out-of-pocket expenses. In its Amended Motion of Premium Financing Specialists, Inc. For Relief From Automatic Stay Or, Alternatively, For Adequate Protection (Doc. No. 296), PFS represents the unpaid balance under its finance agreement was $21,461.15 as of April 22, 2009. The attorney fees and expenses totaling $1,711.80 may be are added to the amount of the PFS claim.

# # #

APPROVED FOR ENTRY:

*/s/ Maurice K. Guinn*
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901
(865) 525-5300
Attorneys for Premium Financing Specialists, Inc.

*MKG/bd:Pleadings – 6453   Order Inclusion Attorney Fees 06-11-2009*