IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

---

| IN RE: | ) | |
| --- | --- | --- |
| | ) | **Case No. 2:09-bk-50259** |
| **Appalachian Oil Company, Inc.** | ) | |
| | ) | **Chapter 11** |
| Debtor. | ) | |

---

**NOTICE OF WITHDRAWAL OF MOTION OF TITAN GLOBAL HOLDINGS, INC. TO APPOINT A CHAPTER 11 TRUSTEE AND MOTION TO SHORTEN TIME FOR NOTICE OF MOTION OF TITAN GLOBAL HOLDINGS, INC. TO APPOINT A CHAPTER 11 TRUSTEE**

Titan Global Holdings, Inc., by and through counsel, hereby withdraws its *Motion and Proposed Order to Appoint a Chapter 11 Trustee* and its *Motion and Proposed Order to Shorten Time for Notice of Motion of Titan Global Holdings, Inc. to Appoint a Chapter 11 Trustee* which were filed on June 9, 2009 (Docket Nos. 453 and 454).

Respectfully submitted,

/s/ Gene L. Humphreys
Gene L. Humphreys
Bass, Berry & Sims, PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238
Telephone: (615) 742-6200
Facsimile: (615) 742-6293
ghumphreys@bassberry.com
*Attorneys for Titan Global Holdings, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30th, 2009, I electronically filed the foregoing Notice of Withdrawal of Motion of Titan Global Holdings, Inc. to Appoint a Chapter 11 Trustee and Motion to Shorten Time for Notice of Motion of Titan Global Holdings, Inc. to Appoint a Chapter 11 Trustee by using the CM/ECF system, which will send notice of electronic filing to the parties consenting to electronic service.

/s/ Gene L. Humphreys
Gene L. Humphreys