**SO ORDERED.**

**SIGNED this 01 day of July, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| APPALACHIAN OIL COMPANY, INC. | * | CASE NO. 2:09-bk-50259 |
| | * | Chapter 11 |
| Debtor | * | |

## AGREED ORDER

Upon agreement of the Debtor and GEC, LLC, **IT IS HEREBY ORDERED:**

1. That the Debtor's Motion to Reject Unexpired Lease of Non-Residential Real Property [Document No. 298] regarding the lease agreement with GEC, LLC dated June 24, 2008, as amended by Addendum Number 1 dated April 6, 2009 is granted and such lease agreement is deemed rejected effective May 31, 2009;

2. That, on or before July 10, 2009, the Debtor shall pay the sum of $1,500.00 to GEC, LLC, by wire transfer to the Zorrilla & Associates, P.L. Trust Account, such sum

representing a compromise of post-petition rent due for the months of March, April and May, 2009, and shall constitute payment in full of any post-petition or administrative expense claim to which GEC, LLC may otherwise be entitled; and

3. That GEC, LLC shall have until July 20, 2009 in which to file its pre-petition claim for rejection damages or other unsecured claim under such lease agreement.

###

**APPROVED FOR ENTRY:**

*s/ Mark S. Dessauer*
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Post Office Box 3740
Kingsport, Tennessee  37664
E-mail:  dessauer@hsdlaw.com
(423)  378-8840; Fax: (423) 378-8801
Attorney for Debtor

*s/Robert E. Stone*
Robert E. Stone, Esq. (FL BAR NO. 352446)
ZORRILLA & ASSOCIATES, P.L.
1401 Brickell Avenue, Suite 570
Miami, Florida 33131
(305) 860-3831;  Fax: (305) 860-3832
Attorney for GEC, LLC

**DESSAUER: A-B
APPALACHIAN OIL
APPCO.85049**