# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | * |
| | * |
| APPALACHIAN OIL COMPANY, INC. | *   CASE NO. 2:09-bk-50259 |
| | *   Chapter 11 |
| Debtor | * |

# AGREED ORDER

Upon agreement of Agnes C. Davis and the Debtor, Appalachian Oil Company, Inc., **IT IS HEREBY ORDERED** that Agnes C. Davis' motion for relief from the automatic stay [Document No. 138] and the Debtor's response thereto [Document No. 419] shall be decided on the written record provided that the Debtor shall have until July 28, 2009 to file a brief on whether the January 24, 2009 letter of Ms. Davis constitutes a pre-petition termination of the Lease Agreement dated September 3, 1991 between Agnes C. Davis and Appalachian Oil Company, Inc., and Ms. Davis shall have seven (7) days from the filing of the Debtor's brief to file a reply or response thereto.

**###**

**APPROVED FOR ENTRY:**

*s/ Mark S. Dessauer*
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Post Office Box 3740
Kingsport, Tennessee  37664
E-mail:  dessauer@hsdlaw.com
(423)  378-8840; Fax: (423) 378-8801
Attorney for Debtor


*s/ Daniel R. Bieger*
Daniel R. Bieger, Esq. (BPR NO. 015742)
COPELAND & BIEGER, P.C.
Post Office Box 1296
Abingdon, Virginia 24212
E-mail: mail@copelandbieger.com
(276) 628-9525; Fax: (276) 628-5901
Attorney for Agnes C. Davis

**DESSAUER: A-B**
**APPALACHIAN OIL**
**APPCO.85049**