THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

IN RE: Appalachian Oil Company, Inc., Debtor(s).  
PO Box 1500  
Blountville, TN 37617-1500  
62-0809557

Case No. 09-50259 MPP  
Chapter 11  
Judge Parsons

## NOTICE OF WITHDRAWAL OF CLAIM

Pursuant to Fed. R. Bankr. P. 3006, the TN Dept. of Labor & Workforce Dev-Unemployment Insurance withdraws the following claim. A copy of the withdrawn claim is attached hereto for reference.

Amount of Claim: $10,290.86  
Date Claim Filed: July 16, 2009  
Account Number: Claim 417

Respectfully submitted,  
Robert E. Cooper, Jr.  
Attorney General and Reporter

/s/William McCormick  
William McCormick  
Assistant Attorney General  
BPR No. 12718  
OFFICE OF THE ATTORNEY GENERAL  
BANKRUPTCY DIVISION  
P O BOX 20207  
Nashville, TN 37202-0207  
Phone: 615-532-2504    Fax: 615-741-3334

## CERTIFICATE OF SERVICE

I certify that on July 16, 2009 a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/William McCormick  
William McCormick  
Assistant Attorney General

Office of the U.S. Trustee  
800 Market Street  
Suite 114  
Knoxville, Tennessee 37902

Mark S. Dessauer  
Attorney for the Debtor(s)  
P. O. Box 3740  
Kingsport, TN 37664-0740

| FORM B10 (Official Form 10)(4/98) | | |
|---|---|---|
| **United States Bankruptcy Court  Eastern District of Tennessee**<br>**Northeastern Division** | | **AMENDED**<br>**PROOF OF CLAIM** |
| Name of Debtor: Appalachian Oil Company, Inc. | Case Number  09-50259 MPP<br>Chapter  11 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C.sec. 503.

| Name of Creditor: (The person or entity to whom the debtor owes money or property)<br>TN Dept. of Labor & Workforce Dev-Unemployment Insurance | ☐ Check box if you are aware that any one else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and addresses where notices should be sent:<br>TN Dept. of Labor & Workforce Dev-Unemployment Insurance<br>c/o TN Atty General, Bankruptcy Div.<br>PO Box 20207<br>Nashville, TN 37202-0207 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | This Space is for Court Use Only |
| Account or other number by which creditor identifies debtor:<br>62-0809557      0431-596 7 | Check here ☐ replaces  a previously filed claim, dated: 4/13/2009<br>if this claim ☑ amends | |

**1. Basis for Claim:**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☑ Taxes.
- ☐ Other: Unemployment Insurance
- ☐ Additional Information:

- ☐ Retiree benefits as defined in 11 U.S.C. sec. 1114(a)
- ☐ Wages, salaries, and compensations (Fill out below)
   Your SS#
   Unpaid compensation for services performed
   from _____ to _____
      (date)          (date)

| 2. Date debt was incurred: 4th Qtr 2008 - 1st Qtr 2009 | 3. If court judgment, date obtained |
|---|---|

**4. Total Amount of Claim at Time Case Filed :**      $ 10,290.86

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**5. Secured Claim: **      $0.00**

☐ Check this box if your claim is secured by collateral (including a right of setoff.)

Brief description of collateral
- ☐ Real Estate
- ☐ Motor Vehicle
- ☐ Other

Value of Collateral:  Unknown

Amount of arrearage and other charges at time case filed included in secured claim above, if any:

**Upon notice and proof from debtor that part or all of this claim is unsecured by operation of 11 USC sec 506(a), creditor reserves the right to claim such unsecured portion as a priority claim under 11 USC sec. 507(a)(8).

**6. Unsecured Priority Claim:**

☑ Check this box if you have an unsecured priority claim
Amount entitled to priority      $ 10,290.86
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,300)*, earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier --11 U.S.C. sec. 507(a)(3)
- ☐ Contributions to an employee benefit plan--11 U.S.C. sec. 507(a)(4)
- ☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family or household use --11 U.S.C. sec. 507(a)(6)
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child -- 11 U.S.C. sec. 507(a)(7)
- ☑ Taxes or penalties of governmental units --11 U.S.C. sec. 507(a)(8)
- ☐ Other--Specify applicable paragraph of 11 U.S.C. sec. 507(a)(     )

*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents**  *Attach copies of supporting documents,*  such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy**  To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

| Date:<br>July 15, 2009 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim  (attach copy of power of attorney, if any)<br>/s/ William McCormick<br>William McCormick           Assistant Attorney General |
|---|---|

Penalty for presenting fraudulent claim:    Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. sec. 152 and 3571