**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| APPALACHIAN OIL COMPANY, INC. | * | CASE NO. 2:09-bk-50259 |
| | * | Chapter 11 |
| Debtor | * | |

## AMENDED CERTIFICATE OF SERVICE

Pursuant to Order entered July 21, 2009 [DOCUMENT NO. 555], the undersigned hereby amends the Certificates of Service on the following previously-filed documents to include the additional parties listed below: (1) Motion to Approve Compromise [DOCUMENT NO. 534]; and (2) Motion to Shorten Time for Notice of Motion to Approve Compromise and to Limit the Parties Required to Receive Notice of Motion [DOCUMENT NO. 535]. Copies of the previously-filed documents are attached.

      All Parties Requesting Service

      United States Attorney's Office

      Tennessee Department of Revenue

Dated: July 22, 2009.

                            **HUNTER, SMITH & DAVIS, LLP**

                            By: ***/s/Mark S. Dessauer***
                                  Mark S. Dessauer, Esq.
                                  TN BPR NO. 010421
                                  Attorney for Debtor
                                  Post Office Box 3740
                                  Kingsport, Tennessee 37664
                                  (423) 378-8840; Fax: (423) 378-8801
                                  dessauer@hsdlaw.com