**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | |
| **APPALACHIAN OIL COMPANY, INC.** | * | **CASE NO. 2:09-bk-50259** |
| | * | **Chapter 11** |
| **Debtor** | * | |

# AGREED ORDER

Upon agreement of McDonald's Corporation ("McDonald's") and the Debtor, Appalachian Oil Company, Inc., **IT IS HEREBY ORDERED:**

1.      That McDonald's motion for relief from the automatic stay [Document No. 101] and the Debtor's response thereto [Document No. 161] is continued from its previously scheduled hearing date of July 22, 2009 and rescheduled for a status conference on September 8, 2009 commencing at 9:00 a.m., Bankruptcy Courtroom, James H. Quillen United States Courthouse, Greeneville, Tennessee;

2.     That the automatic stay of 11 U.S.C. § 362(a) with respect to the Ground Lease and Operating Agreement dated August 17, 1996 between McDonald's and the Debtor (the "Lease") shall remain in place; and

3.     That the Debtor's motion for additional time to assume or reject the Lease [Document No. 268] is granted and the Debtor shall have through September 8, 2009 to assume or reject the Lease.


**###**

**APPROVED FOR ENTRY:**

***s/ Mark S. Dessauer***
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Post Office Box 3740
Kingsport, Tennessee  37664
E-mail:  dessauer@hsdlaw.com
(423)  378-8840; Fax: (423) 378-8801
Attorney for Debtor

***s/ Walter N. Winchester***
Walter N. Winchester, Esq. (TN BPR NO. 01430)
WINCHESTER, SELLERS, FOSTER & STEELE, P.C.
800 South Gay Street
Knoxville, Tennessee  37929
E-mail:  wwinchester@wsfs-law.com
(865) 637-1980; Fax: (865) 637-4489
Attorney for McDonald's Corporation


DESSAUER: A-B; APPALACHIAN OIL
APPCO.85049