# United States Bankruptcy Court

# Eastern District of Tennessee

In re:  Appalachian Oil Company, Inc., )
       Debtor )  Case No. 2:09-bk-50259
                                            )  Chapter 11
                                            )
                                            )

## OBJECTION TO SECOND APPLICATION FOR INTERIM COMPENSATION TO HUNTER, SMITH & DAVIS, LLP

Carolyn G. Chance, by and through her attorney-in-fact, Julia Chance, does hereby file this objection to the request for interim compensation to Hunter, Smith & Davis, LLP, in the amount of $111,166.36. A copy of the Power of Attorney is attached hereto.

The above creditor believes the fees are excessive, and the creditors of the bankruptcy estate are unfairly prejudiced by payment of these interim fees.

Date: July 21, 2009     Signature: _____
Julia Chance, Attorney-in-fact for
Carolyn G. Chance
Rt. 1, Box 76
Jonesville, VA 24263

FILED 2009 JUL 27 AM 11:27 CLERK U.S. BANKRUPTCY CT. GREENEVILLE, TN.

# POWER OF ATTORNEY

I, CAROLYN CHANCE, a resident of Lee County, Virginia, make this General Power of Attorney appointing my daughter, Julia Chance, as my true and lawful attorney-in-fact, hereinafter referred to as "my attorney". My attorney is authorized as follows:

1. To demand, sue for, receive, collect and hold any and all monies, securities and other property, of any nature whatsoever, that now belong to me or may belong to me in the future, or in which I may have an interest, and generally deal with such property;

2. To commence, prosecute, discontinue or defend any and all actions or other legal proceedings involving my estate or any part thereof, or involving any matter in which I or my estate may be concerned;

3. To sign, endorse or assign any note, check or other document of any nature whatsoever, negotiable or non-negotiable, for deposit, discount, collection or otherwise;

4. To write checks upon or otherwise withdraw all funds or account balances now or hereafter outstanding to my credit or to the credit of my attorney, whether or not the check is payable to the order of my attorney;

5. To vote in person or by proxy, to sell or otherwise dispose of, or cause to be registered in the name of a nominee selected by my attorney, and to transfer, redeem,

This Document Prepared By:

George F. Cridlin
Attorney at Law
P.O. Box 703
Jonesville, VA 24263
(276) 346-3050

10. To open accounts of any nature whatsoever in my name or in the name of my attorney;

11. To pay all sums of money that may now or in the future be owed by me, whether the obligation is incurred by me or my attorney, to compromise or submit to arbitration any claim, whether it is against me or in my favor, and to receive or give releases in connection with claims against me or in my favor;

12. To make, sign, acknowledge and deliver any contract, deed or other document relating to real estate or personal property or both, and to perform any contract binding either me or my attorney;

13. To have access to any safe deposit box registered in my name and to remove or add to the contents;

14. To transfer and convey any of my assets, including, without limitation, any real property, to the trustee or trustees of any inter vivos trust of which I am the grantor (and in which I have a beneficial interest);

15. To borrow against or obtain cash surrender value of any of my life insurance policies and to transfer the ownership of such policies to the beneficiaries named therein;

16. To authorize any medical or surgical care and services, including, but not limited to, my admission and discharge from any hospital, nursing home, convalescent

This Document Prepared By:

George F. Cridlin
Attorney at Law
P.O. Box 703
Jonesville, VA 24263
(276) 346-3050

I hereby confirm all lawful actions that may be taken by my attorney pursuant to this Power of Attorney.

WITNESS my signature and seal this the 2nd day of July, 2008.

COMMONWEALTH OF VIRGINIA
COUNTY OF LEE

The foregoing instrument was acknowledged before me this 2nd day of July, 2008, by Carolyn Chance.

*Carolyn Chance* (SEAL)
Carolyn Chance

*Kathy B. Harber*
Notary Public    Reg. #151930.
My commission expires: January 31, 2010.

[Notary Seal: KATHY B. HARBER, NOTARY PUBLIC, REG. #151930, MY COMMISSION EXPIRES 1/31/2010, COMMONWEALTH OF VIRGINIA]

INSTRUMENT #0814235
RECORDED IN THE CLERK'S OFFICE OF
LEE ON
DECEMBER 20, 2008 AT 10:05AM

BEVERLY R. ANDERSON, CLERK
RECORDED BY: MLF

*Mary Fortner DC*

**This Document Prepared By:**

George F. Cridlin
Attorney at Law
P.O. Box 703
Jonesville, VA 24263
(276) 346-3050