**SO ORDERED.**

**SIGNED this 28 day of July, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Marcia Phillips Parsons
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| APPALACHIAN OIL COMPANY, INC. | * | CASE NO. 2:09-bk-50259 |
| | * | Chapter 11 |
| Debtor | * | |

### ORDER

The Debtor has filed a Motion to Approve Compromise (the "Motion") seeking the Court's approval of a compromise and settlement with Randy Benge, the terms and conditions of which are described therein. It appearing that all affected parties have been served with copies of the Motion and that no objections have been filed or any objections have been overruled or withdrawn, **IT IS ORDERED** that the Motion is **Granted** and the Debtor is authorized to compromise the disputes with Randy Benge in accordance with the terms of the parties' agreement as set forth in the Motion and exhibit attached thereto.

###

**APPROVED FOR ENTRY:**
*s/Mark S. Dessauer*_____
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee  37664
(423)  378-8840; Fax: (423) 378-8801

**DESSAUER: A-B: APPALACHIAN OIL**
**APPCO.85049**