

**SO ORDERED.**

**SIGNED this 28 day of July, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| APPALACHIAN OIL COMPANY, INC. | * | CASE NO. 2:09-bk-50259 |
| | * | Chapter 11 |
| Debtor | * | |

## ORDER

The Debtor has filed an Application By Debtor for Authority to Employ Auctioneer (the "Application").

It appearing that all affected parties have been served with copies of the Application and that no objections

have been filed or any objections have been overruled or withdrawn, **IT IS ORDERED** that the Application is

approved and the Debtor is authorized to employ David L. Cole d/b/a Cole Auctions to serve as auctioneer

for the purposes set forth in the Application.

**###**

APPROVED FOR ENTRY:
*s/Mark S. Dessauer*
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee 37664
(423) 378-8840; Fax: (423) 378-8801

DESSAUER: A-B: APPALACHIAN OIL
APPCO.85049