IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

---------------------------------------------------------x
                                                         :
In re:                                                   :
                                                         :     No.     2:09-bk-50259
APPALACHIAN OIL COMPANY, INC.                            :
                                                         :
            Debtor.                                      :
                                                         :
---------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Laura S. Bouyea, admitted to this court, *pro hac vice* on May 14, 2009 (Docket No. 324), hereby gives notice of her Withdrawal of her appearance on behalf of Travelers Casualty and Surety Company of America. All communications, filings, and notices should continue being sent to Travelers' lead counsel, Lisa B. Tancredi at Gebhardt & Smith, LLP, and Travelers' local counsel, Rebecca B. Howald at Manier & Herod, P.C.

Respectfully submitted,

*/s/ Laura S. Bouyea*
Laura S. Bouyea
**VENABLE LLC**
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
410.244.7402
410.244.7742 (fax)
LSBouyea@venable.com

and

**MANIER & HEROD,**
a Tennessee professional corporation

*/s/ Rebecca B. Howald*
**REBECCA B. HOWALD**
**JEFFREY S. PRICE**
MANIER & HEROD, P.C.
150 4th Ave. North, Suite 2200
Nashville, TN  37219
Tel.:    (615) 244-0030
Fax:    (615) 242-4203
rhowald@manierherod.com
jprice@manierherod.com

**Counsel to Travelers Casualty and Surety Company of America**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice was served on all parties in the manner so indicated on this the 31st day of July, 2009:

**VIA CM/ECF:**
Daniel R. Bieger on behalf of Movant Agnes Davis
mail@copelandbieger.com

Edward T Brading on behalf of Creditor Kenneth Shaw
ebrading@lawyerfirm.com,  etbrading@gmail.com; dlparker@lawyerfirm.com

James S. Carr on behalf of Creditor BP Products North America Inc.
KDWBankruptcyDepartment@kelleydrye.com; BankruptcyDepartment3@Kelleydrye.com

Mark S. Dessauer on behalf of Debtor Appalachian Oil Company, Inc.
dessauer@hsdlaw.com,  bchase@hsdlaw.com

Joseph D. Frank on behalf of Creditor Bottling Group, LLC d/b/a The Pepsi Bottling Group
jfrank@fgllp.com,  ccarpenter@fgllp.com; jkleinman@fgllp.com

Nicholas A. Franke on behalf of Creditor Crescent Oil Company, Inc.
nfranke@spencerfane.com, kcollier@spencerfane.com,; ssidebottom@spencerfane.com; lepps@spencerfane.com

Margaret B. Fugate on behalf of Creditor Frank Haws
mfugate@afglaw.com,  mfugateda@ecf.epiqsystems.com

Craig V. Gabbert on behalf of Creditor Greystone Credit II, LLC
cvg@h3gm.com

Maurice K. Guinn on behalf of Creditor Premium Financing Specialists, Inc.
mkg@tennlaw.com

Robert A. Guy on behalf of Creditor YA Landholdings 7, LLC
bobby.guy@wallerlaw.com, Chris.Cronk@wallerlaw.com; bk@wallerlaw.com;
jason.shields@wallerlaw.com

Rebecca B. Howald on behalf of Creditor Travelers Casualty and Surety Company of America
rhowald@manierherod.com

Gene L. Humphreys on behalf of Creditor Titan Global Holdings, Inc.
ghumphreys@bassberry.com , bankr@bassberry.com

Crystal A. Johnson on behalf of Creditor Great Plains Coca-Cola Bottling Company
cjohnson@cwlaw.com, lskinner@cwlaw.com; OKC_ECF@cwlaw.com

Gregory C. Logue on behalf of Creditor Linda R. MacLean Irrevocable Trust
logueg@wmbac.com

William F. McCormick on behalf of Creditor Tennessee Department of Revenue
agbankstair@ag.tn.gov, agbankparsons@ag.tn.gov

Kiran A. Phansalkar on behalf of Creditor Great Plains Coca-Cola Bottling Company
kphansalkar@cwlaw.com, lskinner@cwlaw.com; OKC_ECF@cwlaw.com

Glenn B. Rose on behalf of Creditor Greystone Credit II, LLC
gbr@h3gm.com, usbcmail@h3gm.com

Thomas H. Shields on behalf of Creditor Anthony Cummins
thshields@bearmc.com, dmathes@bearmc.com

Robert E. Stone on behalf of Interested Party GEC LLC
bstone@zgolaw.com

William B. Sullivan on behalf of Creditor R.J. Reynolds Tobacco Company, Inc.
bankruptcy@wcsr.com

John F. Teitenberg on behalf of Unsecured Creditors Committee Official Committee of Unsecured Creditors
jteitenberg@fbtlaw.com

United States Trustee
Ustpregion08.kx.ecf@usdoj.gov

Walter N. Winchester on behalf of Creditor McDonald's Corporation
wwinchester@wsfs-law.com

480513

**VIA US MAIL:**

Stephen B. Gerald
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, MD 21202-1636

Recovery Management Systems Corporation
25 SE 2nd Ave
Suite 1120
Miami, FL 33131-1605

Wizard Inc.
P.O. Box 134
Jackson, KY 41339

>                                    */s/ Rebecca B. Howald*
>                                    Rebecca B. Howald

480513