For the reasons stated at the hearing, the objection filed by Carolyn Chance to the application is overruled.



**SO ORDERED.**

**SIGNED this 25 day of August, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Marcia Phillips Parsons
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| APPALACHIAN OIL COMPANY, INC., | * | CASE NO. 2:09-bk-50259 |
| | * | Chapter 11 |
| Debtor | * | |

### ORDER

The Debtor has filed a **Second Application for Interim Compensation to Hunter, Smith & Davis, LLP** seeking payment of fees and expenses to Hunter, Smith & Davis, LLP, as counsel for Debtor. It appearing that all affected parties have been served with copies of the Application and that no objections have been filed or any objections have been overruled or withdrawn, **IT IS ORDERED** that the Application is **APPROVED** and the amounts of $101,675.00 for fees and $9,491.36 for expenses, for a total of **$111,166,36**, is awarded to Hunter, Smith & Davis, LLP, as counsel for the Debtor, as an administrative expense of the bankruptcy estate.

###

**APPROVED FOR ENTRY:**

*s/Mark S. Dessauer*
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee 37664
(423) 378-8840; Fax: (423) 378-8801

DESSAUER: A-B
APPALACHIAN OIL
APPCO.85049