**SO ORDERED.**

**SIGNED this 31 day of August, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

In re

APPALACHIAN OIL COMPANY, INC.,     No. 09-50259
                                                                    Chapter 11
                    Debtor.

## O R D E R

In accordance with the memorandum opinion filed herewith, the motion for relief from stay filed by Agnes C. Davis is denied.

# # #