**SO ORDERED.**

**SIGNED this 01 day of September, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Marcia Phillips Parsons
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| | * | |
| APPALACHIAN OIL COMPANY, INC., | * | Case No. 09-50259 |
| | * | |
| Debtor | * | |

## FOURTH AMENDMENT TO FINAL ORDER AUTHORIZING DEBTOR IN POSSESSION FINANCING AND USE OF CASH COLLATERAL

The final hearing on Joint Motion for Entry and Filing of Interim Fourth Amendment to Final Order Authorizing Debtor in Possession Financing and Use of Cash Collateral (the "Motion") and the agreement of the Debtor Appalachian Oil Company, Inc. (the "Debtor") and Greystone Business Credit II, L.L.C. ("Greystone") to further amend the Final Order Authorizing Debtor in Possession Financing and Use of Cash Collateral (the "Order") [DOCUMENT NO. 242], as previously amended by Amendment to Final Order Authorizing Debtor in Possession Financing and Use of Cash Collateral (the "Amended Order") [DOCUMENT NO. 418],

as further amended by Second Amendment to Final Order Authorizing Debtor in Possession Financing and Use of Cash Collateral (the "Second Amended Order", and as further amended by Agreed Interim Third Amendment to Final Order Authorizing Debtor in Possession Financing and Use of Cash Collateral and Amendment to Settlement Order (the "Third Amended Order"), came on for hearing before The Honorable Marcia P. Parsons, United States Bankruptcy Judge, Eastern District of Tennessee, on the 25th day of August, 2009, Greeneville, Tennessee. The Court, after noting there were no objections to the Motion, found that the Motion was well taken and should be granted. **WHEREFORE, IT IS HEREBY ORDERED** that the Order, the Amended Order, the Second Amended Order and the Third Amended Order are amended as follows:

1. That Paragraph F of the Court's findings in the Order is deleted and the following substituted in lieu thereof:

> Debtor has requested that Greystone and Greystone has agreed to continue to provide a secured post petition revolving credit facility in favor of Debtor (the "DIP Facility") pursuant to which Debtor may obtain post petition loans from time to time ("DIP Loans"), in an amended, increased aggregate amount up to Three Million Nine Hundred Thousand and 00/100 Dollars ($3,900,000.00) outstanding at any time, including amounts previously advanced pursuant to the Interim Order, the Order, the Amended Order, the Second Amended Order, and the Third Amended Order for the purposes set forth in the budget attached as Exhibit A to the Order, the budget attached as Exhibit B to the Amended Order, the Budget attached as Exhibit C to the Second Amended Order and the Budget attached hereto as **Exhibit D** (or at any time amended with the written consent of Greystone, herein the "Budget"), secured by all assets of Debtor, wherever located and whether arising prior to or after the Petition Date, provided however, that Greystone shall not have any security interest or lien upon any cause of action that Debtor may have pursuant to Chapter 5 of the Bankruptcy Code; provided that Greystone's liens and security interests shall be junior to the liens and security interests granted to the Product Vendors pursuant to their Order and provided further that, unless waived by Greystone, Debtor's ability to obtain financing is conditional on its ability to generate the sales set forth in the Budget;

2.  That Paragraph 1 of the Order, Paragraph 2 of the Amended Order, Paragraph 2 of the Second Amended Order and Paragraph 2 of the Third Amended Order are amended to reflect: (i) an increase in the amount of the DIP Facility from Three Million Three Hundred Fifty Thousand and 00/100 Dollars ($3,350,000.00) to Three Million Nine Hundred Thousand and 00/100 Dollars ($3,900,000.00), and (ii) an extension of the maturity date of the DIP Facility from July 26, 2009 until August 30, 2009;

3.  That all other provisions of the Order, Amended Order, the Second Amended Order and the Third Amended Order are adopted and incorporated herein by reference, and shall remain in full force and effect; and

4.  That the capitalized terms used herein shall have the same meaning as set forth in the Order, the Amended Order, the Second Amended Order and the Third Amended Order.

