# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | * |
| | * |
| APPALACHIAN OIL COMPANY, INC. | *   CASE NO. 2:09-bk-50259 |
| | *   Chapter 11 |
| Debtor | * |

## NOTICE OF WITHDRAWAL OF MOTION TO SELL PROPERTY AND ASSUME AND ASSIGN UNEXPIRED LEASES FREE AND CLEAR OF LIENS AND ENCUMBRANCES

The Debtor, Appalachian Oil Company, Inc., hereby gives notice of its withdrawal of motion to sell property to Greeneville Oil and Petroleum, Inc. and assume and assign unexpired leases free and clear of liens and encumbrances [DOCUMENT NO. 649].

HUNTER, SMITH & DAVIS, LLP

By:   _/s/Mark S. Dessauer_
      Mark S. Dessauer, Esq.
      TN BPR NO. 010421
      Attorney for Debtor
      Post Office Box 3740
      Kingsport, Tennessee 37664
      (423) 378-8840; Fax: (423) 378-8801

DESSAUER: A-B
APPALACHIAN OIL
APPCO.85049