**SO ORDERED.**

**SIGNED this 04 day of September, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Marcia Phillips Parsons
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | * |
| | * |
| APPALACHIAN OIL COMPANY, INC., | *  CASE NO. 2:09-bk-50259 |
| | *  Chapter 11 |
| Debtor | * |

## ORDER

NRC Realty Advisors, LLC has filed an **Application for Compensation to NRC Realty Advisors, LLC** seeking payment of fees for brokerage services to Appalachian Oil Company, Inc.. It appearing that all affected parties have been served with copies of the Application and that no objections have been filed or any objections have been overruled or withdrawn, **IT IS ORDERED** that the Application is **APPROVED** and the amount of $275,668.00 is awarded to NRC Realty Advisors, LLC, as a fee or commission as real estate and sales agent for the Debtor.

###

**APPROVED FOR ENTRY:**

*s/Mark S. Dessauer*_____
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Attorney for Debtor
Post Office Box 3740
Kingsport, Tennessee  37664
(423)  378-8840; Fax: (423) 378-8801

**DESSAUER: A-B**
**APPALACHIAN OIL**
**APPCO.85049**