**SO ORDERED.**

**SIGNED this 11 day of September, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| APPALACHIAN OIL COMPANY, INC. | * | CASE NO. 2:09-bk-50259 |
| | * | Chapter 11 |
| Debtor | * | |

# O R D E R

The motion of Debtor, Appalachian Oil Company, Inc. ("APPCO" or the "Debtor"), to sell to Rogers Petroleum and assign property free and clear of liens and encumbrances and for approval of bidding procedures (the "Motion") [DOCUMENT NO. 626] and the objection thereto by Greystone Business Credit II, LLC ("Greystone"), came on for hearing before the Honorable Marcia P. Parsons, United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of Tennessee, on the 4th day of September, 2009. Mark S. Dessauer, Esq., appeared on behalf of the Debtor. No other party appeared. The Debtor, through counsel, announced to

the Court that a portion of the Motion would be withdrawn and an agreement has been reached with Greystone regarding its objection.

**WHEREFORE, IT IS HEREBY ORDERED:**

1. That the Motion as it relates to the sale of assets or properties of the Debtor to Rogers Petroleum is withdrawn; and

2. That Rogers Petroleum is awarded an administrative expense claim pursuant to 11 U.S.C. § 503(b) in the amount of $25,000.00 provided that no portion of such administrative expense or claim shall be paid from or charged to Greystone's collateral.

**###**

**APPROVED FOR ENTRY:**

*s/ Mark S. Dessauer*
Mark S. Dessauer, Esq. (TN BPR NO. 010421)
HUNTER, SMITH & DAVIS, LLP
Post Office Box 3740
Kingsport, Tennessee  37664
E-mail:  dessauer@hsdlaw.com
(423)  378-8840; Fax: (423) 378-8801
Attorney for Debtor

*/s/ Glenn B. Rose*
Glenn B. Rose  (BPR NO. 010598)
HARWELL HOWARD HYNE GABBERT & MANNER, PC
315 Deaderick Street, Suite 1800
Nashville, Tennessee 37238
(615) 256-0500; Fax: (615) 251-1059
gbr@h3gm.com
Counsel for Greystone Credit II, LLC.

**DESSAUER: A-B**
**APPALACHIAN OIL**
**APPCO.85049**