**SO ORDERED.**

**SIGNED this 22 day of September, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Marcia Phillips Parsons
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### GREENEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| APPALACHIAN OIL COMPANY, INC., | ) | Case No. 2:09-bk-50259 |
| | ) | |
| Debtor | ) | Chapter 11 |

### ORDER GRANTING *NUNC PRO TUNC* RELIEF FROM AUTOMATIC STAY

This matter having come before the Court on the Motion for *Nunc Pro Tunc* Relief from the Automatic Stay filed by Branch Banking and Trust Company ("BB&T"), and the Court, being sufficiently advised in the premises, now GRANTS the Motion.

IT IS THUS ORDERED, ADJUDGED AND DECREED that the automatic stay is hereby modified *nunc pro tunc* for the purpose of allowing BB&T to exercise all rights it has under the terms of the Security Agreement entered into by BB&T and Appalachian as described more fully in the Motion, including but not limited to paying from the Debtor's account the sum of $50,000.00 to Western Union Financial Services, Inc. and Integrated Payment Systems, Inc. pursuant to the Letter of Credit described in the Motion. BB&T is further permitted to remit to the Debtor the excess funds from the account in the amount of $1,081.60.

1

# # #

SUBMITTED FOR ENTRY:

WYATT, TARRANT & COMBS, LLP

/s/ Michael W. McClain
Michael W. McClain
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202
Telephone: (502) 562-7365
Facsimile: (502) 589-0309
Email: mmcclain@wyattfirm.com
Counsel for Branch Banking & Trust Company

20317596.22