**SO ORDERED.**

**SIGNED this 30 day of September, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | | |
|---|---|---|
| In Re | : | |
| | : | |
| APPALACHIAN OIL COMPANY, INC. | : | CASE NO. 09-50259 |
| | : | Chapter 11 |
| Debtor | : | |

**ORDER ALLOWING WITHDRAWAL AS COUNSEL FOR KENNETH R. SHAW**

This matter is before the court on *Motion to Withdraw as Counsel for Kenneth R. Shaw* filed by Edward T. Brading, individually and on behalf of Herndon, Coleman, Brading & McKee.

For the reasons set forth in the motion, the court finds that the motion is well-taken and withdrawal is permissible. Accordingly, it is hereby ordered that the movants are allowed to withdraw, which withdrawal shall be effective upon entry of this order.

###

APPROVED FOR ENTRY

/s/Edward T. Brading
Edward T. Brading (BPR#13724)
Herndon, Coleman, Brading & McKee
P. O. Box 1160
Johnson City, TN 37605-1160
(423)434-4700
Attorney for Kenneth R. Shaw (Withdrawing)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the *Order Allowing Withdrawal as Counsel for Kenneth R. Shaw* was served electronically and, in addition, on this date upon the following by placing a true and exact copy of said document in the United States Mail addressed as follows, with sufficient postage thereon to carry the same to its destination.

Kenneth R. Shaw
6135 Jonesbridge Road
Greeneville, TN 37743

Pursuant to E. D. Tenn. LBR Rule 2091-1, the parties served electronically include the debtor-in-possession; there are no opposing parties.

This the 29th day of September, 2009.

/s/Edward T. Brading
Edward T. Brading (BPR#13724)
Herndon, Coleman, Brading & McKee
P. O. Box 1160
Johnson City, TN  37605-1160
(423)434-4700
Attorney for Kenneth R. Shaw (Withdrawing)