| S & B Wholesale Co LLC |
| 160 Bob Fitz Road Gray TN 37615 |
| (423) 477-0049 or Fax (423) 477-2849 |

September 29, 2009

James H. Quillen United States Courthouse
220 West Depot Street
Greeneville TN 37743
Attorney for Movant; Patricia Foster
Attorney for United States Trustee

Mark S. Dessauer, Esq. (TN BPR NO. 010421)
Hunter, Smith and Davis, LLP
Attorney for Debtor
P.O. Box 3740
Kingsport TN 37664

RE: Appalachian Oil Company, Inc.
Case No: 2:09-bk-50259

Please accept this application for Administrative expense occurred while providing vendor service to the Appco stores during the bankruptcy proceedings.

Service dates of August 22 through September 2, 2009 have not been reimbursed. Our office was under the impression that we (S & B Wholesale) had the status of being a guaranteed vendor.

Enclosed you will find a statement detailing the invoices in question.

Respectfully,

*Lisa D. Holley*
Lisa D. Holley
Accounts Manager

FILED
2009 SEP 30 AM 10: 57
CLERK
U.S. BANKRUPTCY CT.
GREENEVILLE, TN

# S & B WHOLESALE CO, LLC
## Appco Weekly Sales Report
August 22 through September 2, 2009

| Date | Num | Amount |
|---|---|---|
| **APPCO'S (CHARGE)** | | |
| *APPCO #07 JIM* | | |
| 8/31/2009 | JH15594 | 399.01 |
| Total APPCO #07 JIM | | 399.01 |
| *APPCO #08 JACK* | | |
| 8/25/2009 | JD55609 | 216.20 |
| Total APPCO #08 JACK | | 216.20 |
| *APPCO #11 JIM* | | |
| 8/31/2009 | JH15596 | 162.80 |
| Total APPCO #11 JIM | | 162.80 |
| *APPCO #14 JACK* | | |
| 9/1/2009 | JD55653 | 199.56 |
| Total APPCO #14 JACK | | 199.56 |
| *APPCO #16 JACK* | | |
| 8/26/2009 | JD55610 | 176.16 |
| Total APPCO #16 JACK | | 176.16 |
| *APPCO #17 JACK* | | |
| 9/2/2009 | JD55656 | 182.68 |
| Total APPCO #17 JACK | | 182.68 |
| *APPCO #19 PLUMMER* | | |
| 9/2/2009 | HP27491 | 246.95 |
| Total APPCO #19 PLUMMER | | 246.95 |
| *APPCO #25 PLUMMER* | | |
| 8/25/2009 | HP27435 | 65.85 |
| Total APPCO #25 PLUMMER | | 65.85 |
| *APPCO #26 JACK* | | |
| 8/27/2009 | HP27456 | 296.98 |
| Total APPCO #26 JACK | | 296.98 |
| *APPCO #27 JIM* | | |
| 8/31/2009 | JH15599 | 198.96 |
| Total APPCO #27 JIM | | 198.96 |
| *APPCO #30 PLUMMER* | | |
| 8/25/2009 | HP27432 | 51.10 |
| Total APPCO #30 PLUMMER | | 51.10 |

10:02 AM
09/29/09
Accrual Basis

S & B WHOLESALE CO, LLC
Appco Weekly Sales Report
August 22 through September 2, 2009

