

**SO ORDERED.**

**SIGNED this 07 day of October, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re | |
| APPALACHIAN OIL COMPANY, INC., | No. 09-50259<br>Chapter 11 |
| Debtor. | |

### ORDER AND NOTICE FOR HEARING
### ON DISCLOSURE STATEMENT

TO PARTIES IN INTEREST:

A disclosure statement and plan of reorganization under chapter 11 of the Bankruptcy Code having been filed by the debtor on October 2, 2009, it is ordered and notice is hereby given that:

1. The hearing to consider approval of the disclosure statement will be held on November 10, 2009, at 9:00 a.m., in the bankruptcy courtroom, James H. Quillen United States Courthouse, 220 West Depot Street, Greeneville, Tennessee. The hearing may be adjourned from time to time by announcement made in open court without further written notice to parties in interest.

2. November 6, 2009, is fixed as the last day for filing and serving written objections to the disclosure statement in accordance with Fed. R. Bankr. P. 3017(a).

3. A copy of the disclosure statement and plan is on file and may be reviewed during business hours in the clerk's office, 220 West Depot Street, Greeneville, Tennessee. Parties desiring copies of the disclosure statement and plan should submit a request to debtor's counsel, Mark S. Dessauer, Esq., Post Office Box 3740, Kingsport, Tennessee 37664.

4. Upon entry of this order, counsel for the debtor shall transmit via U.S. mail a copy of this order and notice to the United States trustee, all creditors, equity security holders, and other parties in interest, including the District Director of Internal Revenue and the United States Attorney, in accordance with Fed. R. Bankr. P. 2002(b), (d)(5), and 3017(a). Counsel for the debtor shall also transmit to the United States trustee a copy of the disclosure statement and plan along with a copy of this order and notice. A certificate of service to this effect shall be filed by counsel for the debtor within three days from entry of this order.

# # #