## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| APPALACHIAN OIL COMPANY, INC., | ) | Case No. 2:09-50259 |
| | ) | |
| Debtor. | ) | |

## REQUEST FOR TRANSCRIPT

Empire Petroleum Holdings, LLC ("Empire"), a party in interest, by counsel hereby requests a copy of the transcript from the hearing on the Debtor's Motion to (1) Sell Property and Assume and Assign Executory Contracts and Unexpired Leases Free and Clear of Liens and Encumbrances; (2) Amend Sale Procedures; and (3) Authorize Debtor to Enter into Management Agreement ("Sale Motion") (Docket No. 635), which took place on September 1, 2009. A copy of the transcript, and any and all inquiries related to the processing of this request should be directed to:

Mark L. Esposito
Andrew Hanson
Penn, Stuart & Eskridge, P.C.
804 Anderson Street
Bristol, TN 37620
(423) 793-4812
Email: mesposito@pennstuart.com
Email: ahanson@pennstuart.com

-and-

Jonathan L. Gold
LeClairRyan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
(703) 684-8007
Email: jonathan.gold@leclairryan.com

*Counsel for Empire Petroleum Holdings, LLC*

Respectfully submitted,

EMPIRE PETROLEUM HODLINGS, LLC,

 /s/ Mark L. Esposito
Counsel

Mark L. Esposito
Andrew Hanson
Penn, Stuart & Eskridge, P.C.
804 Anderson Street
Bristol, TN 37620
(423) 793-4812
Email: mesposito@pennstuart.com
Email: ahanson@pennstuart.com

-and-

Jonathan L. Gold (admitted *pro hac vice*)
LeClairRyan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
(703) 684-8007
Email: jonathan.gold@leclairryan.com

*Counsel for Empire Petroleum Holdings, LLC*

## Certificate of Service

The undersigned hereby certifies that on October 20, 2009 the foregoing was filed electronically and served via the Court's CM/ECF system. Court's electronic filing system to all parties indicated on the electronic filing receipt, including the following:

Mark Dessauer, Esq.
Hunter, Smith and Davis
1212 North Eastman Road
PO Box 3740
Kingsport, Tennessee 37664
        Counsel for the Debtor

Patricia Foster, Esq.
Attorney for the U.S. Trustee
800 Market Street
Suite 114, Howard Baker U.S. Courthouse
Knoxville, Tennessee 37902

Glen B. Rose, Esq.
Harwell Howard Hyne Gabbert & Manner, P.C.
315 Deaderick Street, Suite 1800
Nashville, Tennessee 37238
        Counsel for GreyStone Credit II, L.L.C.

John F. Teitenberg, Esq.
Frost Brown Todd, LLC
424 Church Street, Suite 1600
Nashville, Tennessee 37219-2308
        Counsel for Committee of Unsecured Creditors

Douglas L. Lutz, Esq.
Frost Brown Todd, LLC
2299 PNC Center, 201 East Fifth Street
Cincinnati, Ohio 45202
        Counsel for Committee of Unsecured Creditors

Brent C. Strickland, Esq.
Stephen B. Gerald, Esq.
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, Maryland 21202
        Counsel for Committee of Unsecured Creditors

/s/ Mark L. Esposito