**SO ORDERED.**

**SIGNED this 07 day of December, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Appalachian Oil Company, Inc., | ) | Case No. 09-50259 |
| | ) | |
| Debtor. | ) | Honorable Marcia Phillips Parsons |
| | ) | |

**ORDER APPROVING AMENDED FIRST APPLICATION
OF FROST BROWN TODD LLC FOR APPROVAL AND PAYMENT OF
INTERIM FEES AND EXPENSES FOR THE PERIOD FEBRUARY 26,
2009 THROUGH SEPTEMBER 30, 2009**
_____

This matter is before the Court for approval of the *Amended First Application of Frost Brown Todd LLC as Counsel for the Official Committee of Unsecured Creditors for Interim Fees and Expenses for the Period February 26, 2009 Through September 30, 2009* (the "First Fee Application Period"), filed on November 12, 2009 (the "First Application"),[1]

---

[1] Capitalized terms used herein but not defined shall have the definitions set forth in the First Application.

pursuant to which Frost Brown Todd LLC (the "Applicant") seeks allowance and payment of interim fees and expenses for services rendered and expenses incurred during the First Fee Application Period in the aggregate amount of $22,168.19, representing $21,651.00 in fees and $517.19 in expenses; due and proper notice of the First Application having been given to all parties entitled to notice thereof; the Court having reviewed the First Application and being otherwise fully advised in the premises:

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The First Application is hereby granted in its entirety.

2. The fees and expenses of the Applicant for services rendered and expenses incurred during the First Fee Application Period in the aggregate amount of $22,168.19, representing $21,651.00 in fees and $517.19 in expenses, are hereby allowed and approved.

3. Counsel for the Creditors' Committee is hereby authorized and directed to immediately pay to the Applicant $21,651.00 in fees and $517.19 in expenses.

**SO ORDERED.**

###

Approved for Entry by:

**FROST BROWN TODD LLC**

/s/ John Teitenberg
John F. Teitenberg BPR # 21940
424 Church Street, Suite 1600
Nashville, TN 37219
Telephone: 615-251-5550
Facsimile: 615-251-5551
jteitenberg@fbtlaw.com