UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **In Re:** | ) | **In Proceedings Under Chapter 11** |
| | ) | |
| **APPALACHIAN OIL COMPANY, INC.,** | ) | **Case No. 09-50259** |
| | ) | |
| **Debtor.** | ) | |

## MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM
## PURSUANT TO 11 U.S.C. § 503(b)(9)

Crescent Oil Company, Inc. ("Crescent"), for its Motion for Allowance of Administrative Claim Pursuant to 11 U.S.C. § 503(b)(9) (the "Motion"), states as follows:

1. Debtor Appalachian Oil Company, Inc. ("Debtor") filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Code") on February 9, 2009 (the "Petition Date").

2. Prior to the Petition Date, Crescent sold fuel to Debtor. As of the Petition Date, Debtor owed Crescent the amount of $1,558,576.02, which amount is reflected in the Proof of Claim filed by Crescent in the captioned case as claim no. 361-1 (the "Claim"). The Claim is attached as **Exhibit A** and incorporated by reference.

3. Code § 503(b)(9) provides that "there shall be allowed administrative expenses . . . including– (9) the value of any goods received by debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business."

4. Within the 20 days prior to the Petition Date, Crescent sold fuel to Debtor in the ordinary course of business, which fuel was received by Debtor, in the amount of $14,593.83 (the "503(b)(9) Claim"). The detail for the 503(b)(9) Claim is contained in Exhibit A.

5. To date, the 503(b)(9) Claim remains unpaid.

WHEREFORE, Crescent Oil Company, Inc. respectfully requests that the Court enter an Order granting the Motion, allowing the 503(b)(9) Claim and granting such other and further relief as the Court deems just and proper.

Date: December 17, 2009

> SPENCER FANE BRITT & BROWNE LLP
>
> /s/ Nicholas A. Franke
> Scott J. Goldstein   KS Fed. # 70505
> Nicholas A. Franke   MO #37402
> Lisa A. Epps   KS #18480
> sgoldstein@spencerfane.com
> nfranke@spencerfane.com
> lepps@spencerfane.com
> 1000 Walnut, Suite 1400
> Kansas City, MO 64106
> (816) 474-8100
> (816) 474-3216– Fax
>
> ATTORNEYS FOR CRESCENT OIL COMPANY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2009, a true and correct copy of the foregoing was served electronically on all parties receiving electronic notice through this Court's CM/ECF system and via first class mail, postage prepaid, to all parties not receiving electronic notice.

> /s/   Nicholas A. Franke
> An Attorney for Crescent Oil Company, Inc.

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Eastern District of Tennessee | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Appalachian Oil Company, Inc. | Case Number:<br>09-50259 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Crescent Oil Company, Inc.

Name and address where notices should be sent:

Lisa A. Epps, Spencer Fane Britt & Browne LLP
1000 Walnut, Suite 1400, Kansas City, MO 64106

Telephone number:
(816) 474-8100

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:    $    1,558,576.02

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim:    Fuel Sales- See Attached
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property:$_____    Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

✓ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(_2_).

Amount entitled to priority:

$    14,593.83

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>06/05/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>/s/ Lisa A. Epps, Attorney and Agent in Fact for Crescent Oil Company, Inc. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT A

## A/R Transaction Report

From Wed 01/01/2003 thru Tue 06/30/2009
Grouped By Customer Type; Sorted By Customer Description

