# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE

IN RE:

Appalachian Oil Company, Inc

Debtor(s).

Case No. 2:09-bk-50259

Chapter 11

# MONTHLY OPERATING REPORT

FOR THE PERIOD ENDING __December 31, 2009__

COMES NOW, __Appalachian Oil Company, Inc.__, Debtor-In-Possession, and hereby submits its Monthly Operating Report for the period commencing __December 1, 2009__ and ending __December 30, 2009__, as shown by the report and exhibits consisting of __12__ pages and containing the following, as indicated:

__X__ Monthly Reporting Questionnaire (Attachments 1, 2 and 3)

__X__ Comparative Balance Sheets (Forms OPR-1 & OPR-2)

__X__ Summary of Accounts Receivable (Form OPR-3)

__X__ Schedule of Postpetition Liabilities (Form OPR-4)

__X__ Statement of Income (Loss) (Form OPR-5)

__X__ Statement of Sources and Uses of Cash (Form OPR-6)

__X__ Certificate of Service

I declare under penalty of perjury that this report and all attachments are true and

correct to the best of my knowledge and belief. I also hereby certify that the original Monthly Operating Report was filed with the Bankruptcy Court Clerk and a copy delivered to the U. S. Trustee and such other parties as listed on the attached Certificate of Service.

Date: January 22, 2010

DEBTOR-IN-POSSESSION

By: *(Signature)*

Name & Title: P.A. Weber III, CRO
President

Address: 1992 Highway 75
Blountville, TN 37617

Telephone No. (805) 965-5510

NOTE: These report forms are available on the Region 8 website at:
http://www.usdoj.gov/ust/r08/tennessee/knoxville_staff.html
For more information contact:

Becky Halsey
Bankruptcy Analyst
Office of U. S. Trustee
800 Market Street, Suite 114
Knoxville, TN 37902
(865) 545-4015
becky.h.halsey@usdoj.gov

-2-

CHAPTER 11  
MONTHLY REPORTING QUESTIONNAIRE

ATTACHMENT 1  
REV 5/05

CASE NAME: Appalachian Oil Company, Inc  MONTH ENDED: 12/31/2009

CASE NUMBER: 2:09-bk-50259

1. Payroll: State the amount of all executive wages paid and taxes withheld and paid during the reporting period.

| Name and Title of Executive | Wages and Other Amounts Paid | | Taxes | |
| --- | --- | --- | --- | --- |
| | Amount Due | Amount Paid | Amount Due | Amount Paid |
| Martin Anderson - CEO | 0.00 | 0.00 | 0.00 | 0.00 |
| Ernestine Clark - VP of Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| Rick Jones - VP of Convenience Store Division | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals | 0.00 | 0.00 | 0.00 | 0.00 |

2. Insurance: List all insurance coverage in effect in the schedule below. If any policy has lapsed, been replaced or renewed, attach a copy of the new policy's binder or cover page indicating the amount of coverage and the expiration date.

| Type | Carrier's Name | Coverage Amount | Expiration Date | Premium Amounts | Date Coverage Paid Through |
| --- | --- | --- | --- | --- | --- |
| Property | Empire Fire and Marine Insurance Company | 367,915.19 | 11/29/09 | 29,572.06 | 8/31/2009 |
| Workers' comp. | National Union Fire Insurance Company | 1,000,000.00 | 11/29/09 | 28,975.00 | 8/31/2009 |
| General liab./Liquor | Empire Fire and Marine Insurance Company | 2,000,000.00 | 11/29/09 | In with Property | 8/31/2009 |
| Vehicle | Empire Fire and Marine Insurance Company | 1,000,000.00 | 11/29/09 | In with Property | 8/31/2009 |
| Umbrella | Empire Fire and Marine Insurance Company | 4,000,000.00 | 11/29/09 | 7,791.23 | 8/31/2009 |

