SO ORDERED.

SIGNED this 18 day of February, 2010.

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Marcia Phillips Parsons
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | * |
| | * |
| APPALACHIAN OIL COMPANY, INC. | * CASE NO. 2:09-bk-50259 |
| | * Chapter 11 |
| Debtor | * |

## ORDER COMPELLING IMMEDIATE PAYMENT BY DEBTOR OF ADMINISTRATIVE EXPENSES TO GEC, LLC

THIS MATTER came before the Court on Creditor, GEC, LLC's Motion for Payment of Administrative Expense (the "Motion"). Upon consideration,

IT IS HEREBY ORDERED:

1. The Motion is **GRANTED**.

2. The Debtor shall **immediately** pay to GEC, LLC's counsel's trust account, the sum of $1,500.00 as previously ordered by the Court by the Agreed Order entered on June 30, 2009 (the "Agreed Order") plus the sum of $315.00 for reasonable attorney's fees for the Debtor's failure to comply with the Agreed Order, for a total payment of $1,815.00.

###