**SO ORDERED.**

**SIGNED this 19 day of February, 2010.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| In re<br><br>APPALACHIAN OIL COMPANY, INC.,<br><br>Debtor. | No. 09-50259<br>Chapter 11 |

**ORDER APPROVING DISCLOSURE STATEMENT,**
**FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN,**
**FIXING TIME FOR FILING OBJECTIONS TO CONFIRMATION,**
**AND FIXING DATE FOR HEARING ON CONFIRMATION,**
**COMBINED WITH NOTICE THEREOF**

An amended disclosure statement and plan of liquidation having been filed by the debtor on February 8, 2010, and the court having determined after hearing upon notice that the amended disclosure statement contains adequate information;

IT IS ORDERED and NOTICE is hereby given that:

1. The amended disclosure statement is approved.

2. Within three days after entry of this order, debtor's counsel shall transmit the debtor's amended disclosure statement and amended plan, a copy of this order approving the amended

disclosure statement, and a ballot conforming to Official Form 14 to the United States trustee, creditors, equity security holders and other parties in interest as provided in Fed. R. Bankr. P. 3017(d). Debtor's counsel shall file a certificate of service to this effect within four days after entry of this order.

3. The ballot transmitted pursuant to this order must clearly state that it should be returned to debtor's counsel and must designate the appropriate address to which the ballot is to be returned. The ballot must not direct its return to the clerk.

4. March 23, 2010, is fixed as the last day for filing written acceptances or rejections of the plan.

5. March 23, 2010, is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. P. 3020(b)(1) written objections to confirmation of the plan.

6. The hearing on confirmation of the plan will be held on March 30, 2010, at 9:00 a.m., in the bankruptcy courtroom, James H. Quillen United States Courthouse, 220 West Depot Street, Greeneville, Tennessee.

7. Debtor's counsel shall file a summary of acceptances and rejections by class and by number and amount at least one day prior to the confirmation hearing.

# # #