UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 2:09-BK-50259 |
| APPALACHIAN OIL COMPANY, INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |

OBJECTION OF U. S. TRUSTEE TO
DEBTOR'S PLAN OF LIQUIDATION

The U. S. Trustee hereby files the following objection to confirmation of the Amended Plan of Liquidation ("Plan") filed by the debtor on February 8, 2010:

1. The Debtor is currently delinquent in the payment of U.S. Trustee fees for 4th Quarter 2009 and has failed to file operating reports for the months of January and February 2010. Absent the filing of the operating reports, the U.S. Trustee cannot monitor the wind up of the case.

Wherefore, the U. S. Trustee objects to confirmation of the Debtor's Plan of Liquidation until such time as the debtor complies with the fee requirements of 28 U.S.C. § 1930(a)(6) and reporting requirements of Local Rule 2015-2 of the U.S. Bankruptcy Court of the Eastern District of Tennessee .

    Respectfully submitted,

    Richard F. Clippard
    United States Trustee, Region 8

    <u>/s/ Patricia C. Foster</u>
    Patricia C. Foster (BPR#12970)
    Attorney for U.S. Trustee
    800 Market Street, Suite 114
    Knoxville, TN 37902

CERTIFICATE OF SERVICE

      I hereby certify that a on March 23, 2010 a copy of the foregoing Objection of U. S. Trustee to Debtor's Plan of Liquidation was electronically filed in the captioned matter and notice was sent to all parties below either by first class, U.S. Mail, postage paid or by Notice of Electronic Filing, as indicated.

      Mark Dessauer, for the Debtor Electronically
      Mark Esposito, for Empire Electronically
      Jonathan Gold, for Empire Electronically
      Glenn B. Rose, for Greystone Business Credit II  Electronically
      Stephen B. Gerald, Unsecured Creditors Committee Electronically

      /s/ Patricia C. Foster
      Patricia C. Foster (BPR#12970)
      Attorney for U.S. Trustee
      U. S. Courthouse
      800 Market Street, Suite 114
      Knoxville, TN  37902
      (865) 545-4324