###

**APPROVED FOR ENTRY:**
*s/Mark S. Dessauer*
Mark S. Dessauer, Esq. (BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Post Office Box 3740
Kingsport, Tennessee 37664
(423) 378-8840; Fax: (423) 378-8801
dessauer@hsdlaw.com
Attorney for Debtor

*/s/ Craig V. Gabbert, Jr.*
Craig V. Gabbert, Jr.
Glenn B. Rose (BPR NO. 010598)
HARWELL HOWARD HYNE GABBERT & MANNER, PC
315 Deaderick Street, Suite 1800
Nashville, Tennessee 37238
(615) 256-0500; Fax: (615) 251-1059
gbr@h3gm.com
Counsel for Greystone Credit II, LLC.

DESSAUER: A-B: APPALACHIAN OIL
APPCO.85049

# Appalachian Oil - Final Budget
## 7/27/09 - 8/30/09

| | Jul 27, 2009 Monday | Jul 28, 2009 Tuesday | Jul 29, 2009 Wednesday | Jul 30, 2009 Thursday | Jul 31, 2009 Friday | Aug 1, 2009 Saturday | Aug 2, 2009 Sunday | DIP 4 Week 1 |
|---|---|---|---|---|---|---|---|---|
| Stores in Service | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 |
| Gallons Sold | 55,000 | 55,000 | 56,000 | 58,500 | 62,000 | 58,000 | 45,500 | 390,000 |
| Avg PPG | $2.33 | $2.33 | $2.33 | $2.33 | $2.33 | $2.33 | $2.33 | |
| Fuel Sales | $128,150 | $128,150 | $130,480 | $136,305 | $144,460 | $135,140 | $106,015 | $908,700 |
| Inside Revenues | $60,000 | $67,000 | $69,000 | $70,000 | $75,000 | $63,000 | $50,000 | $454,000 |
| Total Sales | $188,150 | $195,150 | $199,480 | $206,305 | $219,460 | $198,140 | $156,015 | $1,362,700 |
| Beginning Cash Balance | ($116,705) | ($114,523) | $75,035 | $51,931 | $30,032 | ($42,458) | ($42,458) | |
| Cash Deposits | $200,711 | $332,416 | $136,605 | $139,636 | $144,414 | | | $953,782 |
| Credit Card Deposits | $60,642 | $172,038 | $56,445 | $58,545 | $59,844 | | | $407,514 |
| Store Deposits/Asset sale proceeds | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | | | $15,000 |
| Other Deposits | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | | | $15,000 |
| Marathon/Citgo credit card deposits | | | | | | | | |
| Total Deposits | $267,353 | $510,454 | $199,050 | $204,181 | $210,258 | $0 | $0 | $1,391,296 |
| **Appco Corp Disbursements** | | | | | | | | |
| Fuel | $365,171 | $124,300 | $131,080 | $131,080 | $146,900 | | | $898,531 |
| Inside Goods | $25,000 | $110,964 | $25,000 | $25,000 | | | | $185,964 |
| Payroll | $0 | $0 | $0 | $0 | $60,848 | | | $60,848 |
| Payroll Taxes | $0 | $0 | $29,694 | $0 | $0 | | | $29,694 |
| Sales/Use and other taxes | $0 | $38,819 | | | | | | $38,819 |
| Rents | | $6,500 | | | | | | $6,500 |
| Store Use | | | | | | | | $0 |
| Insurance | $0 | $23,513 | $21,380 | $0 | $0 | | | $44,893 |
| Telephone/Utilities | | | | $50,000 | | | | $50,000 |
| DIP Interest Fees | | | | | | | | $0 |
| Professional Fees | $0 | $1,800 | $0 | $0 | $35,000 | | | $36,800 |
| US Trustee | | | | | $0 | | | $0 |
| Cash Short/Driveoffs | | | | | | | | $0 |
| Maintenance | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | | | $12,500 |
| Other OpEx | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | | | $12,500 |
| Total Corporate | $395,171 | $310,896 | $212,154 | $211,080 | $247,748 | $0 | $0 | $1,377,049 |
| **Disbursements - Store** | | | | | | | | |
| Beer | $10,000 | $5,000 | $5,000 | $10,000 | $30,000 | | | $60,000 |
| Store Paid Outs | $10,000 | $5,000 | $5,000 | $5,000 | $5,000 | | | $30,000 |
| Vendor Deposits | | | | | | | | $0 |
| Total Stores | $20,000 | $10,000 | $10,000 | $15,000 | $35,000 | $0 | $0 | $90,000 |
| Ending Cash Balance | ($264,523) | $75,035 | $51,931 | $30,032 | ($42,458) | ($42,458) | ($42,458) | |