| Date | Num | Amount |
|---|---|---:|
| **APPCO #31 PLUMMER** | | |
| 8/25/2009 | HP27436 | 118.20 |
| Total APPCO #31 PLUMMER | | 118.20 |
| **APPCO #33 JACK** | | |
| 9/1/2009 | JD55654 | 181.91 |
| Total APPCO #33 JACK | | 181.91 |
| **APPCO #36 JACK** | | |
| 9/2/2009 | JD55658 | 169.90 |
| Total APPCO #36 JACK | | 169.90 |
| **APPCO #37 JIM** | | |
| 8/31/2009 | JH15600 | 155.95 |
| Total APPCO #37 JIM | | 155.95 |
| **APPCO #39 PLUMMER** | | |
| 8/28/2009 | HP27460 | 281.38 |
| Total APPCO #39 PLUMMER | | 281.38 |
| **APPCO #40 JACK** | | |
| 9/1/2009 | JD55647 | 142.18 |
| Total APPCO #40 JACK | | 142.18 |
| **APPCO #42 PLUMMER** | | |
| 8/25/2009 | HP27429 | 126.45 |
| Total APPCO #42 PLUMMER | | 126.45 |
| **APPCO #46 PLUMMER** | | |
| 8/27/2009 | HP27459 | 78.00 |
| Total APPCO #46 PLUMMER | | 78.00 |
| **APPCO #57 JIM** | | |
| 9/2/2009 | JH15611 | 71.22 |
| Total APPCO #57 JIM | | 71.22 |
| **APPCO #60 PLUMMER** | | |
| 8/27/2009 | HP27452 | 194.40 |
| Total APPCO #60 PLUMMER | | 194.40 |
| **APPCO #62 PLUMMER** | | |
| 8/28/2009 | HP27462 | 211.80 |
| Total APPCO #62 PLUMMER | | 211.80 |

# S & B WHOLESALE CO, LLC
## Appco Weekly Sales Report
### August 22 through September 2, 2009

| Date | Num | Amount |
|---|---|---:|
| **APPCO #64 JIM** | | |
| 8/31/2009 | JH15593 | 397.75 |
| Total APPCO #64 JIM | | 397.75 |
| **APPCO #65 JIM** | | |
| 8/31/2009 | JH15592 | 196.28 |
| Total APPCO #65 JIM | | 196.28 |
| **APPCO #66 JACK** | | |
| 8/31/2009 | JD55645 | 163.42 |
| Total APPCO #66 JACK | | 163.42 |
| **APPCO #67 PLUMMER** | | |
| 8/27/2009 | HP27451 | 43.20 |
| Total APPCO #67 PLUMMER | | 43.20 |
| **APPCO #68 JACK** | | |
| 9/1/2009 | JD55646 | 206.00 |
| Total APPCO #68 JACK | | 206.00 |
| **APPCO #69 JACK** | | |
| 8/31/2009 | JD55644 | 159.00 |
| Total APPCO #69 JACK | | 159.00 |
| **APPCO #70 JACK** | | |
| 8/24/2009 | 121533 | 238.68 |
| Total APPCO #70 JACK | | 238.68 |
| **APPCO #71 JACK** | | |
| 8/24/2009 | 121534 | 225.72 |
| Total APPCO #71 JACK | | 225.72 |
| **APPCO #72 JACK** | | |
| 8/24/2009 | 121539 | 82.20 |
| Total APPCO #72 JACK | | 82.20 |
| **APPCO #73 JACK** | | |
| 8/24/2009 | 121538 | 227.60 |
| Total APPCO #73 JACK | | 227.60 |
| **APPCO #74 JACK** | | |
| 8/24/2009 | 121536 | 282.22 |
| Total APPCO #74 JACK | | 282.22 |

**S & B WHOLESALE CO, LLC**
Appco Weekly Sales Report
August 22 through September 2, 2009

| Date | Num | Amount |
|---|---|---:|
| **APPCO #75 JACK** | | |
| 8/24/2009 | 121537 | 285.68 |
| Total APPCO #75 JACK | | 285.68 |
| **APPCO #77 JACK** | | |
| 8/24/2009 | 121535 | 227.60 |
| Total APPCO #77 JACK | | 227.60 |
| **APPCO #79 JACK** | | |
| 8/24/2009 | 121531 | 323.60 |
| Total APPCO #79 JACK | | 323.60 |
| **APPCO #81 JACK** | | |
| 8/24/2009 | 121532 | 214.80 |
| Total APPCO #81 JACK | | 214.80 |
| Total APPCO'S (CHARGE) | | 7,201.39 |
| **TOTAL** | | 7,201.39 |