CRESCENT OIL COMPANY

Page: 1

| Ref Date | Reference Number | Due Date | Location | Transaction Code | Site | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Group By: APPCO** | | | | | | | |
| **Customer: 700133 - Inac APPCO Tennessee** | | | | | | | |
| 12/03/2008 | FI-100245 | 12/06/2008 | 1 | Taxes | | 3,057.46 | 11,002.34 |
| | | | | Charge | | 7,968.49 | |
| | | | | Handling Allowance | | 23.61- | |
| 12/08/2008 | FI-099831A | 12/11/2008 | 1 | Taxes | | 3,271.84 | 10,560.23 |
| | | | | Charge | | 7,313.66 | |
| | | | | Handling Allowance | | 25.27- | |
| 12/08/2008 | FI-099987 | 12/11/2008 | 1 | Taxes | | 3,088.61 | 10,529.79 |
| | | | | Charge | | 7,465.03 | |
| | | | | Handling Allowance | | 23.85- | |
| 12/08/2008 | FI-099988 | 12/11/2008 | 1 | Taxes | | 3,440.90 | 14,619.16 |
| | | | | Charge | | 11,199.27 | |
| | | | | Handling Allowance | | 21.01- | |
| 12/08/2008 | FI-099989 | 12/11/2008 | 1 | Taxes | | 3,612.14 | 15,094.27 |
| | | | | Charge | | 11,504.19 | |
| | | | | Handling Allowance | | 22.06- | |
| 12/08/2008 | FI-099990 | 12/11/2008 | 1 | Taxes | | 2,158.88 | 9,514.41 |
| | | | | Charge | | 7,368.71 | |
| | | | | Handling Allowance | | 13.18- | |
| 12/08/2008 | FI-099991 | 12/11/2008 | 1 | Taxes | | 3,197.20 | 10,616.57 |
| | | | | Charge | | 7,444.06 | |
| | | | | Handling Allowance | | 24.69- | |
| 12/08/2008 | FI-099992 | 12/11/2008 | 1 | Taxes | | 3,172.45 | 10,839.39 |
| | | | | Charge | | 7,691.45 | |
| | | | | Handling Allowance | | 24.51- | |
| 12/08/2008 | FI-099993 | 12/11/2008 | 1 | Taxes | | 3,305.77 | 10,977.11 |
| | | | | Charge | | 7,696.87 | |
| | | | | Handling Allowance | | 25.53- | |
| 12/08/2008 | FI-099994 | 12/11/2008 | 1 | Taxes | | 3,310.56 | 10,993.02 |
| | | | | Charge | | 7,708.03 | |
| | | | | Handling Allowance | | 25.57- | |
| 12/08/2008 | FI-099995 | 12/11/2008 | 1 | Taxes | | 3,203.58 | 10,484.95 |
| | | | | Charge | | 7,306.10 | |
| | | | | Handling Allowance | | 24.73- | |
| 12/09/2008 | FI-099996 | 12/12/2008 | 1 | Taxes | | 3,225.54 | 10,751.13 |
| | | | | Charge | | 7,550.50 | |
| | | | | Handling Allowance | | 24.91- | |
| 12/09/2008 | FI-099997 | 12/12/2008 | 1 | Taxes | | 121.81 | 10,550.67 |
| | | | | Charge | | 10,428.86 | |
| 12/09/2008 | FI-099998 | 12/12/2008 | 1 | Taxes | | 3,228.01 | 13,778.72 |
| | | | | Charge | | 10,570.42 | |
| | | | | Handling Allowance | | 19.71- | |
| 12/09/2008 | FI-099999 | 12/12/2008 | 1 | Taxes | | 3,674.37 | 16,223.05 |
| | | | | Charge | | 12,571.12 | |
| | | | | Handling Allowance | | 22.44- | |
| 12/09/2008 | FI-100000 | 12/12/2008 | 1 | Taxes | | 3,227.58 | 13,776.88 |

*A/R Transaction Report* — CRESCENT OIL COMPANY
From Wed 01/01/2003 thru Tue 06/30/2009
Grouped By Customer Type; Sorted By Customer Description