CASE NAME: Appalachian Oil Company, In

CASE NUMBER: 2:09-bk-50259

MONTH ENDED: 12/31/2009

3. Bank Accounts

| | Master | | Lockbox | CD | EFT | Telecheck | Beer | Petty Cash | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name of Bank | BB & T | Bank of TN | BB & T | BB & T | BB & T | BB & T | BB & T | Office & Stores | | |
| Account # | 116610957 | 2187 | 116610884 | 4349 | 116610906 | 116610930 | 116610914 | N/A | | |
| Beginning book balance | 0.00 | 27,172.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27,172.00 | < MUST AGREE WITH OPR-1 |
| Add: Deposits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Voided checks | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Transfers in ** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Less: Disbursements * | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Service Charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Transfers out ** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Ending book balance | 0.00 | 27,172.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27,172.00 | < MUST AGREE WITH OPR-1 |

* NOTE: ATTACH COPY OF CASH DISBURSEMENTS JOURNAL OR OTHER RECORD SHOWING DATE, PAYEE, PURPOSE AND AMOUNT FOR ALL CASH OR CHECK DISBURSEMENTS.

** USE TRANSFER LINE ONLY FOR TRANSFERS BETWEEN DEBTOR'S BANK ACCOUNTS. TRANSFERS IN SHOULD EQUAL TRANSFERS OUT.

4. Special Payments: List and explain any payments to professionals (attorneys, accountants, etc.) and payments on prepetition debts in the schedule below (attach separate sheet if necessary).

| Professional/prepetition creditor | Amount | Date | Authority (Court order dated _____, e.g.) |
|---|---|---|---|
| | | | |

CASE NAME: <u>Appalachian Oil Company, Inc</u>

CASE NUMBER <u>2:09-bk-50259</u>

Attachment 3
Revised 5/05

Has any property of the debtor been sold or otherwise transferred other than in the ordinary course of the debtor's business?
YES_____          NO___X___

If so, give a description of the property, to whom it was transferred, the date of the transfer, costs and expenses associated with the transfer (including all seller closing costs and loan payoff amounts) and the net amount received. If available, attach a copy of the settlement statement associated with the closing.

| CASE NAME: | Appalachian Oil Company, Inc | | COMPARATIVE BALANCE SHEETS | | | | | | FORM OPR-1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | REV 5/05 | | | |
| CASE NUMBER: | 2:09-bk-50259 | | MONTH ENDED 12/31/2009 | | | | | | | | | |