| Starting DIP | $3,350,000 |
| New Borrowings/(Repayments) | 150,000 |
| DIP LOAN BALANCE | $3,500,000 | $3,500,000 | $3,500,000 | $3,500,000 | $3,500,000 | $3,500,000 | $3,500,000 |

| | Aug 3, 2009 Monday | Aug 4, 2009 Tuesday | Aug 5, 2009 Wednesday | Aug 6, 2009 Thursday | Aug 7, 2009 Friday | Aug 8, 2009 Saturday | Aug 9, 2009 Sunday | DIP 4 Week 2 |
|---|---|---|---|---|---|---|---|---|
| Stores in Service | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 |
| Gallons Sold | 55,000 | 55,000 | 56,000 | 58,500 | 62,000 | 58,000 | 45,500 | 390,000 |
| Avg PPG | $2.33 | $2.33 | $2.33 | $2.33 | $2.33 | $2.33 | $2.33 | |
| Fuel Sales | $128,150 | $128,150 | $130,480 | $136,305 | $144,460 | $135,140 | $106,015 | $908,700 |
| Inside Revenues | $60,000 | $67,000 | $69,000 | $70,000 | $75,000 | $63,000 | $50,000 | $454,000 |
| Total Sales | $188,150 | $195,150 | $199,480 | $206,305 | $219,460 | $198,140 | $156,015 | $1,362,700 |
| Beginning Cash Balance | ($42,458) | ($181,016) | ($5,973) | $7,491 | ($55,538) | ($131,220) | ($131,220) | |
| Cash Deposits | $200,765 | $332,470 | $136,605 | $139,636 | $144,414 | | | $953,890 |
| Credit Card Deposits | $61,892 | $172,085 | $56,445 | $58,545 | $59,844 | | | $408,810 |
| Store Deposits/Asset sale proceeds | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | | | $15,000 |
| Other Deposits | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | | | $15,000 |
| Marathon/Citgo credit card deposits | | | | | | | | |
| Total Deposits | $268,657 | $510,555 | $199,050 | $204,181 | $210,258 | $0 | $0 | $1,392,700 |
| **Appco Corp Disbursements** | | | | | | | | |
| Fuel | $357,080 | $124,300 | $126,560 | $132,210 | $140,120 | | | $880,270 |
| Inside Goods | $25,000 | $175,000 | $25,000 | $25,000 | | | | $250,000 |
| Payroll | $0 | $0 | $0 | $0 | $105,819 | | | $105,819 |
| Payroll Taxes | $0 | $0 | $17,778 | $0 | $0 | | | $17,778 |
| Sales/Use and other taxes | | | | | | | | $0 |
| Rents | | $0 | | | | | | $0 |
| Store Use | | | | | | | | $0 |
| Insurance | $135 | $19,412 | $1,248 | $0 | $0 | | | $20,795 |
| Telephone/Utilities | | | | $50,000 | | | | $50,000 |
| DIP Interest Fees | | | | | | | | $0 |
| Professional Fees | $0 | $1,800 | $0 | $40,000 | $0 | | | $41,800 |
| US Trustee | | | | | | | | $0 |
| Cash Short/Driveoffs | | | | | | | | $0 |
| Maintenance | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | | | $12,500 |
| Other OpEx | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | | | $12,500 |
| Total Corporate | $387,215 | $325,512 | $175,586 | $252,210 | $250,939 | $0 | $0 | $1,351,462 |
| **Disbursements - Store** | | | | | | | | |
| Beer | $10,000 | $5,000 | $5,000 | $10,000 | $30,000 | | | $60,000 |
| Store Paid Outs | $10,000 | $5,000 | $5,000 | $5,000 | $5,000 | | | $30,000 |
| Vendor Deposits | | | | | | | | $0 |
| Total Stores | $20,000 | $10,000 | $10,000 | $15,000 | $35,000 | $0 | $0 | $90,000 |
| Ending Cash Balance | ($181,016) | ($5,973) | $7,491 | ($55,538) | ($131,220) | ($131,220) | ($131,220) | |