Page: 2

| Ref Date | Reference Number | Due Date | Location | Transaction Code | Site | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | Charge | | 10,569.01 | |
| | | | | Handling Allowance | | 19.71- | |
| 12/09/2008 | FI-100001 | 12/12/2008 | 1 | Taxes | | 3,197.59 | 10,586.17 |
| | | | | Charge | | 7,413.27 | |
| | | | | Handling Allowance | | 24.69- | |
| 12/10/2008 | FI-100002 | 12/13/2008 | 1 | Taxes | | 3,226.34 | 10,681.32 |
| | | | | Charge | | 7,479.90 | |
| | | | | Handling Allowance | | 24.92- | |
| 12/10/2008 | FI-100145 | 12/13/2008 | 1 | Taxes | | 3,291.80 | 10,898.07 |
| | | | | Charge | | 7,631.69 | |
| | | | | Handling Allowance | | 25.42- | |
| 12/10/2008 | FI-100146 | 12/13/2008 | 1 | Taxes | | 3,215.95 | 10,867.87 |
| | | | | Charge | | 7,676.76 | |
| | | | | Handling Allowance | | 24.84- | |
| 12/10/2008 | FI-100147 | 12/13/2008 | 1 | Taxes | | 3,180.43 | 10,747.83 |
| | | | | Charge | | 7,591.96 | |
| | | | | Handling Allowance | | 24.56- | |
| 12/10/2008 | FI-100148 | 12/13/2008 | 1 | Taxes | | 3,269.84 | 11,197.26 |
| | | | | Charge | | 7,952.67 | |
| | | | | Handling Allowance | | 25.25- | |
| 12/10/2008 | FI-100149 | 12/13/2008 | 1 | Taxes | | 3,181.62 | 10,751.86 |
| | | | | Charge | | 7,594.81 | |
| | | | | Handling Allowance | | 24.57- | |
| 12/10/2008 | FI-100150 | 12/13/2008 | t | Taxes | | 3,570.08 | 14,715.11 |
| | | | | Charge | | 11,166.83 | |
| | | | | Handling Allowance | | 21.80- | |
| 12/11/2008 | FI-100242 | 12/14/2008 | 1 | Taxes | | 3,532.92 | 13,067.50 |
| | | | | Charge | | 9,561.86 | |
| | | | | Handling Allowance | | 27.28- | |
| 12/11/2008 | FI-100243 | 12/14/2008 | 1 | Taxes | | 3,531.32 | 13,061.60 |
| | | | | Charge | | 9,557.55 | |
| | | | | Handling Allowance | | 27.27- | |
| 12/11/2008 | FI-100244 | 12/14/2008 | 1 | Taxes | | 2,688.91 | 10,355.88 |
| | | | | Charge | | 7,686.76 | |
| | | | | Handling Allowance | | 19.79- | |
| 12/12/2008 | FI-100340 | 12/15/2008 | 1 | Taxes | | 1,807.57 | 6,708.69 |
| | | | | Charge | | 4,915.08 | |
| | | | | Handling Allowance | | 13.96- | |
| 12/12/2008 | FI-100344 | 12/15/2008 | 1 | Taxes | | 3,533.31 | 13,113.66 |
| | | | | Charge | | 9,607.64 | |
| | | | | Handling Allowance | | 27.29- | |
| 12/12/2008 | FI-100345 | 12/15/2008 | 1 | Taxes | | 3,534.92 | 13,119.60 |
| | | | | Charge | | 9,611.98 | |
| | | | | Handling Allowance | | 27.30- | |
| 12/12/2008 | FI-100482 | 12/15/2008 | 1 | Taxes | | 3,500.99 | 15,327.48 |
| | | | | Charge | | 11,847.87 | |
| | | | | Handling Allowance | | 21.38- | |
| 12/12/2008 | FI-100483 | 12/15/2008 | 1 | Taxes | | 1,728.94 | 6,579.21 |
| | | | | Charge | | 4,863.62 | |
| | | | | Handling Allowance | | 13.35- | |

## A/R Transaction Report

From Wed 01/01/2003 thru Tue 06/30/2009
Grouped By Customer Type; Sorted By Customer Description