| | FILING DATE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2/9/2009 | 2/28/2009 | 3/31/2009 | 4/30/2009 | 5/31/2009 | 6/30/2009 | 7/31/2009 | 8/31/2009 | 9/30/2009 | 10/31/2009 | 11/30/2009 | 12/31/2009 |
| **ASSETS** | | | | | | | | | | | | |
| **CURRENT ASSETS** | | | | | | | | | | | | |
| Cash (Attachment 2) | 607,704 | 913,924 | 546,135 | 765,875 | 782,589 | 791,263 | 688,532 | 655,983 | 111,947 | 51,769 | 27,172 | 27,172 |
| Accounts receivable, net (OPR-3) | 73,053 | 559,250 | 546,639 | 388,094 | 420,852 | 472,998 | 488,812 | 399,462 | 83,868 | 17,340 | 17,340 | 17,340 |
| Inventory, at lower of cost or market | 2,143,453 | 1,615,320 | 2,258,016 | 2,626,775 | 3,175,113 | 3,076,180 | 2,812,220 | 2,786,486 | 0 | 0 | 0 | 0 |
| Prepaid expenses and deposits | 883,313 | 942,099 | 905,242 | 574,525 | 274,708 | 248,766 | 247,035 | 194,440 | 0 | 0 | 0 | 0 |
| Other: | | | | | | | | | | | | |
| Misc Receivables | 799,085 | (16,832) | 745,311 | 820,076 | 1,496,134 | 496,103 | 50,364 | 419,885 | 419,885 | 419,885 | 419,885 | 419,885 |
| AOC/Titan Transfers | 3,420,884 | 3,456,057 | 3,456,057 | 3,456,057 | 3,456,057 | 3,456,057 | 3,456,057 | 3,456,057 | 3,456,057 | 3,456,057 | 3,456,057 | 3,456,057 |
| Investment Securities - Smith Barney | 624,547 | 625,031 | 625,629 | 625,764 | 625,873 | 625,873 | 625,873 | 625,873 | 625,873 | 625,873 | 625,873 | 625,873 |
| 401K | (4,961) | (1,338) | 57 | 457 | 446 | 446 | 446 | 446 | 0 | 0 | 0 | 0 |
| Credit Card Receivable | 167,399 | 171,480 | 190,232 | (63,549) | 181,190 | 205,264 | 243,930 | 260,216 | 213,992 | 213,992 | 213,992 | 213,992 |
| TOTAL CURRENT ASSETS | 8,714,477 | 8,264,991 | 9,273,318 | 9,194,074 | 10,412,962 | 9,372,949 | 8,613,269 | 8,798,848 | 4,911,621 | 4,784,916 | 4,760,319 | 4,760,319 |
| PROPERTY, PLANT AND EQUIPMENT, AT COST | 16,336,162 | 16,351,375 | 16,289,708 | 16,351,376 | 16,258,582 | 16,115,915 | 15,860,474 | 15,052,831 | 5,692,874 | 5,692,874 | 5,692,874 | 5,692,874 |
| Less accumulated depreciation | 4,108,101 | 4,313,424 | 4,457,364 | 4,724,637 | 4,874,883 | 5,023,130 | 5,099,214 | 4,946,821 | 4,946,821 | 4,946,821 | 4,946,821 | 4,946,821 |
| NET PROPERTY, PLANT AND EQUIPMENT | 12,228,061 | 12,037,951 | 11,832,344 | 11,626,739 | 11,383,699 | 11,092,785 | 10,761,260 | 10,106,010 | 746,053 | 746,053 | 746,053 | 746,053 |
| **OTHER ASSETS (Itemize)** | | | | | | | | | | | | |
| Goodwill | 7,177,029 | 7,177,029 | 7,177,029 | 7,177,029 | 7,177,029 | 7,177,029 | 7,177,029 | 7,177,029 | 7,177,029 | 7,177,029 | 7,177,029 | 7,177,029 |
| Royalty Fees | 12,251 | 12,251 | 12,251 | 12,251 | 12,251 | 12,251 | 12,251 | 12,251 | 12,251 | 12,251 | 12,251 | 12,251 |
| Environmental Receivable | 1,146 | 1,201 | 1,255 | 1,310 | 1,364 | 1,419 | 1,474 | 1,528 | 0 | 0 | 0 | 0 |
| Stock Investment | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Investement - Appalachian Barnette | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 |
| TOTAL OTHER ASSETS | 7,233,176 | 7,233,231 | 7,233,285 | 7,233,340 | 7,233,394 | 7,231,699 | 7,231,754 | 7,231,808 | 7,230,280 | 7,230,280 | 7,230,280 | 7,230,280 |

CASE NAME: Appalachian Oil Company, Ir  COMPARATIVE BALANCE SHEETS  FORM OPR-2
REV 5/05