| DIP LOAN BALANCE | $3,500,000 | $3,500,000 | $3,500,000 | $3,500,000 | $3,500,000 | $3,500,000 | $3,500,000 |

# Appalachian Oil - Final Budget
## 7/27/09 - 8/3/09

| | Aug 10, 2009 Monday | Aug 11, 2009 Tuesday | Aug 12, 2009 Wednesday | Aug 13, 2009 Thursday | Aug 14, 2009 Friday | Aug 15, 2009 Saturday | Aug 16, 2009 Sunday | DIP Week 3 | Aug 17, 2009 Monday | Aug 18, 2009 Tuesday | Aug 19, 2009 Wednesday | Aug 20, 2009 Thursday | Aug 21, 2009 Friday | Aug 22, 2009 Saturday | Aug 23, 2009 Sunday | DIP Week 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stores in Service | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 |
| Gallons Sold | 55,000 | 55,000 | 56,000 | 56,500 | 62,000 | 58,000 | 45,500 | 390,000 | 55,000 | 55,000 | 56,000 | 58,500 | 62,000 | 58,000 | 45,500 | 390,000 |
| Avg PPG | $2.35 | $2.35 | $2.35 | $2.35 | $2.35 | $2.35 | $2.35 | | $2.37 | $2.37 | $2.37 | $2.37 | $2.37 | $2.37 | $2.37 | |
| Fuel Sales | $129,250 | $129,250 | $131,600 | $137,475 | $145,700 | $136,300 | $106,925 | $916,500 | $130,350 | $130,350 | $132,720 | $138,645 | $146,940 | $137,460 | $107,835 | $924,300 |
| Inside Revenues | $60,000 | $67,000 | $69,000 | $70,000 | $75,000 | $63,000 | $50,000 | $454,000 | $60,000 | $67,000 | $69,000 | $70,000 | $75,000 | $63,000 | $50,000 | $454,000 |
| Total Sales | $189,250 | $196,250 | $200,600 | $207,475 | $220,700 | $199,300 | $156,925 | $1,370,500 | $190,350 | $197,350 | $201,720 | $208,645 | $221,940 | $200,460 | $157,835 | $1,378,300 |
| Beginning Cash Balance | ($131,220) | ($270,773) | ($215,586) | ($234,821) | ($269,652) | ($299,207) | ($299,207) | | ($299,207) | ($440,921) | ($47,052) | ($32,508) | ($184,479) | ($259,090) | ($259,090) | |
| Cash Deposits | $200,765 | $333,240 | $137,375 | $140,420 | $145,233 | $58,000 | | $957,033 | $201,924 | $335,169 | $138,145 | $141,204 | $146,052 | | | $962,493 |
| Credit Card Deposits | $61,892 | $172,085 | $56,775 | $58,875 | $60,180 | $63,000 | | $412,146 | $62,243 | $173,078 | $57,105 | $59,205 | $60,516 | | | $412,146 |
| Store Deposits/Asset sale proceeds | $0 | $0 | $0 | $0 | $60,848 | | | $60,848 | $0 | $0 | $0 | $0 | $105,819 | | | $105,819 |
| Other Deposits | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | | | $15,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | | | $15,000 |
| Marathon/Citgo credit card deposits | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | | | $15,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | | | $15,000 |
| Total Deposits | $268,657 | $511,325 | $200,150 | $205,295 | $211,413 | $0 | $0 | $1,396,839 | $270,166 | $514,246 | $201,250 | $206,409 | $212,568 | $0 | $0 | $1,404,639 |