CRESCENT OIL COMPANY

Page: 3

| Ref Date | Reference Number | Due Date | Location | Transaction Code | Site | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/13/2008 | FI-100484 | 12/16/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,225.44<br>10,329.11<br>19.70- | 13,534.85 |
| 12/13/2008 | FI-100485 | 12/16/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,537.30<br>9,618.49<br>27.32- | 13,128.47 |
| 12/13/2008 | FI-100486 | 12/16/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,536.91<br>9,617.40<br>27.32- | 13,126.99 |
| 12/13/2008 | FI-100487 | 12/16/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,225.86<br>10,330.49<br>19.70- | 13,536.65 |
| 12/14/2008 | FI-100343 | 12/17/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 1,362.37<br>10,409.84<br>7.87- | 11,764.34 |
| 12/15/2008 | FI-100341 | 12/18/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,540.10<br>9,626.09<br>27.34- | 13,138.85 |
| 12/15/2008 | FI-100342 | 12/18/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,541.30<br>9,629.34<br>27.35- | 13,143.29 |
| 12/15/2008 | FI-100607 | 12/18/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,538.91<br>9,445.55<br>27.33- | 12,957.13 |
| 12/15/2008 | FI-100608 | 12/18/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,227.16<br>10,548.99<br>19.71- | 13,756.44 |
| 12/15/2008 | FI-100609 | 12/18/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,537.32<br>9,779.27<br>27.32- | 13,289.27 |
| 12/15/2008 | FI-100671 | 12/18/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,958.51<br>12,939.67<br>24.17- | 16,874.01 |
| 12/15/2008 | FI-100672 | 12/18/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,539.30<br>9,446.62<br>27.33- | 12,958.59 |
| 12/15/2008 | FI-100673 | 12/18/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,732.91<br>10,150.38<br>28.83- | 13,854.46 |
| 12/15/2008 | FI-100609A | 12/18/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,537.32<br>9,602.06<br>27.32- | 13,112.06 |
| 12/15/2008 | FI-100609C | 12/18/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,537.32-<br>9,779.27-<br>27.32 | 13,289.27- |
| 12/16/2008 | FI-100674 | 12/19/2008 | 1 | Taxes<br>Charge | | 121.81<br>10,661.40 | 10,783.21 |
| 12/16/2008 | FI-100675 | 12/19/2008 | 1 | Taxes<br>Charge | | 3,528.93<br>9,458.30 | 12,959.98 |

## A/R Transaction Report

From Wed 01/01/2003 thru Tue 06/30/2009
Grouped By Customer Type; Sorted By Customer Description

CRESCENT OIL COMPANY

Page: 4

| Ref Date | Reference Number | Due Date | Location | Transaction Code | Site | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | Handling Allowance | | 27.25- | |
| 12/16/2008 | FI-100676 | 12/19/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,529.32<br>9,459.37<br>27.26- | 12,961.43 |
| 12/17/2008 | FI-100693 | 12/20/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,529.73<br>9,147.06<br>27.26- | t2,649.53 |
| 12/17/2008 | FI-100694 | 12/20/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,532.53<br>9,154.30<br>27.28- | 12,659.55 |
| 12/17/2008 | FI-100695 | 12/20/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,225.02<br>10,646.88<br>19.69- | 13,852.21 |
| 12/17/2008 | FI-100696 | 12/20/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 2,404.79<br>6,231.84<br>18.57- | 8,618.06 |
| 12/18/2008 | FI-100790 | 12/21/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,608.38<br>9,056.45<br>27.87- | 12,636.96 |
| 12/18/2008 | FI-100791 | 12/21/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,690.60<br>9,262.84<br>28.50- | t2,924.94 |
| 12/18/2008 | FI-100792 | 12/21/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,690.60<br>9,262.84<br>28.50- | 12,924.94 |
| 12/19/2008 | FI-100886 | 12/22/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,438.75<br>11,336.64<br>21.00- | 14,754.39 |
| 12/19/2008 | FI-100887 | 12/22/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,224.15<br>10,583.80<br>19.69- | 13,788.26 |
| 12/22/2008 | FI-101023 | 12/25/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,441.76<br>10,685.24<br>21.02- | 14,105.98 |
| 12/22/2008 | FI-101024 | 12/25/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,442.18<br>10,686.58<br>21.02- | 14,107.74 |
| 12/23/2008 | FI-101149 | 12/26/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,439.62<br>9,957.39<br>21.00- | 13,376.01 |
| t2/24/2008 | FI-101352 | 12/27/2008 | 1 | Taxes<br>Charge | | 121.84<br>9,513.86 | 9,635.70 |
| t2/24/2008 | FI-101353 | 12/27/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,443.05<br>9,766.40<br>21.03- | 13,188.42 |
| 12/24/2008 | FI-101354 | 12/27/2008 | 1 | Taxes<br>Charge<br>Handling Allowance | | 3,228.01<br>9,156.46<br>19.71- | 12,364.76 |
| 12/25/2008 | FI-101355 | 12/28/2008 | 1 | Taxes | | 3,442.61 | 13,186.78 |