CASE NUMBER: 2:09-bk-50259  MONTH END 12/31/2009

| | FILING DATE 2/9/2009 | MONTH 2/28/2009 | MONTH 3/31/2009 | MONTH 4/30/2009 | MONTH 5/31/2009 | MONTH 6/30/09 | MONTH 7/31/09 | MONTH 8/31/09 | MONTH 9/30/09 | MONTH 10/31/09 | MONTH 11/30/09 | MONTH 12/31/09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | | | |
| POST PETITION LIABILITIES (OPR-4) | 0 | 312,278 | 1,931,222 | 2,654,357 | 2,956,731 | 2,653,098 | 1,341,819 | 1,817,059 | 37,679 | 37,679 | 37,679 | 37,679 |
| **PRE PETITION LIABILITIES** | | | | | | | | | | | | |
| Secured debt (petition schedule D) | 11,626,859 | 11,626,859 | 11,626,859 | 11,626,859 | 11,626,859 | 11,626,859 | 11,626,859 | 11,626,859 | 11,626,859 | 11,626,859 | 11,626,859 | 11,626,859 |
| Priority debt (petition schedule E) | 623,555 | 623,555 | 623,555 | 623,555 | 623,555 | 623,555 | 623,555 | 623,555 | 623,555 | 623,555 | 623,555 | 623,555 |
| Unsecured debt (petition schedule F) | 14,689,973 | 14,689,973 | 14,689,973 | 14,689,973 | 14,689,973 | 14,689,973 | 14,689,973 | 14,689,973 | 14,689,973 | 14,689,973 | 14,689,973 | 14,689,973 |
| Other: Other liabilites | 559,201 | 625,147 | 996,440 | 1,382,162 | 2,954,429 | 2,905,444 | 3,934,027 | 3,991,759 | (7,651,664) | (7,778,370) | (7,802,967) | (7,802,967) |
| TOTAL PRE PETITION LIABILITIES | 27,499,588 | 27,565,534 | 27,936,827 | 28,322,549 | 29,894,816 | 29,845,831 | 30,874,414 | 30,932,146 | 19,288,723 | 19,162,017 | 19,137,420 | 19,137,420 |
| TOTAL LIABILITIES | 27,499,588 | 27,877,812 | 29,868,049 | 30,976,906 | 32,851,547 | 32,498,929 | 32,216,233 | 32,749,205 | 19,326,402 | 19,199,696 | 19,175,099 | 19,175,099 |
| **SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | | | | | | | |
| PARENT INVESTMENT | 7,005,000 | 7,005,000 | 7,005,000 | 7,005,000 | 7,005,000 | 7,005,000 | 7,005,000 | 7,005,000 | 7,005,000 | 7,005,000 | 7,005,000 | 7,005,000 |
| YTD PROFIT OR (LOSS) | (3,941,816) | (4,959,581) | (6,147,044) | (7,540,695) | (8,439,434) | (9,419,438) | (10,227,892) | (11,230,481) | (11,056,390) | (11,056,390) | (11,056,390) | (11,056,390) |
| PAID-IN CAPITAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **RETAINED EARNINGS** | | | | | | | | | | | | |
| As of filing date (same amount in all blanks) | (2,387,058) | (2,387,058) | (2,387,058) | (2,387,058) | (2,387,058) | (2,387,058) | (2,387,058) | (2,387,058) | (2,387,058) | (2,387,058) | (2,387,058) | (2,387,058) |
| Post filing date (changes each month) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL SHAREHOLDERS' EQUITY | 676,126 | (341,639) | (1,529,102) | (2,922,753) | (3,821,492) | (4,801,496) | (5,609,950) | (6,612,539) | (6,438,448) | (6,438,448) | (6,438,448) | (6,438,448) |
| TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY | 28,175,714 | 27,536,173 | 28,338,947 | 28,054,153 | 29,030,055 | 27,697,433 | 26,606,283 | 26,136,666 | 12,887,954 | 12,761,248 | 12,736,651 | 12,736,651 |

CASE NAME: Appalachian Oil Company, Inc   SUMMARY OF ACCOUNTS RECEIVABLE   FORM OPR-3
                                                                          REV 5/05
CASE NUMBER: 2:09-bk-50259           MONTH ENDED: 12/31/2009