| **Apcco Corp Disbursements** | | | | | | | | | | | | | | | | |
| Fuel | $358,210 | $124,300 | $126,560 | $132,210 | $140,120 | | | $881,400 | $361,380 | $125,400 | $127,680 | $133,380 | $141,360 | | | $889,200 |
| Inside Goods | $25,000 | $175,000 | $25,000 | $25,000 | | | | $250,000 | $25,000 | $175,000 | $25,000 | $25,000 | | | | $250,000 |
| Payroll | $0 | $0 | $0 | $0 | $60,848 | | | $60,848 | $0 | $0 | $0 | $0 | $105,819 | | | $105,819 |
| Payroll Taxes | $0 | $0 | $29,695 | $0 | $0 | | | $29,695 | $0 | $0 | $17,778 | $0 | $0 | | | $17,778 |
| Sales/Use and other taxes | $0 | $0 | $23,000 | | | | | $23,000 | $0 | $0 | | $130,000 | | | | $130,000 |
| Rents | Send checks | $118,000 | | $146,440 | | | | $264,440 | $500 | $0 | | | | | | $500 |
| Store Use | | | | | | | | $0 | | | | | | | | $0 |
| Insurance | $0 | $22,037 | $130 | $1,476 | $0 | | | $23,843 | $0 | $3,177 | $1,248 | $0 | $0 | | | $4,425 |
| Telephone/Utilities | | | | $50,000 | | | | $50,000 | | | | $50,000 | | | | $50,000 |
| DIP Interest Fees | | | | | | | | $0 | | | | | | | | $0 |
| Professional Fees | $0 | $1,800 | $0 | $35,000 | $0 | | | $36,800 | $0 | $1,800 | $0 | $0 | $0 | | | $1,800 |
| US Trustee | | | | | $0 | | | $0 | | | | | $0 | | | $0 |
| Cash Short/Driveoffs | | | | | | | | $0 | | | | | | | | $0 |
| Maintenance | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | | | $12,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | | | $12,500 |
| Other OpEx | $2,500 | $2,500 | $2,500 | $32,500 | $2,500 | | | $42,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | | | $12,500 |
| Total Corporate | $388,210 | $446,137 | $209,385 | $425,126 | $205,968 | $0 | $0 | $1,674,826 | $391,880 | $310,377 | $176,706 | $343,380 | $252,179 | $0 | $0 | $1,474,522 |
| **Disbursements - Store** | | | | | | | | | | | | | | | | |
| Beer | $10,000 | $5,000 | $5,000 | $10,000 | $30,000 | | | $60,000 | $10,000 | $5,000 | $5,000 | $10,000 | $30,000 | | | $60,000 |
| Store Paid Outs | $10,000 | $5,000 | $5,000 | $5,000 | $5,000 | | | $30,000 | $10,000 | $5,000 | $5,000 | $5,000 | $5,000 | | | $30,000 |
| Vendor Deposits | | | | | | | | $0 | | | | | | | | $0 |
| Total Stores | $20,000 | $10,000 | $10,000 | $15,000 | $35,000 | $0 | $0 | $90,000 | $20,000 | $10,000 | $10,000 | $15,000 | $35,000 | $0 | $0 | $90,000 |
| Ending Cash Balance | ($270,773) | ($215,586) | ($234,821) | ($469,652) | ($299,207) | ($299,207) | ($299,207) | | ($440,921) | ($247,052) | ($32,508) | ($184,479) | ($259,090) | ($259,090) | ($259,090) | |