*A/R Transaction Report*

CRESCENT OIL COMPANY

From Wed 01/01/2003 thru Tue 06/30/2009
Grouped By Customer Type; Sorted By Customer Description

Page: 5

| Ref Date | Reference Number | Due Date | Location | Transaction Code | Site | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
|  |  |  |  | Charge |  | 9,765.19 |  |
|  |  |  |  | Handling Allowance |  | 21.02- |  |
| 12/25/2008 | FI-101356 | 12/28/2008 | 1 | Taxes |  | 3,443.47 | 13,190.06 |
|  |  |  |  | Charge |  | 9,767.62 |  |
|  |  |  |  | Handling Allowance |  | 21.03- |  |
| 12/26/2008 | FI-101357 | 12/29/2008 | 1 | Taxes |  | 120.46 | 9,389.13 |
|  |  |  |  | Charge |  | 9,268.67 |  |
| 12/26/2008 | FI-101358 | 12/29/2008 | 1 | Taxes |  | 121.86 | 9,497.73 |
|  |  |  |  | Charge |  | 9,375.87 |  |
| 12/27/2008 | FI-101359 | 12/30/2008 | 1 | Taxes |  | 3,443.05 | 13,188.42 |
|  |  |  |  | Charge |  | 9,766.40 |  |
|  |  |  |  | Handling Allowance |  | 21.03- |  |
| 12/28/2008 | FI-101360 | 12/31/2008 | 1 | Taxes |  | 3,265.79 | 12,509.45 |
|  |  |  |  | Charge |  | 9,263.60 |  |
|  |  |  |  | Handling Allowance |  | 19.94- |  |
| 12/29/2008 | FI-101569 | 01/01/2009 | 1 | Taxes |  | 3,225.86 | 12,657.15 |
|  |  |  |  | Charge |  | 9,450.99 |  |
|  |  |  |  | Handling Allowance |  | 19.70- |  |
| 12/29/2008 | FI-101570 | 01/01/2009 | 1 | Taxes |  | 1,156.69 | 11,058.20 |
|  |  |  |  | Charge |  | 9,908.08 |  |
|  |  |  |  | Handling Allowance |  | 6.57- |  |
| 12/30/2008 | FI-101601 | 01/02/2009 | 1 | Taxes |  | 3,484.24 | 14,044.64 |
|  |  |  |  | Charge |  | 10,581.68 |  |
|  |  |  |  | Handling Allowance |  | 21.28- |  |
| 12/30/2008 | FI-101602 | 01/02/2009 | 1 | Taxes |  | 121.69 | 10,022.04 |
|  |  |  |  | Charge |  | 9,900.35 |  |
| 12/30/2008 | FI-101603 | 01/02/2009 | 1 | Taxes |  | 118.55 | 9,763.22 |
|  |  |  |  | Charge |  | 9,644.67 |  |
| 12/30/2008 | FI-102099 | 01/02/2009 | 1 | Taxes |  | 3,226.30 | 12,937.17 |
|  |  |  |  | Charge |  | 9,730.57 |  |
|  |  |  |  | Handling Allowance |  | 19.70- |  |
| 12/31/2008 | FI-101760 | 01/03/2009 | 1 | Taxes |  | 3,227.58 | 13,995.02 |
|  |  |  |  | Charge |  | 10,787.15 |  |
|  |  |  |  | Handling Allowance |  | 19.71- |  |
| 12/31/2008 | FI-101761 | 01/03/2009 | 1 | Taxes |  | 3,228.01 | 13,996.88 |
|  |  |  |  | Charge |  | 10,788.58 |  |
|  |  |  |  | Handling Allowance |  | 19.71- |  |
| 12/31/2008 | FI-101762 | 01/03/2009 | 1 | Taxes |  | 3,441.76 | 13,801.13 |
|  |  |  |  | Charge |  | 10,380.39 |  |
|  |  |  |  | Handling Allowance |  | 21.02- |  |
| 01/01/2009 | FI-101763 | 01/04/2009 | 1 | Taxes |  | 3,192.01 | 13,823.42 |
|  |  |  |  | Charge |  | 10,650.87 |  |
|  |  |  |  | Handling Allowance |  | 19.46- |  |
| 01/02/2009 | FI-101764 | 01/05/2009 | 1 | Taxes |  | 3,464.13 | 15,312.22 |
|  |  |  |  | Charge |  | 11,869.21 |  |
|  |  |  |  | Handling Allowance |  | 21.12- |  |
| 01/02/2009 | FI-101781 | 01/05/2009 | 1 | Taxes |  | 3,636.95 | 16,076.13 |
|  |  |  |  | Charge |  | 12,461.35 |  |
|  |  |  |  | Handling Allowance |  | 22.17- |  |