| | TOTAL ACCOUNTS RECEIVABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|
| DATE OF FILING: 2/9/2009 | 103,685.02 | -477,381.57 | 219,784.28 | 122,609.39 | 238,672.92 |
| Allowance for doubtful accounts | (30,631.73) | | | | |
| MONTH: 2/28/2009 | 589,881.35 | -67,911.11 | 207,495.53 | 194,633.38 | 255,663.55 |
| Allowance for doubtful accounts | (30,631.73) | | | | |
| MONTH: 3/31/2009 | 577,271.03 | 20,629.83 | 76,048.64 | 152,440.83 | 328,151.73 |
| Allowance for doubtful accounts | (30,631.73) | | | | |
| MONTH: 4/30/2009 | 418,725.23 | -11,722.98 | 33,014.11 | 59,695.27 | 337,738.83 |
| Allowance for doubtful accounts | (30,631.73) | | | | |
| MONTH: 5/31/2009 | 451,484.01 | -119,130.36 | 103,942.38 | -10,755.76 | 477,427.75 |
| Allowance for doubtful accounts | (30,631.73) | | | | |
| MONTH: 6/30/2009 | 472,997.51 | -52,334.86 | 42,671.23 | 51,803.35 | 430,857.79 |
| Allowance for doubtful accounts | (30,631.73) | | | | |
| MONTH: 7/31/2009 | 519,444.00 | 170,582.79 | 35,607.29 | 13,886.65 | 299,367.27 |
| Allowance for doubtful accounts | (30,631.73) | | | | |
| MONTH: 8/31/2009 | 430,094.10 | 96,035.82 | 23,910.51 | 28,124.86 | 282,022.91 |
| Allowance for doubtful accounts | (30,631.73) | | | | |
| MONTH: 9/30/2009 | 114,499.25 | 5,564.82 | 11,522.63 | 9,846.73 | 87,565.07 |
| Allowance for doubtful accounts | (30,631.73) | | | | |
| MONTH: 10/31/2009 | 17,340.00 | 0.00 | 0.00 | 17,340.00 | 0.00 |
| Allowance for doubtful accounts | (30,631.73) | | | | |
| MONTH: 11/30/2009 | 17,340.00 | 0.00 | 0.00 | 17,340.00 | 0.00 |
| Allowance for doubtful accounts | (30,631.73) | | | | |
| MONTH: 12/31/2009 | 17,340.00 | 0.00 | 0.00 | 17,340.00 | 0.00 |
| Allowance for doubtful accounts | (30,631.73) | | | | |

| | CASE NAME: | Appalachian Oil Company, Inc | SCHEDULE OF POST PETITION LIABILITIES | | | | FORM OPR-4 REV 5/05 |
|---|---|---|---|---|---|---|---|

CASE NAME: **Appalachian Oil Company, Inc**  SCHEDULE OF POST PETITION LIABILITIES  FORM OPR-4
REV 5/05
CASE NUMBER: <u>2:09-bk-50259</u>  MONTH ENDE  12/31/2009

| | DATE INCURRED | DATE DUE | TOTAL AMOUNT DUE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|---|---|
| TAXES PAYABLE: | | | | | | | |
| Payroll tax | | | | | 0.00 | 0.00 | 0.00 |
| [Total paid during current period __16668.28__ ; | | | | | 0.00 | 0.00 | 0.00 |
| attach copies of deposit receipts] | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| Sales tax | | | | | 0.00 | 0.00 | 0.00 |
| Property tax | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| POSTPETITION SECURED DEBT | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| POSTPETITION UNSECURED DEBT | | | 37,678.89 | 37,678.89 | 0.00 | 0.00 | 0.00 |
| ACCRUED INTEREST PAYABLE | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRADE ACCOUNTS PAYABLE & OTHER (Itemize*): | | | | | | | |
| See attached list | | | | | | | |
| | | | | 0.00 | | | |
| TOTALS | | | <u>37,678.89</u> | <u>37,678.89</u> | | | |