| Starting DIP | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Borrowings/(Repayments) | | | | $200,000 | | | | | | $200,000 | | | | | | |
| DIP LOAN BALANCE | $3,500,000 | $3,500,000 | $3,500,000 | $3,700,000 | $3,700,000 | $3,700,000 | $3,700,000 | | $3,700,000 | $3,900,000 | $3,900,000 | $3,900,000 | $3,900,000 | $3,900,000 | $3,900,000 | |

# Appalachian Oil - Final Budget
## 7/27/09-8/30/09

| | Aug 24, 2009 Monday | Aug 25, 2009 Tuesday | Aug 26, 2009 Wednesday | Aug 27, 2009 Thursday | Aug 28, 2009 Friday | Aug 29, 2009 Saturday | Aug 30, 2009 Sunday | DIP 4 Week 5 | Total Budget |
|---|---|---|---|---|---|---|---|---|---|
| Stores in Service | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 |
| Gallons Sold | 55,000 | 57,000 | 58,000 | 62,000 | 65,000 | 56,000 | 47,000 | 400,000 | 1,960,000 |
| Ave PPG | $2.39 | $2.39 | $2.39 | $2.39 | $2.39 | $2.39 | $2.39 | | |
| Fuel Sales | $131,450 | $136,230 | $138,620 | $148,180 | $155,350 | $133,840 | $112,330 | $956,000 | $4,614,200 |
| Inside Revenues | $60,000 | $68,000 | $70,000 | $72,000 | $78,000 | $64,000 | $52,000 | $464,000 | $2,280,000 |
| Total Sales | $191,450 | $204,230 | $208,620 | $220,180 | $233,350 | $197,840 | $164,330 | $1,420,000 | $6,894,200 |
| Beginning Cash Balance | ($259,090) | ($401,965) | ($206,297) | ($198,397) | ($249,644) | ($276,880) | ($276,880) | | |
| Cash Deposits | $203,082 | $337,097 | $142,961 | $146,034 | $154,126 | | | $983,301 | $4,810,498 |
| Credit Card Deposits | $62,594 | $174,071 | $57,435 | $61,269 | $62,586 | | | $417,954 | $2,056,230 |
| Store Deposits/Asset sale proceeds | | | | | | | | | |
| Other Deposits | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | | | $15,000 | $75,000 |
| Marathon/Citgo credit card deposits | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | | | $15,000 | $75,000 |
| Total Deposits | $271,676 | $517,168 | $206,396 | $213,303 | $222,712 | $0 | $0 | $1,431,255 | $7,016,728 |
| Appco Corp Disbursements | | | | | | | | | |
| Fuel | $364,550 | $126,500 | $128,800 | $134,550 | $142,600 | | | $897,000 | $4,446,401 |
| Inside Goods | $25,000 | $175,000 | $25,000 | $25,000 | | | | $250,000 | $1,185,964 |
| Payroll | $0 | $0 | $0 | $0 | $60,848 | | | $60,848 | $394,162 |
| Payroll Taxes | $0 | $0 | $29,696 | $0 | $0 | | | $29,696 | $124,641 |
| Sales/Use and other taxes | $0 | | | | | | | $0 | $191,819 |
| Rents | | $3,200 | | | $6,500 | | | $9,700 | $281,140 |
| Store Use | | | | | | | | $0 | $0 |
| Insurance | $0 | $0 | $0 | $0 | $0 | | | $0 | $93,756 |
| Telephone/Utilities | | | | $50,000 | | | | $50,000 | $250,000 |
| DIP Interest Fees | | | | | | | | $0 | $0 |
| Professional Fees | $0 | $1,800 | $0 | $35,000 | $0 | | | $36,800 | $154,000 |
| US Trustee | | | | | | | | $0 | $0 |
| Cash Short/Driveoffs | | | | | | | | $0 | $0 |
| Maintenance | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | | | $12,500 | $62,500 |
| Other OpEx | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | | | $12,500 | $92,500 |
| Total Corporate | $394,550 | $311,500 | $188,496 | $249,550 | $214,948 | $0 | $0 | $1,359,044 | $7,236,903 |
| Disbursements - Store | | | | | | | | | |
| Beer | $10,000 | $5,000 | $5,000 | $10,000 | $30,000 | | | $60,000 | $300,000 |
| Store Paid Outs | $10,000 | $5,000 | $5,000 | $5,000 | $5,000 | | | $30,000 | $150,000 |
| Vendor Deposits | | | | | | | | $0 | $0 |
| Total Stores | $20,000 | $10,000 | $10,000 | $15,000 | $35,000 | $0 | $0 | $90,000 | $450,000 |
| Ending Cash Balance | ($401,965) | ($206,297) | ($198,397) | ($249,644) | ($276,880) | ($276,880) | ($276,880) | | |

| Starting DIP | $ 3,900,000 | $ 3,900,000 | $ 3,900,000 | $ 3,900,000 | $ 3,900,000 | $ 3,900,000 | $ 3,900,000 | | |
| New Borrowings/(Repayments) | | | | | | | | | |
| DIP LOAN BALANCE | $ 3,900,000 | $ 3,900,000 | $ 3,900,000 | $ 3,900,000 | $ 3,900,000 | $ 3,900,000 | $ 3,900,000 | | |