## A/R Transaction Report

From Wed 01/01/2003 thru Tue 06/30/2009
Grouped By Customer Type; Sorted By Customer Description

CRESCENT OIL COMPANY

Page: 6

| Ref Date | Reference Number | Due Date | Location | Transaction Code | Site | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| 01/02/2009 | FI-101938 | 01/05/2009 | 1 | Taxes | | 3,246.17 | 14,499.80 |
| | | | | Charge | | 11,273.42 | |
| | | | | Handling Allowance | | 19.79- | |
| 01/02/2009 | FI-101939 | 01/05/2009 | 1 | Taxes | | 127.12 | 11,270.86 |
| | | | | Charge | | 11,143.74 | |
| 01/03/2009 | FI-101940 | 01/06/2009 | 1 | Taxes | | 3,244.88 | 14,494.03 |
| | | | | Charge | | 11,268.93 | |
| | | | | Handling Allowance | | 19.78- | |
| 01/05/2009 | FI-101975 | 01/08/2009 | 1 | Taxes | | 3,297.33 | 15,379.82 |
| | | | | Charge | | 12,102.59 | |
| | | | | Handling Allowance | | 20.10- | |
| 01/06/2009 | FI-102106 | 01/09/2009 | 1 | Taxes | | 3,230.70 | 15,595.01 |
| | | | | Charge | | 12,384.01 | |
| | | | | Handling Allowance | | 19.70- | |
| 01/06/2009 | FI-102107 | 01/09/2009 | 1 | Taxes | | 3,230.70 | 15,595.01 |
| | | | | Charge | | 12,384.01 | |
| | | | | Handling Allowance | | 19.70- | |
| 01/06/2009 | FI-102108 | 01/09/2009 | 1 | Taxes | | 3,231.12 | 15,597.07 |
| | | | | Charge | | 12,385.65 | |
| | | | | Handling Allowance | | 19.70- | |
| 01/06/2009 | FI-102109 | 01/09/2009 | 1 | Taxes | | 3,240.58 | 15,115.12 |
| | | | | Charge | | 11,894.30 | |
| | | | | Handling Allowance | | 19.76- | |
| 01/08/2009 | FI-102254 | 01/11/2009 | 1 | Taxes | | 3,452.52 | 16,091.75 |
| | | | | Charge | | 12,660.28 | |
| | | | | Handling Allowance | | 21.05- | |
| 01/08/2009 | FI-102255 | 01/11/2009 | 1 | Taxes | | 127.68 | 12,075.73 |
| | | | | Charge | | 11,948.05 | |
| 01/08/2009 | FI-102256 | 01/11/2009 | 1 | Taxes | | 3,233.27 | 14,983.49 |
| | | | | Charge | | 11,769.93 | |
| | | | | Handling Allowance | | 19.71- | |
| 01/08/2009 | FI-102257 | 01/11/2009 | 1 | Taxes | | 3,235.42 | 15,079.88 |
| | | | | Charge | | 11,864.19 | |
| | | | | Handling Allowance | | 19.73- | |
| 01/09/2009 | FI-102464 | 01/12/2009 | 1 | Taxes | | 126.93 | 11,644.76 |
| | | | | Charge | | 11,517.83 | |
| 01/09/2009 | FI-102465 | 01/12/2009 | 1 | Taxes | | 3,229.41 | 14,965.57 |
| | | | | Charge | | 11,755.85 | |
| | | | | Handling Allowance | | 19.69- | |
| 01/11/2009 | FI-102466 | 01/14/2009 | 1 | Taxes | | 127.22 | 11,671.12 |
| | | | | Charge | | 11,543.90 | |
| 01/11/2009 | FI-102467 | 01/14/2009 | 1 | Taxes | | 3,235.86 | 14,720.48 |
| | | | | Charge | | 11,504.35 | |
| | | | | Handling Allowance | | 19.73- | |
| 01/12/2009 | FI-102488 | 01/15/2009 | 1 | Taxes | | 3,240.58 | 14,599.45 |
| | | | | Charge | | 11,378.63 | |
| | | | | Handling Allowance | | 19.76- | |
| 01/12/2009 | FI-102489 | 01/15/2009 | 1 | Taxes | | 123.89 | 11,365.70 |

*A/R Transaction Report*  CRESCENT OIL COMPANY
From Wed 01/01/2003 thru Tue 06/30/2009
Grouped By Customer Type; Sorted By Customer Description  Page: 7