* Attach separate page if necessary.
NOTE: Total postpetition liabilities must agree with same item on OPR-2.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASE NAME: Appalachian Oil Company, Inc | | | STATEMENT OF INCOME (LOSS) | | | | | | | FORM OPR-5 REV 3/07 | | |
| CASE NUMBER: 2:09-bk-50259 | | | MONTH ENDED: 12/31/2009 | | | | | | | | | |
| | MONTH 2/28/2009 | MONTH 3/31/2009 | MONTH 4/30/2009 | MONTH 5/31/2009 | MONTH 6/30/2009 | MONTH 7/31/2009 | MONTH 8/31/2009 | MONTH 9/30/2009 | MONTH 10/31/2009 | MONTH 11/30/2009 | MONTH 12/31/2009 | 2/10/09 To Date |
| NET REVENUE (INCOME) | 990,182 | 1,685,582 | 4,439,008 | 4,492,023 | 5,083,503 | 5,435,689 | 5,610,493 | 365,203 | 0 | 0 | 0 | 28,101,683 |
| COST OF GOODS SOLD | | | | | | | | | | | | |
| Materials | 600,420 | 1,332,664 | 4,147,231 | 4,061,770 | 4,516,777 | 4,758,347 | 5,064,474 | 241,997 | 0 | 0 | 0 | 24,723,680 |
| Labor - Direct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Manufacturing Overhead | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL COST OF GOODS SOLD | 600,420 | 1,332,664 | 4,147,231 | 4,061,770 | 4,516,777 | 4,758,347 | 5,064,474 | 241,997 | 0 | 0 | 0 | 24,723,680 |
| GROSS PROFIT | 389,762 | 352,918 | 291,777 | 430,253 | 566,726 | 677,342 | 546,019 | 123,206 | 0 | 0 | 0 | 3,378,003 |
| OPERATING EXPENSES | | | | | | | | | | | | |
| Administrative | 1,124,159 | 880,344 | 807,821 | 911,230 | 872,697 | 734,987 | 681,362 | | | | | 6,012,600 |
| Delivery Expenses | 57,263 | 10,973 | 9,589 | (4,656) | (784) | 5,437 | 2,250 | 0 | 0 | 0 | 0 | 80,072 |
| Maintenance Expense | 84,669 | 59,564 | 37,954 | 52,325 | 39,922 | 44,403 | 27,676 | 5,436 | 0 | 0 | 0 | 351,949 |
| C-Store Expenses | 403,948 | 410,702 | 481,472 | 470,895 | 437,030 | 457,640 | 470,908 | 27,945 | 0 | 0 | 0 | 3,160,540 |
| Other Income/Expenses | 15,640 | (37,818) | 63,506 | (128,774) | 57,583 | 164,113 | 506,835 | (84,265) | 0 | 0 | 0 | 556,820 |
| TOTAL OPERATING EXPENSES | 1,685,679 | 1,323,765 | 1,400,342 | 1,301,020 | 1,406,448 | 1,406,580 | 1,689,031 | (50,884) | 0 | 0 | 0 | 10,161,981 |
| INCOME BEFORE INTEREST, DEPRECIATION, TAXES OR EXTRAORDINARY EXPENSES | (1,295,917) | (970,847) | (1,108,565) | (870,767) | (839,722) | (729,238) | (1,143,012) | 174,090 | 0 | 0 | 0 | (6,783,978) |
| INTEREST EXPENSE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DEPRECIATION | 207,275 | 213,483 | 213,535 | 158,231 | 156,285 | 78,089 | (146,302) | 0 | 0 | 0 | 0 | 880,596 |
| INCOME TAX EXPENSE (BENEFIT) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EXTRAORDINARY INCOME (EXPENSE) * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET INCOME (LOSS) ** | (1,503,192) | (1,184,330) | (1,322,100) | (1,028,998) | (996,007) | (807,327) | (996,710) | 174,090 | 0 | 0 | 0 | (7,664,574) |