| Ref Date | Reference Number | Due Date | Location | Transaction Code | Site | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | Charge | | 11,241.81 | |
| 01/13/2009 | FI-102769 | 01/16/2009 | 1 | Taxes | | t27.27 | 11,758.52 |
| | | | | Charge | | 11,631.25 | |
| 01/14/2009 | FI-102681 | 01/17/2009 | 1 | Taxes | | 2,157.23 | 9,728.70 |
| | | | | Charge | | 7,584.62 | |
| | | | | Handling Allowance | | 13.15- | |
| 01/14/2009 | FI-102682 | 01/17/2009 | 1 | Taxes | | 3,293.03 | 15,065.52 |
| | | | | Charge | | 11,792.57 | |
| | | | | Handling Allowance | | 20.08- | |
| 01/15/2009 | FI-102770 | 01/18/2009 | 1 | Taxes | | 3,455.11 | 15,256.41 |
| | | | | Charge | | 11,822.36 | |
| | | | | Handling Allowance | | 21.06- | |
| 01/15/2009 | FI-102771 | 01/18/2009 | 1 | Taxes | | 3,242.31 | 14,342.89 |
| | | | | Charge | | 11,120.35 | |
| | | | | Handling Allowance | | 19.77- | |
| 01/15/2009 | FI-102772 | 01/18/2009 | 1 | Taxes | | 127.35 | 11,342.57 |
| | | | | Charge | | 11,215.22 | |
| 01/16/2009 | FI-103014 | 01/19/2009 | 1 | Taxes | | 3,727.86 | 15,566.82 |
| | | | | Charge | | 11,867.70 | |
| | | | | Handling Allowance | | 28.74- | |
| 01/16/2009 | FI-103015 | 01/19/2009 | 1 | Taxes | | 3,717.88 | 15,366.36 |
| | | | | Charge | | 11,677.15 | |
| | | | | Handling Allowance | | 28.67- | |
| 01/16/2009 | FI-103016 | 01/19/2009 | 1 | Taxes | | 3,710.68 | 15,132.23 |
| | | | | Charge | | 11,450.16 | |
| | | | | Handling Allowance | | 28.61- | |
| 01/16/2009 | FI-103017 | 01/19/2009 | 1 | Taxes | | 3,629.90 | 14,802.81 |
| | | | | Charge | | 11,200.89 | |
| | | | | Handling Allowance | | 27.98- | |
| 01/16/2009 | FI-103018 | 01/19/2009 | 1 | Taxes | | 3,548.31 | 14,615.93 |
| | | | | Charge | | 11,094.98 | |
| | | | | Handling Allowance | | 27.36- | |
| 01/17/2009 | FI-103019 | 01/20/2009 | 1 | Taxes | | 3,521.12 | 14,359.21 |
| | | | | Charge | | 10,865.24 | |
| | | | | Handling Allowance | | 27.15- | |