* Requires Footnote

** Differences between net income "filing to date" and retained earnings "post filing date" on OPR-2 should be explained.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CASE NAME: Appalachian Oil Company | | | STATEMENT OF SOURCES AND USES OF CASH | | | | | | FORM OPR-6 | | |
| CASE NUMBER: 2:09-bk-50259 | | | MONTH ENDED: 12/31/2009 | | | | | | Rev 5/05 | | |
| | MONTH 2/28/2009 | MONTH 3/31/2009 | MONTH 4/30/2009 | MONTH 5/31/2009 | MONTH 6/30/2009 | MONTH 7/31/2009 | MONTH 8/31/2009 | MONTH 9/30/2009 | MONTH 10/31/2009 | MONTH 11/30/2009 | MONTH 12/31/2009 |
| **SOURCES OF CASH** | | | | | | | | | | | |
| Income (Loss) From Operations | (1,503,192) | (1,439,757) | (1,322,100) | (1,028,998) | (996,007) | (807,327) | (996,710) | 174,090 | 0 | 0 | 0 |
| Add: Depreciation, Amortization | 207,275 | 213,483 | 213,535 | 158,231 | 156,285 | 78,089 | (146,302) | 0 | 0 | 0 | 0 |
| & Other Non-Cash Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CASH GENERATED FROM OPERATIONS | (1,295,917) | (1,226,274) | (1,108,565) | (870,767) | (839,722) | (729,238) | (1,143,012) | 174,090 | 0 | 0 | 0 |
| Add: Decrease in Assets: | | | | | | | | | | | |
| Accounts Receivable | 0 | 12,611 | 158,545 | 0 | 0 | 0 | 89,350 | 315,595 | 66,528 | 0 | 0 |
| Inventory | 528,133 | 0 | 0 | 0 | 98,933 | 263,960 | 25,734 | 2,786,486 | 0 | 0 | 0 |
| Prepaid Expenses & Deposits | 0 | 36,857 | 368,759 | 299,817 | 25,942 | 1,731 | 52,595 | 194,440 | 0 | 0 | 0 |
| Property, Plant & Equipment | 190,110 | 61,667 | 205,605 | 243,040 | 142,667 | 331,525 | 655,250 | 7,627,248 | 0 | 0 | 0 |
| Other: | 1,160,015 | 290,952 | 241,075 | 1,544,239 | 1,000,031 | 1,474,322 | 0 | 1,528 | 0 | 0 | 0 |
| Increase in Liabilities: | | | | | | | | | | | |
| Pre Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Post Petition Liabilities | 312,278 | 1,618,944 | 723,135 | 302,374 | 0 | 0 | 475,240 | 0 | 0 | 0 | 0 |
| TOTAL SOURCES OF CASH (A) | 894,619 | 794,757 | 588,554 | 1,518,703 | 427,851 | 1,342,300 | 155,157 | 11,099,387 | 66,528 | 0 | 0 |
| **USES OF CASH** | | | | | | | | | | | |
| Increase in Assets: | | | | | | | | | | | |
| Accounts Receivable | 486,197 | 0 | 0 | 32,758 | 52,146 | 15,814 | 0 | 0 | 0 | 0 | 0 |
| Notes Receivable & Advances | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | 0 | 642,696 | 368,759 | 548,338 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses & Deposits | 58,786 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Property, Plant & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 43,416 | 519,850 | 55 | 920,895 | 63,396 | 117,938 | 187,706 | 0 | 126,706 | 24,597 | 0 |
| Decrease in Liabilities: | | | | | | | | | | | |
| Pre Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Post Petition Liabilities | 0 | 0 | 0 | 0 | 303,633 | 1,311,279 | 0 | 11,643,423 | 0 | 0 | 0 |
| TOTAL USES OF CASH (B) | 588,399 | 1,162,546 | 368,814 | 1,501,991 | 419,175 | 1,445,031 | 187,706 | 11,643,423 | 126,706 | 24,597 | 0 |
| NET SOURCE (USE) OF CASH (A-B=NET) | 306,220 | (367,789) | 219,740 | 16,712 | 8,676 | (102,731) | (32,549) | (544,036) | (60,178) | (24,597) | 0 |
| CASH - BEGINNING BALANCE (OPR-1) | 607,704 | 913,924 | 546,135 | 765,875 | 782,587 | 791,263 | 688,532 | 655,983 | 111,947 | 51,769 | 27,172 |

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Monthly Operating Report was sent by U. S. Mail properly addressed and with correct postage to the persons or offices listed below.

Done this __22th__ day of __January__, 2010.

_____
(Signature)
P.A. Weber III
(Printed name)
1992 Highway 75
(Street address)
Blountville, TN 37617
(City, state, zip)
(423) 279-6762
(Telephone)

The Monthly Operating Reports are required to be filed electronically with the Clerk of the Court in which your petition was filed. Copies should be served on the members of the Unsecured Creditors Committee, if applicable, and the IRS at the following address:

Internal Revenue Service
SB/SE - Insolvency
801 Broadway, MDP 146
Nashville, TN 37203