| 01/17/2009 | FI-103020 | 01/20/2009 | 1 | Taxes | | 3,755.45 | 15,314.86 |
| | | | | Charge | | 11,588.36 | |
| | | | | Handling Allowance | | 28.95- | |
| 01/17/2009 | FI-103021 | 01/20/2009 | 1 | Taxes | | 3,244.46 | 14,137.22 |
| | | | | Charge | | 10,912.54 | |
| | | | | Handling Allowance | | 19.78- | |
| 01/17/2009 | FI-103022 | 01/20/2009 | 1 | Taxes | | 3,460.27 | 15,077.58 |
| | | | | Charge | | 11,638.41 | |
| | | | | Handling Allowance | | 21.10- | |
| 01/17/2009 | FI-103023 | 01/20/2009 | 1 | Taxes | | 3,759.45 | 15,331.18 |
| | | | | Charge | | 11,600.71 | |
| | | | | Handling Allowance | | 28.98- | |
| 01/18/2009 | FI-103024 | 01/21/2009 | 1 | Taxes | | 3,636.29 | 14,828.90 |
| | | | | Charge | | 11,220.64 | |

*A/R Transaction Report*

CRESCENT OIL COMPANY

From Wed 01/01/2003 thru Tue 06/30/2009
Grouped By Customer Type; Sorted By Customer Description

Page: 8

| Ref Date | Reference Number | Due Date | Location | Transaction Code | Site | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | Handling Allowance | | 28.03- | |
| 01/18/2009 | FI-103025 | 01/21/2009 | 1 | Taxes | | 3,637.09 | 14,832.15 |
| | | | | Charge | | 11,223.10 | |
| | | | | Handling Allowance | | 28.04- | |
| 01/18/2009 | FI-103026 | 01/21/2009 | 1 | Taxes | | 3,637.48 | 14,833.77 |
| | | | | Charge | | 11,224.33 | |
| | | | | Handling Allowance | | 28.04- | |
| 01/18/2009 | FI-103027 | 01/21/2009 | 1 | Taxes | | 3,256.07 | 14,248.55 |
| | | | | Charge | | 11,012.33 | |
| | | | | Handling Allowance | | 19.85- | |
| 01/20/2009 | FI-103128 | 01/23/2009 | 1 | Taxes | | 3,238.43 | 14,171.40 |
| | | | | Charge | | 10,952.71 | |
| | | | | Handling Allowance | | 19.74- | |

| **700133 - Inac APPCO Tennessee Total** | | | | | | 1,558,576.02 | 1,558,576.02 |

**APPCO Total**                            1,558,576.02    1,558,576.02

**Report Total**                           1,558,576.02    1,558,576.02